1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____ ,

Plaintiff(s),

v.

_____ ,

Defendant(s).

_____

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of

_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: _____ in the

above-entitled action. My local co-counsel in this case is _____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: _____.

_____          _____
MY ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S ADDRESS OF RECORD

_____          _____
MY TELEPHONE # OF RECORD                     LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

_____          _____
MY EMAIL ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _____                                  _____

5                                                                                          APPLICANT

6  ═══════════════════════════════════════════════════════════

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                                                 _____

18                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California