1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4                                                    ,          Case No. _____

5            Plaintiff(s),

6       v.                                                   **APPLICATION FOR ADMISSION OF**
                                                            **ATTORNEY PRO HAC VICE**
7                                                    ,          (CIVIL LOCAL RULE 11-3)

8            Defendant(s).

9

10        I, _____, an active member in good standing of the bar of

11     _____, hereby respectfully apply for admission to practice pro hac

12     vice in the Northern District of California representing: _____ in the

13     above-entitled action. My local co-counsel in this case is _____, an

14     attorney who is a member of the bar of this Court in good standing and who maintains an office

15     within the State of California.  Local co-counsel's bar number is: _____.

16

17     _____        _____
       My address of record                    Local co-counsel's address of record

18     _____        _____
       My telephone # of record                Local co-counsel's telephone # of record

19

20     _____        _____
       My email address of record              Local co-counsel's email address of record

21

22        I am an active member in good standing of a United States Court or of the highest court of

23     another State or the District of Columbia, as indicated above; my bar number is: _____.

24        A true and correct copy of a certificate of good standing or equivalent official document

25     from said bar is attached to this application.

26        I have been granted pro hac vice admission by the Court _____ times in the 12 months

27     preceding this application.

28

United States District Court
Northern District of California

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: _____

5                                                        _____
                                                        APPLICANT

6

7

8                              ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of _____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                               _____

18                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California