UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Laura Loomer, as an individual ,

Plaintiff(s),

v.

Facebook, Inc., Mark Zuckerg ,

Defendant(s).

Case No. 22-2646

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Robert L. Barr, Jr. , an active member in good standing of the bar of Georgia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Laura Loomer in the above-entitled action. My local co-counsel in this case is John M. Pierce , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 250443 .

2120 Powers Ferry Road, Suite 125, Atlanta, GA 30339
MY ADDRESS OF RECORD

770-836-1776
MY TELEPHONE # OF RECORD

jennifer@bobbarr.org
MY EMAIL ADDRESS OF RECORD

21550 Oxnard Street, 3d Floor, PMB#172, Woodland Hills, CA 91367
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 279-7846
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jpierce@johnpiercelaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 039475 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _03/31/2022_____            /s/ Robert L. Barr, Jr._____

5                                                                APPLICANT

6  

7  

8                       ORDER GRANTING APPLICATION

9            FOR ADMISSION OF ATTORNEY PRO HAC VICE

10 

11      IT IS HEREBY ORDERED THAT the application of _/s/ Robert L. Barr, Jr._____ is

12 granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13 must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14 counsel designated in the application will constitute notice to the party.

15 Dated: _May 2, 2022_____

16 

17                           _____

18            UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

19 

20 

21 

22 

23 

24 

25 

26 

27 

28 

United States District Court
Northern District of California



*Lawyers Serving the Public and the Justice System*

**Mr. Robert Laurence Barr, Jr.**
**2120 Powers Ferry Road Suite 125**
**Atlanta, GA  30339**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **01/21/1977** |
| **BAR NUMBER:** | **039475** |
| **TODAY'S DATE:** | **03/31/2022** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

| **HEADQUARTERS** | **COASTAL GEORGIA OFFICE** | **SOUTH GEORGIA OFFICE** |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA 30303-2743 | Savannah, GA 31401-9910 | P.O. Box 1390 |
| 404-527-8700 · 800-334-6865 | 912-239-9910 · 877-239-9910 | Tifton, GA 31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 · 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |