**<u>List of Defendants</u>**

- Facebook, Inc.
- Mark Zuckerberg, in his capacity as CEO of Facebook, Inc. and as an individual
- Twitter Inc.
- Jack Dorsey, in his capacity as former CEO of Twitter, Inc. and as an individual