| UNITED STATES DISTRICT COURT FOR THE | COUNTY OF NORTHERN DISTRICT OF CALIFORNIA |

**Plaintiff / Petitioner:**

Laura Loomer, as an individual, Laura Loomer, in her capacity as a Candidate for United States Congress, and Laura Loomer for Congress, Inc.,

**Defendant / Respondent:**

Facebook, Inc., Mark Zuckerberg, in his capacity as CEO of Facebook, Inc. and as an individual, Twitter Inc., and Jack Dorsey, in his capacity as former CEO of Twitter,

**AFFIDAVIT OF SERVICE**

Index No:
3:22-cv-02646

Date Filed:
05/03/2022

---

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the State of California. That on Thu, May 19 2022 at 12:33 PM at 330 N. Brand Blvd Suite 700, Glendale, California 91203 deponent served the within Summons and Complaint, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines and Clerk Notice upon Jack Dorsey

[X]  **Corporation/Business/Government Agency:** Jack Dorsey c/o CT Corporation a defendant/witness, therein named, by delivering a true copy of each to Daisy Montenegro personally, deponent knew said corporation/business/government agency so served to be the corporation/business/government agency described, and knew said individual to be Intake Specialist thereof.

**Description:**

| Age: 30 | Ethnicity: Hispanic | Gender: Female | Weight: 165 |
| Height: 5'4" | Hair: Black | Eyes: Brown | Relationship: Intake Specialist |
| Other | | | |

**Service Details:**

Sworn to before me on

_Jose Alvarez, C.C.P.S. - Our Job #7113242_     5/20/2022     See Attached Jurat
2013121559, Los Angeles                                         Notary Public
Alliance Risk Group

**GPS Data**
Mobile Device: Mozilla/5.0 (iPhone; CPU iPhone OS 15_4_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.4 Mobile/15E148 Safari/604.1
GPS Coordinates: 34.151405216849874, -118.25469302712304
GPS Accuracy: 121.39 ft
GPS Timestamp: 1652988814263
Device Timestamp:
GPS Altitude: 642.71 ft
GPS Altitude Accuracy: 8.6 ft

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of May, 20 22, by Jose Alvarez, C.C.P.S.,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

STEPHANIE D. ROBLES
Notary Public - California
Los Angeles County
Commission # 2253104
My Comm. Expires Aug 7, 2022

(Seal)                    Signature SRobles.