Reid J. Schar (SBN 283948)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA  94105-2453
Tel:   +1 628 267 6800
Fax:   +1 628 267 6859
Email: RSchar@jenner.com

Tassity S. Johnson
(*pro hac vice* application forthcoming)
Samuel S. Ungar (SBN 318774)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC  20001-4412
Tel:   +1 202 639 6000
Fax:   +1 202 639 6066
Email: TJohnson@jenner.com
       SUngar@jenner.com

*Attorneys for Defendant Twitter, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> **NOTICE OF APPEARANCE OF REID J. SCHAR AS COUNSEL FOR DEFENDANT TWITTER, INC.** <br><br> Judge:  The Honorable Laurel Beeler <br> Ctrm:   B, 15th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Reid J. Schar of Jenner & Block LLP, 455 Market Street, Suite 2100, San Francisco, CA  94105-2453, Telephone: (628) 267-6800, Facsimile: (628) 267-6859, and Email: RSchar@jenner.com, hereby enters his appearance as counsel of record for Defendant Twitter, Inc. in the above-captioned matter, and requests to be added to the Court's service list for counsel for Defendant Twitter, Inc. Mr. Schar is a member of the State Bar of California and is admitted to practice in the Northern District of California.

Dated:  May 24, 2022            JENNER & BLOCK LLP

                    By:   */s/ Reid J. Schar*
                        Reid J. Schar

                    Attorneys for Defendant Twitter, Inc.