1  Reid J. Schar (SBN 283948)
   JENNER & BLOCK LLP
2  455 Market Street, Suite 2100
   San Francisco, CA 94105-2453
3  Tel:   +1 628 267 6800
   Fax:   +1 628 267 6859
4  Email: RSchar@jenner.com

5  Tassity S. Johnson
   (*pro hac vice* application forthcoming)
6  Samuel S. Ungar (SBN 318774)
   JENNER & BLOCK LLP
7  1099 New York Avenue NW, Suite 900
   Washington, DC 20001-4412
8  Tel:   +1 202 639 6000
   Fax:   +1 202 639 6066
9  Email: TJohnson@jenner.com
           SUngar@jenner.com

*Attorneys for Defendant Twitter, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: The Honorable Laurel Beeler<br>Ctrm:  B, 15th Floor |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Twitter, Inc. ("Twitter") certifies that Twitter has no parent corporations, and no publicly-held corporation owns 10% or more of Twitter's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 24, 2022         JENNER & BLOCK LLP

By:  */s/ Reid J. Schar*
Reid J. Schar (SBN 283948)
455 Market Street, Suite 2100
San Francisco, CA  94105-2453
Tel:    +1 628 267 6800
Fax:   +1 628 267 6859
Email: RSchar@jenner.com

Tassity S. Johnson
(*pro hac vice* application forthcoming)
Samuel S. Ungar (SBN 318774)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC  20001-4412
Tel:    +1 202 639 6000
Fax:   +1 202 639 6066
Email: TJohnson@jenner.com
           SUngar@jenner.com

*Attorneys for Defendant Twitter, Inc.*