| | |
|---|---|
| Reid J. Schar (SBN 283948)<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>San Francisco, CA 94105-2453<br>Tel:  +1 628 267 6800<br>Fax:  +1 628 267 6859<br>Email: RSchar@jenner.com | John M. Pierce<br>CA Bar # 250443<br>jpierce@johnpiercelaw.com<br>21550 Oxnard St., 3rd Fl PMB 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 349-0054 |
| Tassity S. Johnson<br>(*pro hac vice* application forthcoming)<br>Samuel S. Ungar (SBN 318774)<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900<br>Washington, DC 20001-4412<br>Tel:  +1 202 639 6000<br>Fax:  +1 202 639 6066<br>Email: TJohnson@jenner.com<br>           SUngar@jenner.com | Bob Barr<br>FL Bar # 279293<br>GA Bar # 039475<br>Bob@bobbarr.org<br>Brannon Burroughs<br>Brannon@bobbarr.org<br>2120 Powers Ferry Road, Suite 125<br>Atlanta, Georgia 30339<br>Telephone: (770) 836-1776<br>*Admitted PHV* |
| *Attorneys for Defendant Twitter, Inc.* | *Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>                    Defendants. | Case No. 3:22-cv-02646-LB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TWITTER, INC. TO RESPOND TO THE COMPLAINT**<br><br>Judge: The Honorable Laurel Beeler<br>Ctrm:  B, 15th Floor |

1   WHEREAS, on May 2, 2022, Plaintiffs filed the Complaint in this case;

2   WHEREAS, the current deadline for defendant Twitter, Inc. ("Twitter") to move to
3   dismiss, answer, or otherwise respond to the Complaint is on or about May 26, 2022 (the
4   "Response Deadline");

5   WHEREAS, the deadline for defendants Facebook, Inc. and Mark Zuckerberg to move to
6   dismiss, answer, or otherwise respond to the Complaint is July 19, 2022, pursuant to Federal Rule
7   of Civil Procedure 4(d)(3) and ECF Nos. 16 and 17;

8   WHEREAS, Twitter has not obtained any previous time modifications in this case;

9   WHEREAS, an extension of the Response Deadline to ensure that Twitter and Facebook
10  are on similar schedules for anticipated motion practice will inure to the convenience of the parties
11  and the Court;

12  WHEREAS, Plaintiffs have agreed to an extension of the Response Deadline, including
13  the deadline to file all motions permitted by Rule 12 of the Federal Rules of Civil Procedure, to
14  and including July 19, 2022.

15  WHEREAS, Twitter does not waive, and expressly reserves, all defenses;

16  AND WHEREAS, the modification of time will not alter the date of any event or deadline
17  already fixed by Court order;

18  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil
19  Local Rule 6-1(a) of the United States District Court for the Northern District of California, by
20  and between Plaintiffs and Twitter, as represented by their undersigned counsel, that Twitter's
21  deadline to move to dismiss, answer, or otherwise respond to the Complaint shall be extended to
22  and including July 19, 2022.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2022 | JENNER & BLOCK LLP |

By: */s/ Reid J. Schar*
Reid J. Schar (SBN 283948)
455 Market Street, Suite 2100
San Francisco, CA 94105-2453
Tel:  +1 628 267 6800
Fax:  +1 628 267 6859
Email: RSchar@jenner.com

Tassity S. Johnson
(*pro hac vice* application forthcoming)
Samuel S. Ungar (SBN 318774)
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
Tel:  +1 202 639 6000
Fax:  +1 202 639 6066
Email: TJohnson@jenner.com
            SUngar@jenner.com

*Attorneys for Defendant Twitter, Inc.*

By: */s/ Bob Barr*
Bob Barr
FL Bar # 279293
GA Bar # 039475
Bob@bobbarr.org
Brannon Burroughs
Brannon@bobbarr.org
2120 Powers Ferry Road, Suite 125
Atlanta, Georgia 30339
Telephone: (770) 836-1776
*Admitted PHV*

John M. Pierce
CA Bar # 250443
jpierce@johnpiercelaw.com
21550 Oxnard St., 3rd Fl PMB 172
Woodland Hills, CA 91367
Telephone: (213) 349-0054

*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), Reid J. Schar hereby attests that concurrence in the filing of this document has been obtained from the above signatory.

Dated:  May 24, 2022         By:   */s/ Reid J. Schar*
                                        Reid J. Schar