AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Laura Loomer et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-02646-LB |
| Facebook, Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Meta Platforms, Inc. (f/k/a Facebook, Inc.) and Mark Zuckerberg.

Date: 06/02/2022

/s/ Sonal N. Mehta
*Attorney's signature*

Sonal N. Mehta (SBN 222086)
*Printed name and bar number*

2600 El Camino Real, Suite 400
Palo Alto, CA 94306
*Address*

sonal.mehta@wilmerhale.com
*E-mail address*

(650) 858-6000
*Telephone number*

(650) 858-6100
*FAX number*