SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5051
Facsimile: (650) 858-6100

*Attorney for Defendants*
META PLATFORMS, INC. and
MARK ZUCKERBERG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> **DEFENDANT META PLATFORMS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> Hon. Laurel Beeler <br> Courtroom B, 15th Floor |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.) states as follows:

1. Meta Platforms, Inc. has no parent corporation.

2. To its knowledge, no publicly held corporation owns 10 percent or more of Meta Platforms, Inc.'s stock.

Dated:  June 2, 2022                                          Respectfully submitted,

By:  /s/ *Sonal N. Mehta*

Sonal N. Mehta (SBN: 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5051
Facsimile: (650) 858-6100
Email: Sonal.Mehta@wilmerhale.com

*Attorney for Defendants*
Meta Platforms, Inc. and Mark Zuckerberg