John M. Pierce (SBN 250443)
jpierce@johnpiercelaw.com
John Pierce Law P.C.
21550 Oxnard Street
3rd Flr., PMB #172
Woodland Hills, CA 91367
Tel: (213) 279-7846

Bob Barr (*PHV* admitted)
FL Bar # 279293
Bob@bobbarr.org
Brannon Burroughs (*PHV* admitted)
GA Bar # 571927
Brannon@Bobbarr.org
2120 Powers Ferry Road
Suite 125
Atlanta, Georgia 30339
Tel: (770) 836-1776

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Laura Loomer**, as an individual, **Laura Loomer, in her capacity as a Candidate for United States Congress**, and **Laura Loomer for Congress, Inc.**,<br><br>Plaintiffs,<br><br>v.<br><br>**Facebook, Inc.**, **Mark Zuckerberg**, in his capacity as CEO of Facebook, Inc. and as an individual, **Twitter Inc.**, and **Jack Dorsey**, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>Honorable Laurel Beeler<br>Courtroom B, 15th Floor<br><br>**PLAINTIFFS' CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED PARTY** |

**LOCAL RULE 3-15 CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiffs Laura Loomer, Laura Loomer, in her capacity as a Candidate for United States Congress, and Laura Loomer for Congress, Inc., certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 3, 2022                    Respectfully submitted

By: */s/ John M. Pierce*

John M. Pierce (SBN 250443)
jpierce@johnpiercelaw.com
John Pierce Law P.C.
21550 Oxnard Street
3rd Flr., PMB #172
Woodland Hills, CA 91367
Tel: (213) 279-7846

Bob Barr (*PHV* admitted)
Bob@bobbarr.org
Brannon Burroughs (*PHV* admitted)
Brannon@Bobbarr.org
2120 Powers Ferry Road, Suite 125
Atlanta, Georgia 30339
Tel: (770) 836-1776

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, June 3, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce