John M. Pierce (SBN 250443)
jpierce@johnpiercelaw.com
John Pierce Law P.C.
21550 Oxnard Street
3rd Flr., PMB #172
Woodland Hills, CA 91367
Tel: (213) 279-7846

Bob Barr (*PHV* admitted)
FL Bar # 279293
Bob@bobbarr.org
Brannon Burroughs (*PHV* admitted)
GA Bar # 571927
Brannon@Bobbarr.org
2120 Powers Ferry Road
Suite 125
Atlanta, Georgia 30339
Telephone: (770) 836-1776

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Laura Loomer**, as an individual, **Laura Loomer, in her capacity as a Candidate for United States Congress**, and **Laura Loomer for Congress, Inc.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Facebook, Inc.**, **Mark Zuckerberg**, in his capacity as CEO of Facebook, Inc. and as an individual, **Twitter Inc.**, and **Jack Dorsey**, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> Honorable Laurel Beeler <br> Courtroom B, 15th Floor <br><br> **PLAINTIFF LAURA LOOMER FOR CONGRESS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

# **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Laura Loomer for Congress, Inc., certifies as follows:

1. Laura Loomer for Congress, Inc. has no parent corporation.

2. To its knowledge, no publicly traded corporation owns 10 percent or more of its stock.

Dated: June 3, 2022                     Respectfully submitted

By: */s/ John M. Pierce*
John M. Pierce (SBN 250443)
jpierce@johnpiercelaw.com
John Pierce Law P.C.
21550 Oxnard Street
3rd Flr., PMB #172
Woodland Hills, CA 91367
Tel: (213) 279-7846

Bob Barr (*PHV* admitted)
Bob@bobbarr.org
Brannon Burroughs (*PHV* admitted)
Brannon@Bobbarr.org
2120 Powers Ferry Road, Suite 125
Atlanta, Georgia 30339
Tel: (770) 836-1776

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, June 3, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce