UNITED STATES DISTRICT COURT FOR THE  COUNTY OF NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff / Petitioner:**
Laura Loomer, as an individual, Laura Loomer, in her capacity as a Candidate for United States Congress, and Laura Loomer for Congress, Inc.,

**Defendant / Respondent:**
Facebook, Inc., Mark Zuckerberg, in his capacity as CEO of Facebook, Inc. and as an individual, Twitter Inc., and Jack Dorsey, in his capacity as former CEO of Twitter,

**AFFIDAVIT OF SERVICE**

Index No:
3:22-cv-02646

Date Filed:
05/03/2022

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the State of California. That on Fri, Jun 03 2022 at 02:39 PM at 1355 Market Street Suite 900, San Francisco, California 94103 deponent served the within Summons and Complaint, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines and Clerk Notice upon Jack Dorsey o/b/o Twitter

[X] Corporation/Business/Government Agency: Jack Dorsey o/b/o Twitter a defendant/witness, therein named, by delivering a true copy of each to Jane Doe (Refused Name) personally, deponent knew said corporation/business/government agency so served to be the corporation/business/government agency described, and knew said individual to be Twitter Security thereof.

**Description:**
Age: 35  Ethnicity: Caucasion  Gender: Female  Weight: 140lbs
Height: 5'6"  Hair: Brown  Eyes: Brown  Relationship: Twitter Security
Other

Service Details: DROP SERVED. THEY DO NOT ACCEPT LEGAL DOCUMENTS HERE. THEY GO TO CT CORP. IN LA.

Sworn to before me on _____

CHRISTIAAN GONZALEZ - Our Job #7109115
ALAMEDA COUNTY # 828
Alliance Risk Group

Notary Public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda
Subscribed and sworn to (or affirmed) before me on this 18 day of June, 2022, by Christiaan Gonzalez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (Seal)



JENNIFER PISCIOTTA
Notary Public - California
Alameda County
Commission # 2322109
My Comm. Expires Mar 19, 2024