JOHN PIERCE LAW, P.C.
John M. Pierce, Esq. (SBN 250443)
jpierce@johnpiercelaw.com
21550 Oxnard Street, 3rd Fl., PMB# 172
Woodland Hills, CA 91367
Tel: (213) 279-7846

Bob Barr, Esq., *Pro Hac Vice*
(FL Bar # 279293)
GA Bar # 039475
Bob@bobbarr.org
Brannon Burroughs, Esq., *Pro Hac Vice*
GA Bar # 571927
Brannon@Bobbarr.org
2120 Powers Ferry Road
Suite 125
Atlanta, Georgia 30339
Tel: (770) 836-1776

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| **LAURA LOOMER**, as an individual, **LAURA LOOMER**, in her capacity as a Candidate for United States Congress, and **LAURA LOOMER FOR CONGRESS, INC.,** | Case No.: 3:22-cv-02646-LB |
| Plaintiffs, | |
| v. | **NOTICE AND MOTION TO WITHDRAW *PRO HAC VICE*** |
| **FACEBOOK, INC., MARK ZUCKERBERG**, in his capacity as CEO of Facebook, Inc. and as an individual, **TWITTER INC.**, and **JACK DORSEY**, in his capacity as former CEO of Twitter, Inc. and as an individual, | |
| Defendants. | |

NOTICE AND MOTION TO WITHDRAW *PRO HAC VICE*

**NOTICE IS HEREBY GIVEN** that on Monday, July 11, 2022, Bob Barr and Brannon Burroughs of the Law Offices of Bob Barr, 2120 Powers Ferry Road, Suite 125, Atlanta, GA 30339 respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiffs LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local R. 11-5, Bob Barr and Brannon Burroughs ("Movants") hereby notify the parties and the Court of their intent to withdraw as counsel *pro hac vice* for Plaintiffs. Movants state the following grounds for this notice and motion:

1.      This Court granted Movants leave to appear *pro hac vice* in this action pursuant to its May 2, 2022, Order.

2.      Movants' representation of Plaintiffs has been terminated by Plaintiffs, and Movants no longer represent any parties to this case. John Pierce, Esq. of John Pierce Law P.C. is representing and will continue to actively represent Plaintiffs in this litigation.

3.      Movants' withdrawal will not cause any prejudice or delay to the Court or to any parties or their attorneys in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movants as counsel *pro hac vice*.

4.      This notice of withdrawal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

5.      Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movants respectfully requests that the Court waive oral argument.

THEREFORE, Movants Bob Barr and Brannon Burroughs respectfully request that this Court waive oral argument on this Motion, grant them leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movants have so withdrawn. A proposed Order to this Motion is respectfully submitted contemporaneously herewith.

Dated: July 11, 2022                          Respectfully submitted,


**JOHN PIERCE LAW, P.C.**

_____
John M. Pierce
CA Bar # 250443
jpierce@johnpiercelaw.com
21550 Oxnard St., 3rd Fl PMB 172
Woodland Hills, CA 91367
Telephone: (213) 349-0054


- and -

_____
Bob Barr
FL Bar # 279293
GA Bar # 039475
Bob@bobbarr.org
Brannon Burroughs
GA Bar # 571927
Brannon@Bobbarr.org
2120 Powers Ferry Road, Suite 125
Atlanta, Georgia 30339
Tel:: (770) 836-1776

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served on July 11, 2022, via ECF for the United States District Court for the Northern District of California, San Jose Division.

 

<u>_John M. Pierce_</u>
John M. Pierce