| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>*Attorneys for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG | REID J. SCHAR (SBN 283948)<br>RSchar@jenner.com<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>Telephone: (628) 267-6800<br>Facsimile:  (628) 267-6859<br><br>SAMUEL S. UNGAR (SBN 318774)<br>SUngar@jenner.com<br>TASSITY S. JOHNSON (*pro hac vice*)<br>TJohnson@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Facsimile:  (202) 693-6066<br><br>*Attorneys for Defendants*<br>TWITTER, INC. AND JACK DORSEY<br><br>JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310<br><br>*Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAURA LOOMER, as an individual, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>    Defendants. | Case No. 3:22-cv-02646-LB<br><br>**STIPULATION AND REQUEST FOR ORDER REGARDING STAY OF DISCOVERY AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Laurel Beeler |

1   WHEREAS Plaintiffs Laura Loomer, as an individual in her capacity as a candidate for United States Congress, and Laura Loomer for Congress, Inc. filed the Complaint on May 2, 2022 (Dkt. No. 1);

WHEREAS, by Order dated May 2, 2022, the Court set the Initial Case Management Conference for August 4, 2022 at 11:00 am (Dkt. No. 10);

WHEREAS, by Order dated May 24, 2022, the Court set the Initial Case Management Conference for August 4, 2022 at 9:30 am (Dkt. No. 18);

WHEREAS, Defendant Facebook, Inc. (Meta Platforms, Inc. or "Meta")[1] waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making its deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 16);

WHEREAS, Defendant Mark Zuckerberg waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making his deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 17);

WHEREAS, Plaintiffs and Defendant Twitter, Inc. ("Twitter") stipulated and agreed to an extension of time for Twitter to respond to the Complaint to July 19, 2022 (Dkt. No. 22);

WHEREAS, Jenner & Block LLP was retained as counsel by Jack Dorsey on July 13, 2022, and will be making formal appearances as Mr. Dorsey's counsel in short order.  Counsel intends to accept service on Mr. Dorsey's behalf and file a joint motion to dismiss on behalf of Twitter and Mr. Dorsey;

WHEREAS, Plaintiffs and Defendants Meta, Mark Zuckerberg, Twitter, and Jack Dorsey agree that the Court's rulings on Meta and Mark Zuckerberg's forthcoming Motion to Dismiss the Complaint and Twitter and Jack Dorsey's forthcoming Motion to Dismiss the Complaint will provide guidance to the parties as to the scope of the issues in the case and the appropriate contours for discovery;

WHEREAS, Plaintiffs and Defendants agree that good cause exists to stay all discovery, including disclosures pursuant to Federal Rule of Civil Procedure 26, until and unless the Court

---

[1] On October 28, 2021, Facebook announced that it has changed its company name to Meta Platforms, Inc.

*Privileged and Confidential / Attorney Work Product / DRAFT*

denies Meta and Mark Zuckerberg's and Twitter or Jack Dorsey's forthcoming Motions to Dismiss in whole or in part; however, the Parties agree that should any Defendant argue that the Court lacks personal jurisdiction in the forthcoming Motions to Dismiss, Plaintiffs reserve the right to seek discovery on such jurisdictional issues;

WHEREAS, Plaintiffs and Defendants agree that good cause exists to stay the Case Management Conference until and unless the Court denies Meta and Mark Zuckerberg's or Twitter and Jack Dorsey's forthcoming Motions to Dismiss in whole or in part;

WHEREAS continuing the Case Management Conference will not affect any other date already set by Court order;

Pursuant to Civil Local Rule 7-12 and subject to the Court's approval, Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and agree to the following, and request that the Court order:

1. If the Court denies Meta and Mark Zuckerberg's forthcoming Motion to Dismiss in whole or in part, Meta, Mark Zuckerberg, and Plaintiffs shall confer pursuant to Fed. R. Civ. P. 26 within 21 days after the Court's ruling.

2. If the Court denies Twitter and Jack Dorsey's forthcoming Motion to Dismiss in whole or in part, Twitter, Jack Dorsey, and Plaintiffs shall confer pursuant to Fed. R. Civ. P. 26 within 21 days after the Court's ruling.

3. The initial Case Management Conference currently scheduled for August 4, 2022 shall be continued until and unless the Court denies Meta and Mark Zuckerberg's or Twitter and Jack Dorsey's forthcoming Motions to Dismiss in whole or in part.

4. The initial Case Management Conference shall be set for 45 days after an order denying Meta and Mark Zuckerberg's or Twitter and Jack Dorsey's Motion to Dismiss in whole or in part, or as soon thereafter as convenient for the Court.

5. A stay of all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26, until the initial Case Management Conference provided for by this stipulation, except that Plaintiffs reserve the right to seek discovery on any personal jurisdiction issues raised by any Defendant.

*Privileged and Confidential / Attorney Work Product / DRAFT*

| | |
|---|---|
| Dated: July 14, 2022 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: */s/ Emily Barnet* <br> EMILY BARNET |
| | *Attorney for Defendants* <br> META PLATFORMS, INC. AND MARK ZUCKERBERG |
| Dated: July 14, 2022 | By: */s/ Samuel S. Ungar* <br> SAMUEL S. UNGAR |
| | *Attorney for Defendants* <br> TWITTER, INC. AND JACK DORSEY |
| Dated: July 14, 2022 | By: */s/ John M. Pierce* <br> JOHN M. PIERCE |
| | *Attorney for Plaintiffs* <br> LAURA LOOMER AND LAURA LOOMER FOR CONGRESS |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  July 14, 2022                               By:     */s/ Emily Barnet*
                                                                    Emily Barnet

**ATTORNEY ATTESTATION**

I, Emily Barnet, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated:  July 14, 2022                               By:     */s/ Emily Barnet*
                                                                    Emily Barnet