1  SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Telephone: (650) 600-5051
   Facsimile: (650) 858-6100
5
   ARI HOLTZBLATT (*pro hac vice*)
6  Ari.Holtzblatt@wilmerhale.com
   WILMER CUTLER PICKERING
7    HALE AND DORR LLP
   1875 Pennsylvania Avenue NW
8  Washington, DC 20006
   Telephone: (202) 663-6000
9  Facsimile: (202) 663-6363

10 EMILY BARNET (*pro hac vice*)
   Emily.Barnet@wilmerhale.com
11 WILMER CUTLER PICKERING
     HALE AND DORR LLP
12 7 World Trade Center
   250 Greenwich Street
13 New York, NY 10007
   Telephone: (212) 230-8800
14 Facsimile: (212) 230-8888

15 *Attorneys for Defendants*
   META PLATFORMS, INC. AND MARK
16 ZUCKERBERG

REID J. SCHAR (SBN 283948)
RSchar@jenner.com
JENNER & BLOCK LLP
455 Market Street, Suite 2100
Telephone: (628) 267-6800
Facsimile: (628) 267-6859

SAMUEL S. UNGAR (SBN 318774)
SUngar@jenner.com
TASSITY S. JOHNSON (*pro hac vice*)
TJohnson@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 693-6066

*Attorneys for Defendant*
TWITTER, INC. AND JACK DORSEY

JOHN M. PIERCE (SBN 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW, P.C.
21550 Oxnard Street, 3rd Fl., PMB# 172
Woodland Hills, CA 91367
Telephone: (213) 375-3310

*Attorney for Plaintiffs*
LAURA LOOMER AND LAURA LOOMER
FOR CONGRESS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAURA LOOMER, as an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**DECLARATION OF EMILY BARNET IN SUPPORT OF CIVIL LOCAL RULE 6-2(A) STIPULATION**<br><br>Hon. Laurel Beeler |

I, Emily Barnet, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Facebook, Inc. (now known as Meta Platforms, Inc. or "Meta") and Defendant Mark Zuckerberg in the above-captioned action.

2. On July 13, 2022, I emailed counsel for Plaintiffs and counsel for Defendants Twitter, Inc. and Jack Dorsey to determine whether Plaintiffs and Defendants Twitter and Jack Dorsey would stipulate to continuing the initial Case Management Conference currently scheduled for August 4, 2022 until 45 days after an order denying Meta and Mark Zuckerberg's or Twitter and Jack Dorsey's Motion to Dismiss in whole or in part, or as soon thereafter as convenient for the court. Counsel for Defendants Twitter and Jack Dorsey and counsel for Plaintiffs both responded that they would be amenable to so stipulating.

3. Plaintiffs and Twitter previously stipulated and agreed to an extension of time for Twitter to respond to the Complaint.

4. A continuation of the initial Case Management Conference until after the Court's rulings on Meta and Mark Zuckerberg's and Twitter and Jack Dorsey's forthcoming Motions to Dismiss the Complaint provide guidance to the parties as to the scope of the issues in the case and the appropriate contours for discovery is reasonable.

5. The stipulated continuation will not otherwise affect the schedule of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of July 2022 in New York, NY.

By:    */s/ Emily Barnet*
       Emily Barnet