| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>*Attorneys for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG | REID J. SCHAR (SBN 283948)<br>RSchar@jenner.com<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>Telephone: (628) 267-6800<br>Facsimile: (628) 267-6859<br><br>SAMUEL S. UNGAR (SBN 318774)<br>SUngar@jenner.com<br>TASSITY S. JOHNSON (*pro hac vice*)<br>TJohnson@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Facsimile: (202) 693-6066<br><br>*Attorneys for Defendant*<br>TWITTER, INC. AND JACK DORSEY<br><br>JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310<br><br>*Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAURA LOOMER, as an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING STAY OF DISCOVERY AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hon. Laurel Beeler |

---

CASE NO. 3:22-CV-02646-LB     [PROPOSED] ORDER ON STIPULATION REGARDING STAY OF DISCOVERY AND CONTINUATION OF INITIAL CASE MANAGEMENT CONFERENCE

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. If the Court denies Meta and Mark Zuckerberg's forthcoming Motion to Dismiss in whole or in part, Meta, Mark Zuckerberg, and Plaintiffs shall confer pursuant to Fed. R. Civ. P. 26 within 21 days after the Court's ruling.

2. If the Court denies Twitter and Jack Dorsey's forthcoming Motion to Dismiss in whole or in part, Twitter, Jack Dorsey, and Plaintiffs shall confer pursuant to Fed. R. Civ. P. 26 within 21 days after the Court's ruling.

3. The initial Case Management Conference currently scheduled for August 4, 2022 shall be continued until and unless the Court denies Meta and Mark Zuckerberg's or Twitter and Jack Dorsey's forthcoming Motions to Dismiss in whole or in part.

4. The initial Case Management Conference shall be set for 45 days after an order denying Meta and Mark Zuckerberg's or Twitter and Jack Dorsey's Motion to Dismiss in whole or in part, or as soon thereafter as convenient for the Court.

5. ~~All discovery shall be stayed until the initial Case Management Conference provided for by this order, except that Plaintiffs reserve the right to seek discovery on any personal jurisdiction issues raised by any Defendant.~~

Date: _____July 15, 2022_____     _____/s/ LB/_____

The Honorable Laurel Beeler
United States Magistrate Judge