SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5051
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

EMILY BARNET (*pro hac vice*)
Emily.Barnet@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendants*
META PLATFORMS, INC. AND MARK
ZUCKERBERG

JOHN M. PIERCE (SBN 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW, P.C.
21550 Oxnard Street, 3rd Fl., PMB# 172
Woodland Hills, CA 91367
Telephone: (213) 375-3310

*Attorney for Plaintiffs*
LAURA LOOMER AND LAURA LOOMER
FOR CONGRESS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC.'S RESPONSIVE PLEADING BY 20 DAYS PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Hon. Laurel Beeler |

## JOINT STIPULATION

WHEREAS Plaintiffs Laura Loomer, as an individual and in her capacity as a candidate for United States Congress, and Laura Loomer for Congress, Inc., filed the Complaint on May 2, 2022 (Dkt. No. 1);

WHEREAS, Defendant Facebook, Inc. (Meta Platforms, Inc. or "Meta")[1] waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making its deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 16);

WHEREAS, Defendant Mark Zuckerberg waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making his deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 17);

WHEREAS, on July 8, 2022, counsel for Meta and Mark Zuckerberg sent counsel for Plaintiffs a letter raising certain issues relating to Plaintiffs' Complaint that they intend to raise via a motion to dismiss;

WHEREAS, on July 11, 2022, Bob Barr and Brannon Burroughs moved to withdraw as counsel for Plaintiffs (Dkt. No. 39);

WHEREAS, counsel for Plaintiffs requested additional time to decide whether to amend the Complaint in response to the letter sent by counsel for Meta and Mark Zuckerberg;

WHEREAS, Plaintiffs and Defendants Meta and Mark Zuckerberg have agreed to allow an additional twenty (20) days for Meta and Mark Zuckerberg to respond to the Complaint through August 8, 2022;

WHEREAS, Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court Order;

---

[1] On October 28, 2021, Facebook announced that it has changed its company name to Meta Platforms, Inc.

1     WHEREAS, this extension is not sought for the purpose of undue delay and no party will be prejudiced by the brief extension of time;

    ACCORDINGLY, pursuant to Civil Local Rules 5 and 6-1(a), Plaintiffs and Defendants Meta and Mark Zuckerberg, by and through their respective counsel, hereby stipulate and agree that Meta's and Mark Zuckerberg's responsive pleading deadline to the Complaint shall be extended by twenty (20) days from July 19, 2022, up to and including August 8, 2022.

Dated:  July 15, 2022

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  */s/ Emily Barnet*
      EMILY BARNET

*Attorney for Defendants*
META PLATFORMS, INC. AND MARK ZUCKERBERG

Dated:  July 15, 2022

By:  */s/ John M. Pierce*
      JOHN M. PIERCE

*Attorney for Plaintiffs*
LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: July 15, 2022                    By:   */s/ Emily Barnet*
                                              Emily Barnet

**ATTORNEY ATTESTATION**

I, Emily Barnet, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: July 15, 2022                    By:   */s/ Emily Barnet*
                                              Emily Barnet

CASE NO. 3:22-CV-02646-LB                           JOINT STIPULATION TO EXTEND
                                                    TIME PURSUANT TO L.R. 6-1(a)