| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>*Attorneys for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG | REID J. SCHAR (SBN 283948)<br>RSchar@jenner.com<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>Telephone: (628) 267-6800<br>Facsimile: (628) 267-6859<br><br>SAMUEL S. UNGAR (SBN 318774)<br>SUngar@jenner.com<br>TASSITY S. JOHNSON (*pro hac vice*)<br>TJohnson@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Facsimile: (202) 693-6066<br><br>*Attorneys for Defendants*<br>TWITTER, INC. AND JACK DORSEY<br><br>JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310<br><br>*Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAURA LOOMER, as an individual, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>        Defendants. | Case No. 3:22-cv-02646-LB<br><br>**STIPULATION TO AMEND THE CAPTION**<br><br>Hon. Laurel Beeler |

Pursuant to Civil Local Rule 7-12, Plaintiff Laura Loomer, Plaintiff Laura Loomer for Congress, Inc., Defendant Facebook, Inc., Defendant Mark Zuckerberg, Defendant Twitter, Inc., and Defendant Jack Dorsey hereby stipulate and agree as follows:

WHEREAS, Defendant Facebook, Inc. officially changed its name to Meta Platforms, Inc., effective October 28, 2021.

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendant Facebook, Inc. to amend the case caption in light of the name change.

Dated: July 15, 2022

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Emily Barnet*
EMILY BARNET

*Attorney for Defendants*
META PLATFORMS, INC. (formerly known as Facebook, Inc.) AND MARK ZUCKERBERG

Dated: July 15, 2022

By: */s/ Samuel S. Ungar*
SAMUEL S. UNGAR

*Attorney for Defendants*
TWITTER, INC. AND JACK DORSEY

Dated: July 15, 2022

By: */s/ John M. Pierce*
JOHN M. PIERCE

*Attorney for Plaintiffs*
LAURA LOOMER AND LAURA LOOMER FOR CONGRESS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: July 15, 2022                                By:   */s/ Emily Barnet*
                                                                    Emily Barnet

**ATTORNEY ATTESTATION**

I, Emily Barnet, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: July 15, 2022                                By:   */s/ Emily Barnet*
                                                                    Emily Barnet