| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br>Facsimile: (650) 858-6100<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>*Attorneys for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG | REID J. SCHAR (SBN 283948)<br>RSchar@jenner.com<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>Telephone: (628) 267-6800<br>Facsimile:  (628) 267-6859<br><br>SAMUEL S. UNGAR (SBN 318774)<br>SUngar@jenner.com<br>TASSITY S. JOHNSON (*pro hac vice*)<br>TJohnson@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Facsimile:  (202) 693-6066<br><br>*Attorneys for Defendant*<br>TWITTER, INC. AND JACK DORSEY<br><br>JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310<br><br>*Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAURA LOOMER, as an individual, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>    Defendants. | Case No. 3:22-cv-02646-LB<br><br>**[PROPOSED] ORDER AMENDING THE CAPTION**<br><br>Hon. Laurel Beeler |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The caption of this case shall be changed to *Laura Loomer, as an individual and in her capacity as a Candidate for United States Congress, Laura Loomer for Congress, Inc. v. Meta Platforms, Inc., Mark Zuckerberg, in his capacity as CEO of Meta Platforms, Inc. and as an individual, Twitter Inc., Jack Dorsey, in his capacity as former CEO of Twitter, Inc. and as an individual*.

Date: _____          _____

The Honorable Laurel Beeler
United States District Judge