| | |
|---|---|
| 1 | Reid J. Schar (SBN 283948)<br>JENNER & BLOCK LLP |
| 2 | 455 Market Street, Suite 2100<br>San Francisco, CA  94105-2453 |
| 3 | Tel:   +1 628 267 6800<br>Fax:   +1 628 267 6859 |
| 4 | Email: RSchar@jenner.com |
| 5 | Tassity S. Johnson |
| 6 | (admitted *pro hac vice*)<br>Samuel S. Ungar (SBN 318774) |
| 7 | JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900 |
| 8 | Washington, DC  20001-4412<br>Tel:   +1 202 639 6000 |
| 9 | Fax:   +1 202 639 6066<br>Email: TJohnson@jenner.com |
| 10 |         SUngar@jenner.com |
| 11 | Alison I. Stein<br>(*pro hac vice* application forthcoming) |
| 12 | JENNER & BLOCK LLP<br>1155 Avenue of the Americas |
| 13 | New York, NY  10036-2711<br>Tel:   +1 212 891-1600 |
| 14 | Fax:   +1 212 891-1699<br>Email: AStein@jenner.com |
| 15 | *Attorneys for Jack Dorsey* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter and as an individual,<br><br>                    Defendants. | Case No. 3:22-cv-02646-LB<br><br>**NOTICE OF APPEARANCE OF REID J. SCHAR AS COUNSEL FOR DEFENDANT JACK DORSEY**<br><br>Judge:  The Honorable Laurel Beeler<br>Ctrm:   B, 15th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Reid J. Schar of Jenner & Block LLP, 455 Market Street, Suite 2100, San Francisco, CA 94105-2453, Telephone: (628) 267-6800, Facsimile: (628) 267-6859, and Email: RSchar@jenner.com, hereby enters his appearance as counsel of record for Defendant Jack Dorsey in the above-captioned matter, and requests to be added to the Court's service list for counsel for Defendant Jack Dorsey. Mr. Schar is a member of the State Bar of California and is admitted to practice in the Northern District of California.

Dated: July 16, 2022                                JENNER & BLOCK LLP

By:   */s/ Reid J. Schar*
         Reid J. Schar

Attorneys for Jack Dorsey