1   Reid J. Schar (SBN 283948)
    JENNER & BLOCK LLP
2   455 Market Street, Suite 2100
    San Francisco, CA  94105-2453
3   Tel:    +1 628 267 6800
    Fax:    +1 628 267 6859
4   Email: RSchar@jenner.com

5   Tassity S. Johnson
    (admitted *pro hac vice*)
6   Samuel S. Ungar (SBN 318774)
    JENNER & BLOCK LLP
7   1099 New York Avenue NW, Suite 900
    Washington, DC  20001-4412
8   Tel:    +1 202 639 6000
    Fax:    +1 202 639 6066
9   Email: TJohnson@jenner.com
            SUngar@jenner.com
10
    Alison I. Stein
11  (*pro hac vice* application forthcoming)
    JENNER & BLOCK LLP
12  1155 Avenue of the Americas
    New York, NY  10036-2711
13  Tel:    +1 212 891-1600
    Fax:    +1 212 891-1699
14  Email: AStein@jenner.com

15  *Attorneys for Defendant Jack Dorsey*

16              **IN THE UNITED STATES DISTRICT COURT**

17           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for 20  United States Congress, and LAURA LOOMER FOR CONGRESS, INC., 21 | Case No. 3:22-cv-02646-LB<br><br>**NOTICE OF APPEARANCE OF SAMUEL S. UNGAR AS COUNSEL FOR DEFENDANT JACK DORSEY** |
| 22                         Plaintiffs, 23          v. | Judge:  The Honorable Laurel Beeler<br>Ctrm:   B, 15th Floor |
| 24  FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an 25  individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of 26  Twitter and as an individual, | |
| 27                         Defendants. | |

28

1   **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       PLEASE TAKE NOTICE that Samuel S. Ungar of Jenner & Block LLP, 1099 New York

3   Avenue NW, Suite 900, Washington, DC  20001-4412, Telephone: (202) 639-6000, Facsimile:

4   (202) 639-6066, and Email: SUngar@jenner.com, hereby enters his appearance as counsel of

5   record for Defendant Jack Dorsey in the above-captioned matter, and requests to be added to the

6   Court's service list for counsel for Defendant Jack Dorsey. Mr. Ungar is a member of the State

7   Bar of California and is admitted to practice in the Northern District of California.

8

9    Dated: July 16, 2022                    JENNER & BLOCK LLP

10

11

12                          By:    /s/ Samuel S. Ungar
                                   Samuel S. Ungar

13                                 Attorneys for Defendant Jack Dorsey

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF SAMUEL S. UNGAR
AS COUNSEL FOR DEFENDANT JACK DORSEY
Case No. 3:22-cv-02646-LB