| | |
|---|---|
| 1 | Reid J. Schar (SBN 283948)<br>JENNER & BLOCK LLP |
| 2 | 455 Market Street, Suite 2100<br>San Francisco, CA  94105-2453 |
| 3 | Tel:     +1 628 267 6800<br>Fax:    +1 628 267 6859 |
| 4 | Email: RSchar@jenner.com |
| 5 | Tassity S. Johnson |
| 6 | (admitted *pro hac vice*)<br>Samuel S. Ungar (SBN 318774)<br>JENNER & BLOCK LLP |
| 7 | 1099 New York Avenue NW, Suite 900<br>Washington, DC  20001-4412 |
| 8 | Tel:    +1 202 639 6000<br>Fax:   +1 202 639 6066 |
| 9 | Email: TJohnson@jenner.com<br>            SUngar@jenner.com |
| 10 | |
| 11 | Alison I. Stein<br>(*pro hac vice* application forthcoming)<br>JENNER & BLOCK LLP |
| 12 | 1155 Avenue of the Americas<br>New York, NY  10036-2711 |
| 13 | Tel:     +1 212 891-1600<br>Fax:    +1 212 891-1699 |
| 14 | Email: AStein@jenner.com |
| 15 | *Attorneys for Defendant Jack Dorsey* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>                         Plaintiffs,<br><br>       v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter and as an individual,<br><br>                         Defendants. | Case No. 3:22-cv-02646-LB<br><br>**NOTICE OF APPEARANCE OF TASSITY S. JOHNSON AS COUNSEL FOR DEFENDANT JACK DORSEY**<br><br>Judge:  The Honorable Laurel Beeler<br>Ctrm:   B, 15th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Tassity S. Johnson of Jenner & Block LLP, 1099 New York Avenue NW, Suite 900, Washington, DC 20001-4412, Telephone: (202) 639-6000, Facsimile: (202) 639-6066, and Email: tjohnson@jenner.com, hereby enters her appearance as counsel of record for Defendant Jack Dorsey in the above-captioned matter, and requests to be added to the Court's service list for counsel for Defendant Jack Dorsey. Ms. Johnson is a member of the District of Columbia Bar and the State Bar of Connecticut. She was previously admitted *pro hac vice* to practice in the Northern District of California in this action on behalf of Defendant Twitter, Inc. (*See* Dkt. 25).

Dated: July 16, 2022                                    JENNER & BLOCK LLP

                                                By:   */s/ Tassity S. Johnson*
                                                      Tassity S. Johnson

                                                Attorneys for Defendant Jack Dorsey