| | |
|---|---|
| 1 | Reid J. Schar (SBN 283948) |
|   | JENNER & BLOCK LLP |
| 2 | 455 Market Street, Suite 2100 |
|   | San Francisco, CA  94105-2453 |
| 3 | Tel:    +1 628 267 6800 |
|   | Fax:   +1 628 267 6859 |
| 4 | Email: RSchar@jenner.com |

Reid J. Schar (SBN 283948)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA  94105-2453
Tel:    +1 628 267 6800
Fax:   +1 628 267 6859
Email: RSchar@jenner.com

Tassity S. Johnson
(admitted *pro hac vice*)
Samuel S. Ungar (SBN 318774)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC  20001-4412
Tel:    +1 202 639 6000
Fax:   +1 202 639 6066
Email: TJohnson@jenner.com
         SUngar@jenner.com

Alison I. Stein
(*pro hac vice* application forthcoming)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY  10036-2711
Tel:    +1 212 891-1600
Fax:   +1 212 891-1699
Email: AStein@jenner.com

*Attorneys for Jack Dorsey*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., MARK ZUCKERBERG, in his capacity as CEO of Facebook, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter and as an individual, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> **LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT JACK DORSEY** <br><br> Judge: The Honorable Laurel Beeler <br> Ctrm:  B, 15th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there are no associations of persons, firms, partnerships, corporations, or other entities known by Defendant Jack Dorsey to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: July 16, 2022                                       JENNER & BLOCK LLP

By:   /s/ Reid J. Schar
         Reid J. Schar

Attorneys for Jack Dorsey