**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| **LAURA LOOMER**, as an individual, **LAURA LOOMER**, in her capacity as a Candidate for United States Congress, and **LAURA LOOMER FOR CONGRESS, INC.**,<br><br>Plaintiffs,<br><br>v.<br><br>**FACEBOOK, INC., MARK ZUCKERBERG**, in his capacity as CEO of Facebook, Inc. and as an individual, **TWITTER INC.**, and **JACK DORSEY**, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No.: 3:22-cv-02646-LB<br><br>[PROPOSED] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

    Bob Barr and Brannon Burroughs seek to withdraw as counsel *pro hac vice* for Plaintiffs in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3- 700(A)(1). As this Court finds that Mr. Barr and Mr. Burroughs have submitted satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party,

**IT IS HEREBY ORDERED** that Bob Barr and Brannon Burroughs's Motion to Withdraw as Counsel for Plaintiffs is GRANTED, and Bob Barr and Brannon Burroughs are hereby terminated as counsel *pro hac vice* in this proceeding.

DATED: July 18, 2022                          By: /s/ WBC