Reid J. Schar (SBN 283948)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA  94105-2453
Tel:    +1 628 267 6800
Fax:    +1 628 267 6859
Email: RSchar@jenner.com

Tassity S. Johnson
(admitted *pro hac vice*)
Samuel S. Ungar (SBN 318774)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC  20001-4412
Tel:    +1 202 639 6000
Fax:    +1 202 639 6066
Email: TJohnson@jenner.com
          SUngar@jenner.com

Alison I. Stein
(*pro hac vice* application forthcoming)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY  10036-2711
Tel:    +1 212 891-1600
Fax:    +1 212 891-1699
Email: AStein@jenner.com

*Attorneys for Defendants*
*Twitter, Inc. and Jack Dorsey*

John M. Pierce (SBN 250443)
JOHN PIERCE LAW, P.C.
21550 Oxnard Street, 3rd Fl., PMB #172
Woodland Hills, CA 91367
Tel: +1 213 375-3310

*Attorney for Plaintiff*
*Laura Loomer and Laura Loomer*
*for Congress, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,

                Plaintiffs,

    v.

META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,

                Defendants.

Case No. 3:22-cv-02646-LB

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TWITTER, INC. AND JACK DORSEY'S RESPONSIVE PLEADING**

Judge:  The Honorable Laurel Beeler
Ctrm:  B, 15th Floor

**STIPULATION**

WHEREAS, on May 2, 2022, Plaintiffs filed the Complaint in this case (ECF No. 1);

WHEREAS, on May 24, 2022, Defendant Twitter, Inc. ("Twitter") and Plaintiffs stipulated to an extension of the deadline to respond to the Complaint, including the deadline to file all motions permitted by Rule 12 of the Federal Rules of Civil Procedure (the "Response Deadline") to July 19, 2022, in part because "an extension of the Response Deadline to ensure that Twitter and [Meta Platforms, Inc. ("Meta")] are on similar schedules for anticipated motion practice will inure to the convenience of the parties and the Court" (ECF No. 22);

WHEREAS, on July 14, 2022, counsel for Defendants Twitter and Jack Dorsey represented that they would accept service of the Complaint on behalf of Jack Dorsey and file a motion to dismiss on behalf of both Defendants Twitter and Jack Dorsey by the July 19, 2022 Response Deadline (ECF No. 40);

WHEREAS, on July 15, 2022, Plaintiffs and Defendants Meta and Mark Zuckerberg stipulated and agreed to extend Meta's and Mark Zuckerberg's deadline to respond to the Complaint to August 8, 2022 (ECF No. 44);

WHEREAS, on July 15, 2022, counsel for Defendants Twitter and Jack Dorsey sent counsel for Plaintiffs a letter raising certain issues relating to Plaintiffs' Complaint that they intend to raise via a motion to dismiss;

WHEREAS, on July 15, 2022, counsel for Defendants Twitter and Jack Dorsey notified counsel for Plaintiffs that they would be willing to stipulate to a parallel extension of the Response Deadline so that counsel could consider their letter of the same date, and so that Defendants Twitter, Jack Dorsey, Meta, and Mark Zuckerberg would remain on similar schedules for anticipated motion practice for the convenience of the parties and the Court;

WHEREAS, on July 18, 2022, counsel for Plaintiffs agreed to the terms of such stipulation;

WHEREAS, Plaintiffs and Defendants Twitter and Jack Dorsey have thus agreed to extend the Response Deadline for Twitter, Inc. and Jack Dorsey until and through August 8, 2022;

STIPULATION EXTENDING TWITTER & DORSEY'S TIME TO RESPOND TO THE COMPLAINT
Case No. 3:22-cv-02646-LB

1      WHEREAS, Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without a

2  Court order, to extend the time within which to answer or otherwise respond to the complaint, or to

3  enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the

4  change will not alter the date of any event or any deadline already fixed by Court order";

5      WHEREAS, this extension of time will not alter the date of any event or any deadline

6  already fixed by Court order;

7      AND WHEREAS, this extension is not sought for the purpose of undue delay and no party

8  will be prejudiced by the brief extension of time;

9      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil

10 Local Rule 6-1(a) of the United States District Court for the Northern District of California, by

11 and between Plaintiffs and Twitter, as represented by their undersigned counsel, that Twitter and

12 Jack Dorsey's deadline to move to dismiss, answer, or otherwise respond to the Complaint shall

13 be extended to and including August 8, 2022.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TWITTER & DORSEY'S TIME TO RESPOND TO THE COMPLAINT
Case No. 3:22-cv-02646-LB

1   Dated:  July 19, 2022                    JENNER & BLOCK LLP

2                                     By:    */s/ Reid J. Schar*
                                            Reid J. Schar (SBN 283948)
3                                           455 Market Street, Suite 2100
                                            San Francisco, CA  94105-2453
4                                           Tel:     +1 628 267 6800
                                            Fax:     +1 628 267 6859
5                                           Email: RSchar@jenner.com

6                                           Tassity S. Johnson
                                            (*pro hac vice* application forthcoming)
7                                           Samuel S. Ungar (SBN 318774)
                                            1099 New York Avenue NW, Suite 900
8                                           Washington, DC  20001-4412
                                            Tel:     +1 202 639 6000
9                                           Fax:     +1 202 639 6066
                                            Email: TJohnson@jenner.com
10                                                  SUngar@jenner.com

11                                          Alison I. Stein
                                            (*pro hac vice* application forthcoming)
12                                          JENNER & BLOCK LLP
                                            1155 Avenue of the Americas
13                                          New York, NY  10036-2711
                                            Tel:     +1 212 891-1600
14                                          Fax:     +1 212 891-1699
                                            Email: AStein@jenner.com
15
                                            *Attorneys for Defendant Twitter, Inc.*
16

17
                                    By:    */s/ John M. Pierce*
18
                                            John M. Pierce
19                                          CA Bar # 250443
                                            jpierce@johnpiercelaw.com
20                                          21550 Oxnard St., 3rd Fl PMB 172
                                            Woodland Hills, CA 91367
21                                          Telephone: (213) 349-0054

22                                          *Attorneys for Plaintiffs*

23

24

25

26

27

28
                                            3

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), Reid J. Schar hereby attests that concurrence in the filing of this document has been obtained from the above signatory.

Dated:  July 19, 2022                    By:   */s/ Reid J. Schar*
                                                       Reid J. Schar

STIPULATION EXTENDING TWITTER & DORSEY'S TIME TO RESPOND TO THE COMPLAINT
Case No. 3:22-cv-02646-LB