# United States District Court
### Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

ALISON  I.  STEIN , Bar # AS2884

was duly admitted to practice in the Court on

February 24, 2012

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.                On     July 12, 2022
          New York, New York

Ruby J. Krajick                   By      s/ S. Gonzalez
Clerk of Court                            Deputy Clerk