UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, et al., <br> Plaintiff(s), <br> v. <br> FACEBOOK, INC., et al., <br> Defendant(s). | Case No. 3:22-cv-02646-LB <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Alison I. Stein, an active member in good standing of the bar of U.S. District Court for the Southern District of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Twitter, Inc. and Jack Dorsey in the above-entitled action. My local co-counsel in this case is Reid J. Schar, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 283948.

| | |
|---|---|
| 1155 Avenue of the Americas <br> New York, NY 10036-2711 <br> MY ADDRESS OF RECORD | 455 Market Street, Suite 2100 <br> San Francisco, CA 94105-2453 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 891-1600 <br> MY TELEPHONE # OF RECORD | (628) 267-6800 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| AStein@jenner.com <br> MY EMAIL ADDRESS OF RECORD | RSchar@jenner.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AS2884.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/16/2022

Alison I. Stein
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alison I. Stein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 21, 2022

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

ALISON  I.  STEIN , Bar # AS2884

was duly admitted to practice in the Court on

February 24, 2012

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  July 12, 2022
New York, New York

Ruby J. Krajick              By    s/ S. Gonzalez
Clerk of Court                     Deputy Clerk