| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) <br> Sonal.Mehta@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, CA 94306 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br><br> EMILY BARNET (*pro hac vice*) <br> Emily.Barnet@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> Telephone: (212) 230-8800 <br> Facsimile: (212) 230-8888 | ARI HOLTZBLATT (*pro hac vice*) <br> Ari.Holtzblatt@wilmerhale.com <br> JEREMY W. BRINSTER (*pro hac vice*) <br> Jeremy.Brinster@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 1875 Pennsylvania Avenue NW <br> Washington, DC 20006 <br> Telephone: (202) 663-6000 <br> Facsimile: (202) 663-6363 |

*Attorneys for Defendants*
META PLATFORMS, INC. and
MARK ZUCKERBERG

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br>        Plaintiffs, <br><br>    v. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br>        Defendants. | Case No. 3:22-cv-02646-LB <br><br> **DECLARATION OF EMILY BARNET IN SUPPORT OF META PLATFORMS, INC.'S AND MARK ZUCKERBERG'S MOTION TO DISMISS** <br><br> Hon. Laurel Beeler <br> Courtroom B, 15th Floor <br> Date: September 15, 2022 <br> Time: 9:30 a.m. |

I, Emily Barnet, declare and state as follows:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Meta Platforms, Inc. and Mark Zuckerberg in the above-captioned action. I am a member in good standing of the New York bar, and I am admitted *pro hac vice* to appear before this Court. I submit this Declaration in support of Meta and Mr. Zuckerberg's Motion to Dismiss.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Sonal N. Mehta, counsel for Defendants Meta and Mr. Zuckerberg, to counsel for Plaintiffs, dated July 8, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Facebook's Terms of Service webpage, as downloaded on August 8, 2022 from Facebook's website at https://www.facebook.com/legal/terms.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Facebook Community Standards webpage, as downloaded on August 8, 2022 from Facebook's website at https://transparency.fb.com/policies/community-standards.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Facebook's Hate Speech policy webpage, as downloaded on August 8, 2022 from Facebook's website at https://transparency.fb.com/policies/community-standards.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Facebook's Dangerous Individuals and Organizations policy webpage, as downloaded on August 8, 2022 from Facebook's website at https://transparency.fb.com/policies/community-standards.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an article entitled "Facebook bans 'dangerous individuals,'" dated May 3, 2019, as downloaded on August 8, 2022 from BBC News's website at https://www.bbc.com/news/technology-48142098.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an article entitled "Facebook bans 'dangerous individuals' cited for hate speech," dated May 3, 2019, as downloaded on August 8, 2022 from AP News's website at https://apnews.com/article/alex-jones-north-america-ap-top-news-sc-state-wire-ca-state-wire-

1 | 7825d0df3fda4799a78da92b9e969cdc.

2 |     9.    Attached hereto as **Exhibit 8** is a true and correct copy of an article entitled

3 | "Politicians won't be allowed on Facebook if they've previously been banned," dated November

4 | 14, 2019, as downloaded on August 8, 2022 from Breitbart's website at

5 | https://www.breitbart.com/tech/2019/11/14/politicians-wont-be-allowed-on-facebook-if-theyve-

6 | previously-been-banned.

7 |     10.    Attached hereto as **Exhibit 9** is a true and correct copy of an article entitled

8 | "Laura Loomer Announces 2022 Congressional Run," dated February 24, 2022, as downloaded

9 | on August 8, 2022 from the Floridian's website at https://floridianpress.com/2021/02/laura-

10 | loomer-announces-2022-congressional-run.

11 |     11.    Attached hereto as **Exhibit 10** is a true and correct copy of an article entitled

12 | "Facebook exempts political ads from ban on making false claims," dated October 4, 2019, as

13 | downloaded on August 8, 2022 from the Guardian's website at

14 | https://www.theguardian.com/technology/2019/oct/04/facebook-exempts-political-ads-ban-

15 | making-false-claims.

16 |     12.    Attached hereto as **Exhibit 11** is a true and correct copy of an article entitled

17 | "Facebook's updated advertising policy could enable politicians to spread misinformation,"

18 | dated October 3, 2019, as downloaded on August 8, 2022 from Newsweek's website at

19 | https://www.newsweek.com/trump-biden-facebook-misleading-ads-1463054.

20 |     13.    Attached hereto as **Exhibit 12** is a true and correct copy of an article entitled

21 | "Zuckerberg tells Fox News Facebook won't censor politicians, while Warren says Facebook

22 | could help Trump win again," dated October 7, 2019, as downloaded on August 8, 2022 from

23 | Newsweek's website at https://www.newsweek.com/zuckerberg-tells-fox-news-facebook-wont-

24 | censor-politicians-while-warren-says-facebook-could-help-1466117.

25 |     14.    Attached hereto as **Exhibit 13** is a true and correct copy of an article entitled

26 | "After social media bans, militant groups found ways to remain," dated April 19, 2019, as

27 | downloaded on August 8, 2022 from the New York Times's website at

28 | https://www.nytimes.com/2019/04/19/technology/terrorist-groups-social-media.html.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an article entitled "Twitter takes down Hamas, Hezbollah-affiliated accounts after lawmaker pressure," dated November 4, 2019, as downloaded on August 8, 2022 from the Hill's website at https://thehill.com/policy/technology/468866-twitter-takes-down-hamas-hezbollah-affiliated-accounts-after-lawmaker.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of August 2022 in New York, NY.

By: */s/ Emily Barnet*
     EMILY BARNET

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Declaration and accompanying exhibits. In compliance with Civil Local Rule 5-l(h), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: August 8, 2022					By:	*/s/ Sonal N. Mehta*
								Sonal N. Mehta