1  SONAL N. MEHTA (SBN 222086)  ARI HOLTZBLATT (*pro hac vice*)
   Sonal.Mehta@wilmerhale.com  Ari.Holtzblatt@wilmerhale.com
2  WILMER CUTLER PICKERING  JEREMY W. BRINSTER (*pro hac vice*)
    HALE AND DORR LLP  Jeremy.Brinster@wilmerhale.com
3  2600 El Camino Real, Suite 400  WILMER CUTLER PICKERING
   Palo Alto, CA 94306   HALE AND DORR LLP
4  Telephone: (650) 858-6000  1875 Pennsylvania Avenue NW
5  Facsimile: (650) 858-6100  Washington, DC 20006
                              Telephone: (202) 663-6000
6  EMILY BARNET (*pro hac vice*)  Facsimile: (202) 663-6363
   Emily.Barnet@wilmerhale.com
7  WILMER CUTLER PICKERING
    HALE AND DORR LLP
8  7 World Trade Center
9  250 Greenwich Street
   New York, NY 10007
10 Telephone: (212) 230-8800
   Facsimile: (212) 230-8888
11

12 *Attorneys for Defendants*
   META PLATFORMS, INC. and
13 MARK ZUCKERBERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**[PROPOSED] ORDER GRANTING META PLATFORMS, INC. AND MARK ZUCKERBERG'S MOTION TO DISMISS**<br><br>Hon. Laurel Beeler<br>Courtroom B, 15th Floor |

**[PROPOSED] ORDER**

The motion to dismiss of Defendants Meta Platforms, Inc. and Mark Zuckerberg came on for hearing before this Court. Counsel for all parties appeared. The Court having considered the papers submitted with the motion, the arguments of counsel, and all other matters presented to the Court, Defendants' motion to dismiss is hereby GRANTED and Plaintiffs' Complaint, with respect to Defendants Meta Platforms, Inc. and Mark Zuckerberg, is DISMISSED in its entirety WITH PREJUDICE.

**IT IS SO ORDERED.**

Date: _____           _____
                                          The Honorable Laurel Beeler
                                          United States Magistrate Judge