**JOHN PIERCE LAW, P.C.**
John M. Pierce
jpierce@johnpiercelaw.com
21550 Oxnard St.
3rd Flr., PMB 172
Woodland Hills, CA 91367
Tel: (213) 349-0054

*Attorney for Plaintiffs*

THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Laura Loomer**, as an individual, **Laura Loomer**, in her capacity as a Candidate for United States Congress, and **Laura Loomer for Congress, Inc.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Facebook, Inc.**, **Mark Zuckerberg**, in his capacity as CEO of Facebook, Inc. and as an individual, **Twitter Inc.**, and **Jack Dorsey**, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br> Defendants. | Case No. 22-CV-2646 <br> Hon. Laurel Beeler <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** |

Pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs Laura Loomer, as an individual, Laura Loomer, in her capacity as a Candidate for United States Congress, and Laura Loomer for Congress, Inc., (collectively the "Plaintiffs"), by undersigned counsel, respectfully moves for an extension of one week, to August 29, 2022, for Plaintiffs to file their responses to Defendants Twitter Inc. and Jack Dorsey ("Twitter Defendants"), and Defendants Meta Platforms, Inc. and Mark Zuckerberg ("Meta Defendants") (collectively, the "Defendants") Motions to Dismiss which were filed on August 8, 2022.

Ms. Loomer's election is scheduled to be held, on Tuesday, August 23, 2022, and it would be virtually impossible for her to have adequate time to review responses. Plaintiffs have been diligently preparing its responses to Defendants' motions and carefully examining the arguments raised in their brief. In reviewing the issues raised by Defendants and preparing responses, Plaintiffs request a brief extension of time to prepare its filings.

Undersigned counsel has contacted Defendants' counsel for consent to this request. All Defendants have graciously consented to this request.

For all of the above reasons, counsel respectfully asks this Court to extend the time in which Plaintiffs can file their responses to Defendants' Motions to Dismiss to August 29, 2022.

**Motion for Extension of Time to Respond to Motion to Dismiss**

– 2 –

| | | |
|---|---|---|
| 1 | Dated: August 18, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | **John Pierce Law, P.C.** |
| 4 | | |
| 5 | | By: */s/John M. Pierce* |
| 6 | | John M. Pierce |
| 7 | | jpierce@johnpiercelaw.com<br>21550 Oxnard St., 3rd Fl PMB 172 |
| 8 | | Woodland Hills, CA 91367 |
| 9 | | Telephone: (213) 349-0054 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 18, 2022, the foregoing document was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce