THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Laura Loomer**, as an individual, **Laura Loomer**, in her capacity as a Candidate for United States Congress, and **Laura Loomer for Congress, Inc.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Facebook, Inc.**, **Mark Zuckerberg**, in his capacity as CEO of Facebook, Inc. and as an individual, **Twitter Inc.**, and **Jack Dorsey**, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br> Defendants. | Case No. 22-CV-2646 <br> Hon. Laurel Beeler <br><br> **[PROPOSED] ORDER** |

Upon the consent motion filed by Plaintiffs Laura Loomer, as an individual, Laura Loomer, in her capacity as a Candidate for United States Congress, and Laura Loomer for Congress, Inc., and good cause appearing, the Court hereby grants Plaintiffs' request for extension, to August 29, 2022.

**IT IS SO ORDERED.**

1 | Dated: August __, 2022
2 |
3 |
4 | _____
    Hon. Laura Beeler
    United States Magistrate Judge