Reid J. Schar (SBN 283948)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105-2453
Tel:   +1 628 267 6800
Fax:   +1 628 267 6859
Email: RSchar@jenner.com

Tassity S. Johnson
(admitted *pro hac vice*)
Samuel S. Ungar (SBN 318774)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
Tel:   +1 202 639 6000
Fax:   +1 202 639 6066
Email: TJohnson@jenner.com
       SUngar@jenner.com

Alison I. Stein
(admitted *pro hac vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Tel:   +1 212 891-1600
Fax:   +1 212 891-1699
Email: AStein@jenner.com

*Attorneys for Defendants Twitter, Inc.
and Jack Dorsey*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br>The Honorable Laurel Beeler<br><br>**NOTICE AND MOTION TO WITHDRAW *PRO HAC VICE*** |

**NOTICE IS HEREBY GIVEN** that on August 24, 2022, Tassity Johnson of Jenner & Block LLP, 1099 New York Avenue NW, Suite 900, Washington, DC 20001, respectfully seeks leave of this Court, pursuant to Local Rule 11-5(a) and in compliance with California Rule of Professional Conduct 3-700, to withdraw as counsel for Defendants Twitter, Inc. ("Twitter") and Jack Dorsey (collectively, "Twitter Defendants").

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 11-5, Tassity Johnson ("Movant") hereby notifies the parties and the Court of her intent to withdraw as counsel *pro hac vice* for the Twitter Defendants. Movant states the following grounds for this notice and motion:

1. This Court granted Movant leave to appear *pro hac vice* in this action pursuant to its May 26, 2022 Order.

2. Movant will be withdrawing from Jenner & Block LLP on August 25, 2022. Reid Schar, Alison Stein, and Samuel Ungar of Jenner & Block LLP are representing and will continue to actively represent the Twitter Defendants in this litigation.

3. Movant's withdrawal will not cause any prejudice or delay to the Court or to any parties or their attorneys in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel *pro hac vice*.

4. This notice of withdrawal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

5. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in traveling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

THEREFORE, Movant Tassity Johnson respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movant has so withdrawn. A proposed Order to this Motion is respectfully submitted contemporaneously herewith.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2022 | JENNER & BLOCK LLP |
| 2 | | By: */s/ Reid J. Schar* |
| | | Reid J. Schar (SBN 283948) |
| 3 | | 455 Market Street, Suite 2100 |
| | | San Francisco, CA  94105-2453 |
| 4 | | Tel:     +1 628 267 6800 |
| | | Fax:    +1 628 267 6859 |
| 5 | | Email: RSchar@jenner.com |

Tassity S. Johnson
(admitted *pro hac vice*)
Samuel S. Ungar (SBN 318774)
1099 New York Avenue NW, Suite 900
Washington, DC  20001-4412
Tel:     +1 202 639 6000
Fax:    +1 202 639 6066
Email: TJohnson@jenner.com
           SUngar@jenner.com

Alison I. Stein
(admitted *pro hac vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY  10036-2711
Tel:     +1 212 891-1600
Fax:    +1 212 891-1699
Email: AStein@jenner.com

*Attorneys for Defendants Twitter, Inc. and Jack Dorsey*