**JOHN PIERCE LAW, P.C.**
John M. Pierce
jpierce@johnpiercelaw.com
21550 Oxnard St.
3rd Flr., PMB 172
Woodland Hills, CA 91367
Tel: (213) 349-0054

*Attorney for Plaintiffs*

THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Laura Loomer**, as an individual, **Laura Loomer**, in her capacity as a Candidate for United States Congress, and **Laura Loomer for Congress, Inc.**, <br><br> Plaintiffs, <br><br> v. <br><br> **Facebook, Inc.**, **Mark Zuckerberg**, in his capacity as CEO of Facebook, Inc. and as an individual, **Twitter Inc.**, and **Jack Dorsey**, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br> Defendants. | Case No. 22-CV-2646 <br> Hon. Laurel Beeler <br><br> **CERTIFICATE OF NO OBJECTION TO TWITTER DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL** |

On August 24, 2022, Twitter Defendants filed Motion to Withdraw Tassity Johnson as counsel.

The undersigned hereby certifies that Plaintiffs have no objections to the withdrawal.

Dated: August 25, 2022            Respectfully submitted,

**John Pierce Law, P.C.**

By:  /s/Attorney name
John M. Pierce
jpierce@johnpiercelaw.com
21550 Oxnard St., 3rd Fl PMB 172
Woodland Hills, CA 91367
Telephone: (213) 349-0054

# CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2022, the foregoing document was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

<u>/s/ John M. Pierce</u>
John M. Pierce