| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) | REID J. SCHAR (SBN 283948) |
| Sonal.Mehta@wilmerhale.com | RSchar@jenner.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | JENNER & BLOCK LLP |
| 2600 El Camino Real, Suite 400 | 455 Market Street, Suite 2100 |
| Palo Alto, CA 94306 | Telephone: (628) 267-6800 |
| Telephone: (650) 600-5051 | |
| | TASSITY S. JOHNSON (*pro hac vice*) |
| ARI HOLTZBLATT (*pro hac vice*) | TJohnson@jenner.com |
| Ari.Holtzblatt@wilmerhale.com | SAMUEL S. UNGAR (SBN 318774) |
| JEREMY W. BRINSTER (*pro hac vice*) | SUngar@jenner.com |
| Jeremy.Brinster@wilmerhale.com | JENNER & BLOCK LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 1099 New York Avenue NW, Suite 900 |
| 1875 Pennsylvania Avenue NW | Washington, DC 20001 |
| Washington, DC 20006 | Telephone: (202) 639-6000 |
| Telephone: (202) 663-6000 | |
| | ALISON I. STEIN (*pro hac vice*) |
| EMILY BARNET (*pro hac vice*) | AStein@jenner.com |
| Emily.Barnet@wilmerhale.com | JENNER & BLOCK LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 1155 Avenue of the Americas |
| 7 World Trade Center | New York, NY 10036-2711 |
| 250 Greenwich Street | Telephone: (212) 891-1600 |
| New York, NY 10007 | |
| Telephone: (212) 230-8800 | *Attorneys for Defendant* |
| | TWITTER, INC. AND JACK DORSEY |
| *Attorneys for Defendants* | |
| META PLATFORMS, INC. AND MARK ZUCKERBERG | JOHN M. PIERCE (SBN 250443) |
| | jpierce@johnpiercelaw.com |
| | JOHN PIERCE LAW, P.C. |
| | 21550 Oxnard Street, 3rd Fl., PMB# 172 |
| | Woodland Hills, CA 91367 |
| | Telephone: (213) 375-3310 |
| | |
| | *Attorney for Plaintiffs* |
| | LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> **JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS PURSUANT TO CIVIL LOCAL RULE 6-1(B)** <br><br> Hon. Laurel Beeler |

**JOINT STIPULATION**

WHEREAS Plaintiffs Laura Loomer, as an individual and in her capacity as a candidate for United States Congress, and Laura Loomer for Congress, Inc., filed the Complaint on May 2, 2022 (Dkt. No. 1);

WHEREAS, by Order dated May 2, 2022, the Court set the Initial Case Management Conference for August 4, 2022 at 11:00 am (Dkt. No. 10);

WHEREAS, Defendant Meta Platforms, Inc. ("Meta") waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making its deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 16);

WHEREAS, Defendant Mark Zuckerberg waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making his deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 17);

WHEREAS, on May 24, 2022, Plaintiffs and Defendant Twitter, Inc. ("Twitter") stipulated and agreed to an extension of time for Twitter to respond to the Complaint through July 19, 2022 (Dkt. No. 22);

WHEREAS, by Order dated May 24, 2022, the Court reset the Initial Case Management Conference for August 4, 2022 at 9:30 am (Dkt. No. 18);

WHEREAS, on July 14, 2022, Plaintiffs and Defendants Meta, Mark Zuckerberg, Twitter, and Jack Dorsey stipulated and agreed to a continuation of the initial Case Management Conference, and requested that the Court order such continuation (Dkt. No. 40);

WHEREAS, by Order dated July 15, 2022, the Court reset the Case Management Conference for October 27, 2022 at 9:30 am (Dkt. No. 41);

WHEREAS, on July 15, 2022, Plaintiffs and Defendants Meta and Mark Zuckerberg stipulated and agreed to counsel for Plaintiffs' request for an extension of time for Meta and Mark Zuckerberg to respond to the Complaint through August 8, 2022 (Dkt. No. 44);

WHEREAS, on July 19, 2022, Plaintiffs and Defendants Twitter and Jack Dorsey stipulated and agreed to an extension of time for Twitter and Jack Dorsey to respond to the Complaint through August 8, 2022 (Dkt. No. 54);

1     WHEREAS, on August 8, 2022, Defendants Twitter and Jack Dorsey moved to dismiss
2 the Complaint (Dkt. No. 57);

3     WHEREAS, on August 8, 2022, the Court issued a Clerk's Notice setting the Motion to
4 Dismiss of Defendants Twitter and Jack Dorsey for hearing on September 15, 2022 at 9:30 am
5 (Dkt. No. 58);

6     WHEREAS, on August 8, 2022, Defendants Meta and Mark Zuckerberg moved to dismiss
7 the Complaint (Dkt. No. 59);

8     WHEREAS, on August 9, 2022, the Court issued a Clerk's Notice setting the Motion to
9 Dismiss of Defendants Meta and Mark Zuckerberg for hearing on September 15, 2022 at 9:30 am
10 (Dkt. No. 60);

11     WHEREAS, on August 18, 2022, Plaintiffs filed an Unopposed Motion for Extension of
12 Time to Respond to Defendants' Motions to Dismiss (Dkt. No. 61);

13     WHEREAS, by Order dated August 19, 2022, the Court granted Plaintiffs' Unopposed
14 Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, extending Plaintiffs'
15 deadline to respond to Defendants' Motions to Dismiss through August 29, 2022 (Dkt. No. 62);

