| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>JEREMY W. BRINSTER (*pro hac vice*)<br>Jeremy.Brinster@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br><br>EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br><br>*Attorneys for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG | REID J. SCHAR (SBN 283948)<br>RSchar@jenner.com<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>Telephone: (628) 267-6800<br><br>TASSITY S. JOHNSON (*pro hac vice*)<br>TJohnson@jenner.com<br>SAMUEL S. UNGAR (SBN 318774)<br>SUngar@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br><br>ALISON I. STEIN (*pro hac vice*)<br>AStein@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2711<br>Telephone: (212) 891-1600<br><br>*Attorneys for Defendant*<br>TWITTER, INC. AND JACK DORSEY<br><br>JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310<br><br>*Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**DECLARATION OF EMILY BARNET IN SUPPORT OF CIVIL LOCAL RULE 6-1(B) STIPULATION**<br><br>Hon. Laurel Beeler |

I, Emily Barnet, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. and Defendant Mark Zuckerberg in the above-captioned action.

2. By Order dated May 2, 2022, the Court set the Initial Case Management Conference for August 4, 2022 at 11:00 am (Dkt. No. 10).

3. On May 24, 2022, Plaintiffs and Defendant Twitter, Inc. ("Twitter") stipulated and agreed to an extension of time for Twitter to respond to the Complaint through July 19, 2022 (Dkt. No. 22).

4. By Order dated May 24, 2022, the Court reset the Initial Case Management Conference for August 4, 2022 at 9:30 am (Dkt. No. 18).

5. On July 14, 2022, Plaintiffs and Defendants Meta, Mark Zuckerberg, Twitter, and Jack Dorsey stipulated and agreed to a continuation of the initial Case Management Conference, and requested that the Court order such continuation (Dkt. No. 40).

6. By Order dated July 15, 2022, the Court reset the Case Management Conference for October 27, 2022 at 9:30 am (Dkt. No. 41).

7. On July 15, 2022, Plaintiffs and Defendants Meta and Mark Zuckerberg stipulated and agreed to counsel for Plaintiffs' request for an extension of time for Meta and Mark Zuckerberg to respond to the Complaint through August 8, 2022 (Dkt. No. 44).

8. On July 19, 2022, Plaintiffs and Defendants Twitter and Jack Dorsey stipulated and agreed to an extension of time for Twitter and Jack Dorsey to respond to the Complaint through August 8, 2022 (Dkt. No. 54).

9. On August 8, 2022, the Court issued a Clerk's Notice setting the Motion to Dismiss of Defendants Twitter and Jack Dorsey for hearing on September 15, 2022 at 9:30 am (Dkt. No. 58).

10. On August 9, 2022, the Court issued a Clerk's Notice setting the Motion to Dismiss

of Defendants Meta and Mark Zuckerberg for hearing on September 15, 2022 at 9:30 am (Dkt. No. 60).

11. On August 18, 2022, Plaintiffs filed an Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Dkt. No. 61).

12. By Order dated August 19, 2022, the Court granted Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, extending Plaintiffs' deadline to respond to Defendants' Motions to Dismiss through August 29, 2022 (Dkt. No. 62).

13. On August 19, 2022, the Court issued a Clerk's Notice stating that Defendants' Replies are due September 6, 2022, setting the Motions to Dismiss for hearing on September 29, 2022 at 9:30 am, and resetting the Initial Case Management Conference for November 17, 2022 (Dkt. No. 63).

14. On August 22, 2022, I contacted counsel for Twitter, Inc. and Jack Dorsey by phone to ask whether they would stipulate to an extension of seven (7) days for both Meta and Mr. Zuckerberg's and Twitter and Mr. Dorsey's Replies in support of their Motions to Dismiss.

15. On August 23, 2022, counsel for Twitter and Mr. Dorsey informed me by phone that Twitter and Mr. Dorsey would so stipulate.

16. On August 23, 2022, I emailed counsel for Plaintiffs and counsel for Defendants Twitter and Mr. Dorsey to determine whether Plaintiffs would consent to extending by seven (7) days the time for Defendants to file Replies in support of their Motions to Dismiss. Counsel for Plaintiffs responded that he would consent.

17. Good cause exists to extend by seven (7) days the time for Defendants to file Replies in support of their Motions to Dismiss. The current deadline for Defendants to file their Replies is September 6, 2022, the day following Labor Day. Because of the Labor Day holiday, pre-planned vacations, and briefing deadlines in other matters, including a reply brief in support of a petition for a writ of certiorari in *Twitter, Inc. v. Taamneh, et al.*, No. 21-1496 (U.S.) that will

1  be filed on August 30, 2022, Defendants will have very limited time to analyze Plaintiffs'
2  Opposition to their Motions to Dismiss and prepare their Replies. A seven (7) day extension of
3  the time for filing their Replies, until and including September 12, 2022, is therefore reasonable.
4
      18.    The stipulated extension will not otherwise affect the schedule of this case.
5
6
7        I declare under penalty of perjury that the foregoing is true and correct.
8        Executed on this 25th day of August 2022 in New York, NY.
9
10
                                              By:    */s/ Emily Barnet*
11                                                         Emily Barnet