UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL *PRO HAC VICE* FOR DEFENDANTS |

Tassity Johnson seeks to withdraw as counsel *pro hac vice* for Defendants Twitter, Inc. and Jack Dorsey (collectively, "Twitter Defendants") in the above-captioned litigation pursuant to Local Rule 11-5(a). As this Court finds that Movant has submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

**IT IS HEREBY ORDERED** that Movant's Motion to Withdraw as Counsel *Pro Hac Vice* for the Twitter Defendants is GRANTED, and Movant is hereby terminated as counsel *pro hac vice* in this proceeding.

DATED: August 26, 2022

By: _____
Honorable Laurel Beeler
United States Magistrate Judge