| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) | REID J. SCHAR (SBN 283948) |
| Sonal.Mehta@wilmerhale.com | RSchar@jenner.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | JENNER & BLOCK LLP |
| 2600 El Camino Real, Suite 400 | 455 Market Street, Suite 2100 |
| Palo Alto, CA 94306 | Telephone: (628) 267-6800 |
| Telephone: (650) 600-5051 | |
| | TASSITY S. JOHNSON (*pro hac vice*) |
| ARI HOLTZBLATT (*pro hac vice*) | TJohnson@jenner.com |
| Ari.Holtzblatt@wilmerhale.com | SAMUEL S. UNGAR (SBN 318774) |
| JEREMY W. BRINSTER (*pro hac vice*) | SUngar@jenner.com |
| Jeremy.Brinster@wilmerhale.com | JENNER & BLOCK LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 1099 New York Avenue NW, Suite 900 |
| 1875 Pennsylvania Avenue NW | Washington, DC 20001 |
| Washington, DC 20006 | Telephone: (202) 639-6000 |
| Telephone: (202) 663-6000 | |
| | ALISON I. STEIN (*pro hac vice*) |
| EMILY BARNET (*pro hac vice*) | AStein@jenner.com |
| Emily.Barnet@wilmerhale.com | JENNER & BLOCK LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 1155 Avenue of the Americas |
| 7 World Trade Center | New York, NY 10036-2711 |
| 250 Greenwich Street | Telephone: (212) 891-1600 |
| New York, NY 10007 | |
| Telephone: (212) 230-8800 | *Attorneys for Defendant* |
| | TWITTER, INC. AND JACK DORSEY |
| *Attorneys for Defendants* | |
| META PLATFORMS, INC. AND MARK ZUCKERBERG | JOHN M. PIERCE (SBN 250443) |
| | jpierce@johnpiercelaw.com |
| | JOHN PIERCE LAW, P.C. |
| | 21550 Oxnard Street, 3rd Fl., PMB# 172 |
| | Woodland Hills, CA 91367 |
| | Telephone: (213) 375-3310 |
| | |
| | *Attorney for Plaintiffs* |
| | LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, et al., <br><br>Plaintiffs, <br><br>v. <br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, <br><br>Defendants. | Case No. 3:22-cv-02646-LB <br><br>**[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS** <br><br>Hon. Laurel Beeler |

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The deadlines for Defendants Meta Platforms, Inc. and Mark Zuckerberg and Defendants Twitter, Inc. and Jack Dorsey to file Replies in support of their Motions to Dismiss shall be extended to and including September 12, 2022.

Date: August 26, 2022

_____
The Honorable Laurel Beeler
United States Magistrate Judge