AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| **Laura Loomer, as an individual, Laura Loomer, in her capacity as a Candidate for United States Congress, and Laura Loomer for Congress, Inc.,** *Plaintiff(s)* <br> v. <br> **Facebook, Inc., et al,** *Defendant(s)* | Civil Action No. 3:22-cv-02646 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    **The Proctor & Gamble Company**
    **1 Proctor & Gamble Plaza**
    **Cincinnati, Ohio, 45202**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: **John M. Pierce**
    **jpierce@johnpiercelaw.com**
    **21550 Oxnard St., 3rd Fl PMB 172**
    **Woodland Hills, CA 91367**
    **Telephone: (213) 349-0054**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Mark B. Busby*
CLERK OF COURT



Date: 8/30/22      Felicia Brown
    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02646

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: