| | |
|---|---|
| Reid J. Schar (SBN 283948)<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>San Francisco, CA  94105-2453<br>Tel:     +1 628 267 6800<br>Email: RSchar@jenner.com<br><br>Samuel S. Ungar (SBN 318774)<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW, Suite 900<br>Washington, DC  20001-4412<br>Tel:     +1 202 639 6000<br>Email: SUngar@jenner.com<br><br>Alison I. Stein (*pro hac vice*)<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2711<br>Tel:     +1 212 891-1600<br>Email: AStein@jenner.com<br><br>*Attorneys for Defendants*<br>*Twitter, Inc. and Jack Dorsey*<br><br>John M. Pierce (SBN 250443)<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB #172<br>Woodland Hills, CA 91367<br>Tel: +1 213 375-3310<br><br>*Attorney for Plaintiffs Laura Loomer and*<br>*Laura Loomer for Congress, Inc.* | SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>JEREMY W. BRINSTER (*pro hac vice*)<br>Jeremy.Brinster@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br><br>EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br><br>*Attorneys for Defendants Meta Platforms,*<br>*Inc. and Mark Zuckerberg* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>                      Plaintiffs,<br>   v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>                      Defendants. | Case No. 3:22-cv-02646-LB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TWITTER, INC., JACK DORSEY, META PLATFORMS, INC., AND MARK ZUCKERBERG'S RESPONSIVE PLEADING**<br><br>Judge:  The Honorable Laurel Beeler<br>Ctrm:   B, 15th Floor |

# **STIPULATION**

WHEREAS, on May 2, 2022, Plaintiffs filed the Complaint in this case (ECF No. 1);

WHEREAS, by Order dated May 2, 2022, the Court set the Initial Case Management Conference for August 4, 2022 at 11:00 AM (ECF No. 10);

WHEREAS, Defendant Meta Platforms, Inc. ("Meta") waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making its deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (ECF No. 16);

WHEREAS, on May 24, 2022, Defendant Twitter, Inc. ("Twitter") and Plaintiffs stipulated to an extension of Twitter's deadline to respond to the Complaint, including the deadline to file all motions permitted by Rule 12 of the Federal Rules of Civil Procedure to July 19, 2022, in part because "an extension of the Response Deadline to ensure that Twitter and [Meta] are on similar schedules for anticipated motion practice will inure to the convenience of the parties and the Court" (ECF No. 22);

WHEREAS, by Order dated May 24, 2022, the Court reset the Initial Case Management Conference for August 4, 2022 at 9:30 AM (ECF No. 18);

WHEREAS, on July 14, 2022, Plaintiffs and Defendants Meta, Mark Zuckerberg, Twitter, and Jack Dorsey (collectively, "Stipulating Defendants") stipulated to an extension of the parties' deadline to confer pursuant to Federal Rule of Civil Procedure 26 until no later than 21 days after a ruling by the Court denying or dismissing (in whole or in part) the Stipulating Defendants' forthcoming Motions to Dismiss the Complaint (ECF No. 40);

WHEREAS, on July 14, 2022, Plaintiffs and Stipulating Defendants further stipulated to a continuance of the Initial Case Management Conference unless and until the Court denies Meta and Mark Zuckerberg or Twitter and Jack Dorsey's forthcoming Motions to Dismiss the Complaint in whole or in part (ECF No. 40);

WHEREAS, on July 14, 2022, Plaintiffs and Stipulating Defendants further stipulated that the Initial Case Management Conference should be set for 45 days after a ruling by the Court denying or dismissing (in whole or in part) the Stipulating Defendants' forthcoming Motions to

1  Dismiss the Complaint (ECF No. 40);

2      WHEREAS, on July 15, 2022, the Court so-ordered the aforementioned provisions of the

3  parties' July 14, 2022 stipulation (ECF No. 41);

4      WHERAS, on July 15, 2022, the Court reset the Initial Case Management Conference for

5  October 27, 2022 at 9:30 AM "[a]s a calendaring device that reflects the likely motions schedule"

6  (ECF No. 41 (Docket Text));

7      WHEREAS, on July 15, 2022, Plaintiffs and Defendants Meta and Mark Zuckerberg

8  stipulated and agreed to further extend Meta's and Mark Zuckerberg's deadline to respond to the

9  Complaint to August 8, 2022 (ECF No. 44);

10      WHEREAS, on July 19, 2022, Plaintiffs and Defendants Twitter and Jack Dorsey

11  stipulated and agreed to a parallel extension of Twitter and Jack Dorsey's deadline to respond to

12  the Complaint to August 8, 2022, to maintain similar schedules for anticipated motion practice

13  for the convenience of the parties and the Court (ECF No. 54);

14      WHEREAS, on August 8, 2022, Defendants Twitter and Jack Dorsey moved to dismiss

15  the Complaint (ECF No. 57);

