| | |
|---|---|
| David C. Kiernan (State Bar No. 215335) | John M. Pierce (State Bare No. 250443) |
| dkiernan@jonesday.com | JOHN PIERCE LAW, P.C. |
| Craig E. Stewart (State Bar No. 129530) | 21550 Oxnard Street, 3rd Fl., PMB #172 |
| cestewart@jonesday.com | Woodland Hills, CA 91367 |
| JONES DAY | Tel: +1 213 375-3310 |
| 555 California Street, 26th Floor | |
| San Francisco, CA 94104 | Attorney for Plaintiffs LAURA LOOMER and |
| Telephone: +1.415.626.3939 | LAURA LOOMER FOR CONGRESS, INC. |
| Facsimile: +1.415.875.5700 | |

Dayme Sanchez (State Bar No. 323864)
daymesanchez@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, Individuals, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> **STIPULATION TO EXTEND TIME FOR PROCTER & GAMBLE COMPANY TO RESPOND TO THE AMENDED COMPLAINT** <br><br> Judge: Honorable Laurel Beeler <br><br> Courtroom: B, 15th Floor |

Plaintiffs Laura Loomer and Laura Loomer for Congress, Inc. ("Plaintiffs") and The Proctor & Gamble Company ("P&G") through their undersigned counsel hereby submit the following Stipulation:

WHEREAS, on May 2, 2022, Plaintiffs filed a Complaint against Meta Platforms, Inc., Twitter, Inc., Mark Zuckerberg, and Jack Dorsey ("Initial Defendants");

WHEREAS, on August 29, 2022, after Initial Defendants filed a motion to dismiss, Plaintiffs filed an Amended Complaint that, among other things, added P&G as a defendant;

WHEREAS, on September 8, 2022, Plaintiffs and Initial Defendants stipulated to extend the deadline for Initial Defendants to respond to the Amended Complaint by 45 days, up to and including October 27, 2022, to allow time for P&G to appear and for the parties to coordinate a briefing schedule (ECF No. 73 at 3–4);

WHEREAS, on September 27, 2022, P&G was served with the Summons and Amended Complaint;

WHEREAS, the deadline for P&G to respond to the Amended Complaint is October 18, 2022;

WHEREAS, Plaintiffs and P&G agree that P&G's deadline to move to dismiss, answer or otherwise respond to the Amended Complaint shall be extended to October 27, 2022; and

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court order.

ACCORDINGLY, IT IS HEREBY STIPULATED that in accordance with Civil Local Rule 6-1(a), P&G's deadline to move to dismiss, answer or otherwise respond to the Amended Complaint shall be extended to October 27, 2022.

Dated: October 7, 2022              JONES DAY


                                    By: /s/ David C. Kiernan
                                        David C. Kiernan
                                        Craig E. Stewart
                                        Dayme Sanchez

                                    Attorneys for Defendant
                                    THE PROCTER & GAMBLE COMPANY

Dated: October 7, 2022              JOHN PIERCE LAW, P.C.


                                    By: /s/ John M. Pierce
                                        John M. Pierce

                                    Attorneys for Plaintiffs
                                    LAURA LOOMER and LAURA LOOMER
                                    FOR CONGRESS, INC.

**LOCAL RULE 5-1 ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that the above signatories concur in the contents of this document and have authorized its filing.

Dated:  October 7, 2022            _/s/ Dayme Sanchez_
                                    Dayme Sanchez