David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700

Dayme Sanchez (State Bar No. 323864)
daymesanchez@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   +1.650.739.3939
Facsimile:   +1.650.739.3900

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, Individuals, <br><br>Defendants. | Case No. 3:22-cv-02646-LB <br><br>**DEFENDANT THE PROCTER & GAMBLE COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

- 1 -

Case No. 3:22-cv-02646-LB
Procter & Gamble's Corp. Disclosure Statement

Defendant Procter & Gamble Company ("Procter & Gamble") submits its corporate disclosure statement and certification of interested entities or persons, in accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15.

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Procter & Gamble states that (a) it is a private non-governmental corporate party that does not have a parent corporation and (b) is a public company in which no entity owns 10% or more of its stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

In accordance with Local Rule 3-15, Procter & Gamble states that other than the named parties, no other entities or persons are known by Procter & Gamble to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding

Dated: October 21, 2022    JONES DAY

By: */s/ David C. Kiernan*
David C. Kiernan
Craig E. Stewart
Dayme Sanchez

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY