# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**[PROPOSED] ORDER GRANTING TWITTER, INC. AND JACK DORSEY'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**<br><br>The Honorable Laurel Beeler<br>Courtroom B, 15th Floor |

The motion to dismiss of Defendants Twitter, Inc. and Jack Dorsey pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) came on for hearing before this Court. Counsel for all parties appeared. The Court having considered the papers submitted with the motion, the arguments of counsel, and all other papers on file herein, Defendants' motion to dismiss is hereby GRANTED and Plaintiffs' Amended Complaint, with respect to Defendants Twitter, Inc. and Jack Dorsey, is DISMISSED in its entirely WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____ _____
HON. LAUREL BEELER
United States Magistrate Judge