16     WHEREAS, on August 19, 2022, the Court issued a Clerk's Notice stating that
17 Defendants' Replies are due September 6, 2022, setting the Motions to Dismiss for hearing on
18 September 29, 2022 at 9:30 am, and resetting the Initial Case Management Conference for
19 November 17, 2022 (Dkt. No. 63);

20     WHEREAS, on August 22, 2022, counsel for Defendants Meta and Mark Zuckerberg
21 contacted counsel for Defendants Twitter and Jack Dorsey by phone to determine whether Twitter
22 and Mr. Dorsey would stipulate to an extension of seven (7) days for both Meta and Mr.
23 Zuckerberg's and Twitter and Mr. Dorsey's Replies in support of their Motions to Dismiss;

24     WHEREAS, on August 23, 2022, counsel for Defendants Twitter and Mr. Dorsey informed
25 counsel for Defendants Meta and Mr. Zuckerberg by phone that they would so stipulate;

26     WHEREAS, on August 23, 2022, counsel for Defendants Meta and Mark Zuckerberg
27 contacted counsel for Plaintiffs and counsel for Defendants Twitter and Jack Dorsey to determine
28 whether Plaintiffs would consent to extending by seven (7) days the time for Defendants to file

1 Replies in support of their Motions to Dismiss.  Counsel for Plaintiffs responded that he would

2 consent;

3      WHEREAS good cause exists to extend by seven (7) days the time for Defendants to file

4 Replies in support of their Motions to Dismiss because of the Labor Day holiday, pre-planned

5 vacations, and briefing deadlines in other matters, including a reply brief in support of a petition

6 for a writ of certiorari in *Twitter, Inc. v. Taamneh, et al.*, No. 21-1496 (U.S.) that will be filed on

7 August 30, 2022;

8      WHEREAS, Local Rule 6-1(b) provides that "A request for a Court order enlarging or

9 shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant

10 to Civil L.R. 6-3";

11      WHEREAS, pursuant to Local Rule 6-1(b), an extension of the deadline for Defendants to

12 file their Replies will not "affect[] a hearing or proceeding on the Court's calendar";

13      WHEREAS, this extension is not sought for the purpose of undue delay and no party will

14 be prejudiced by the brief extension of time;

15      ACCORDINGLY, pursuant to Civil Local Rule 6-1(b) of the United States District Court

16 for the Northern District of California, Plaintiffs and Defendants, as represented by their

17 undersigned counsel, hereby stipulate and agree that, subject to the Court's approval, Defendants'

18 deadline to file Replies in support of their Motions to Dismiss shall be extended by seven (7) days,

19 to and including September 12, 2022.

20

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 25, 2022 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 3 | | By:  /s/ Emily Barnet |
| 4 | | SONAL N. MEHTA (SBN 222086) |
| | | Sonal.Mehta@wilmerhale.com |
| 5 | | 2600 El Camino Real, Suite 400 |
| | | Palo Alto, CA 94306 |
| 6 | | Telephone: (650) 600-5051 |
| 7 | | ARI HOLTZBLATT (*pro hac vice*) |
| | | Ari.Holtzblatt@wilmerhale.com |
| 8 | | JEREMY W. BRINSTER (*pro hac vice*) |
| | | Jeremy.Brinster@wilmerhale.com |
| 9 | | 1875 Pennsylvania Avenue NW |
| | | Washington, DC 20006 |
| 10 | | Telephone: (202) 663-6000 |
| 11 | | EMILY BARNET (*pro hac vice*) |
| | | Emily.Barnet@wilmerhale.com |
| 12 | | 7 World Trade Center |
| | | 250 Greenwich Street |
| 13 | | New York, NY 10007 |
| | | Telephone: (212) 230-8800 |
| 14 | | |
| 15 | | *Attorneys for Defendants* |
| | | META PLATFORMS, INC. AND MARK |
| 16 | | ZUCKERBERG |
| 17 | Dated:  August 25, 2022 | JENNER & BLOCK LLP |
| 18 | | By:  /s/ Samuel S. Ungar |
| 19 | | SAMUEL S. UNGAR (SBN 318774) |
| | | SUngar@jenner.com |
| 20 | | TASSITY S. JOHNSON (*pro hac vice*) |
| | | TJohnson@jenner.com |
| 21 | | 1099 New York Avenue NW, Suite 900 |
| | | Washington, DC 20001 |
| 22 | | Telephone: (202) 639-6000 |
| 23 | | REID J. SCHAR (SBN 283948) |
| | | RSchar@jenner.com |
| 24 | | 455 Market Street, Suite 2100 |
| | | Telephone: (628) 267-6800 |
| 25 | | |
| 26 | | ALISON I. STEIN (*pro hac vice*) |
| | | AStein@jenner.com |
| 27 | | 1155 Avenue of the Americas |
| | | New York, NY 10036-2711 |
| 28 | | Telephone: (212) 891-1600 |

|   |   |
|---|---|
|   | *Attorneys for Defendants*<br>TWITTER, INC. AND JACK DORSEY |
| Dated:  August 25, 2022 | By:   */s/ John M. Pierce* |
|   | JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310 |
|   | *Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  August 25, 2022                                By:     */s/ Emily Barnet*
                                                                         Emily Barnet

## ATTORNEY ATTESTATION

I, Emily Barnet, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated:  August 25, 2022                                By:     */s/ Emily Barnet*
                                                                         Emily Barnet