16      WHEREAS, on August 8, 2022, Defendants Meta and Mark Zuckerberg moved to dismiss

17  the Complaint (ECF No. 59);

18      WHEREAS, by Order dated August 19, 2022, the Court granted Plaintiffs' Unopposed

19  Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (ECF No. 61),

20  extending Plaintiffs' deadline to respond to Defendants' Motions to Dismiss through August 29,

21  2022 (ECF No. 62);

22      WHEREAS, on August 19, 2022, the Court set the Motions to Dismiss for hearing on

23  September 29, 2022 at 9:30 AM and reset the Initial Case Management Conference for November

24  17, 2022 at 9:30 AM (ECF No. 63);

25      WHEREAS, by Order dated August 26, 2022, the Court so-ordered the parties' August 25

26  stipulation extending the Stipulating Defendants' deadline to reply to Plaintiffs' anticipated

27  responses to their Motions to Dismiss through September 12, 2022 (ECF Nos. 66, 68);

28

WHEREAS, on August 29, 2022, Plaintiffs filed an Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) in lieu of a response to Stipulating Defendants' Motions to Dismiss (ECF No. 69);

WHEREAS, by Order dated August 30, 2022, the Court terminated the pending Motions to Dismiss "[g]iven the amendment as of right" (ECF No. 71);[1]

WHEREAS, the Amended Complaint joins a new defendant, The Procter & Gamble Company, which has not yet appeared in this action or consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c);

WHEREAS, Stipulating Defendants' current deadline to respond to the Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(3), is September 12, 2022;

WHEREAS, on September 7, 2022, counsel for Defendants Twitter and Jack Dorsey (on behalf of all Stipulating Defendants) contacted counsel for Plaintiffs to determine whether Plaintiffs would consent to extend by forty-five (45) days the deadline for Stipulating Defendants to respond to the Amended Complaint, including the deadline to file all motions permitted by Rule 12 of the Federal Rules of Civil Procedure, to allow time for Procter & Gamble to appear and for the parties to coordinate on a briefing schedule thereafter. Counsel for Plaintiffs responded that he would consent;

WHEREAS an extension of this deadline to permit all defendants to appear and set similar schedules for anticipated motion practice will inure to the convenience of the parties and the Court;

WHEREAS, Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

---

[1] While the Court's Order at ECF No. 71 expressly terminated only Defendants Meta and Mark Zuckerberg's Motion to Dismiss the Complaint, Defendants Twitter and Jack Dorsey understand that their Motion to Dismiss the Complaint has also been mooted by Plaintiffs' amendment as of right.

1 WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court order;

2 AND WHEREAS, this extension is not sought for the purpose of undue delay and no party will be prejudiced by the extension of time;

3 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California, by and between Plaintiffs and Stipulating Defendants, as represented by their undersigned counsel, that Meta, Mark Zuckerberg, Twitter, and Jack Dorsey's deadline to move to dismiss, answer, or otherwise respond to the Amended Complaint shall be extended for forty-five (45) days, to and including October 27, 2022.

|   |   |   |   |
|---|---|---|---|
| | | | JENNER & BLOCK LLP |
| Dated: September 8, 2022 | | By: | */s/ Reid J. Schar* |

Reid J. Schar (SBN 283948)
455 Market Street, Suite 2100
San Francisco, CA 94105-2453
Tel:  +1 628 267 6800
Fax:  +1 628 267 6859
Email: RSchar@jenner.com

Samuel S. Ungar (SBN 318774)
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
Tel:  +1 202 639 6000
Fax:  +1 202 639 6066
Email: SUngar@jenner.com

Alison I. Stein (*pro hac vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Tel:  +1 212 891-1600
Fax:  +1 212 891-1699
Email: AStein@jenner.com

*Attorneys for Defendants Twitter, Inc. and Jack Dorsey*

Dated: September 8, 2022     By:  */s/ John M. Pierce*

John M. Pierce
CA Bar # 250443
jpierce@johnpiercelaw.com
21550 Oxnard St., 3rd Fl PMB 172
Woodland Hills, CA 91367
Telephone: (213) 349-0054

*Attorney for Plaintiffs*

|  |  |  |
|---|---|---|
|  |  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated:  September 8, 2022 | By: | /s/ Emily Barnet |
|  |  | SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051 |
|  |  | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>JEREMY W. BRINSTER (*pro hac vice*)<br>Jeremy.Brinster@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000 |
|  |  | EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800 |
|  |  | *Attorneys for Defendants*<br>META PLATFORMS, INC.<br>AND MARK ZUCKERBERG |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), Reid J. Schar hereby attests that concurrence in the filing of this document has been obtained from the above signatories.

Dated:  September 8, 2022         By:   */s/ Reid J. Schar*
                                        Reid J. Schar