# EXHIBIT 1

WILMERHALE

July 8, 2022

Sonal N. Mehta

+1 650 600 5051 (t)
+1 650 858 6100 (f)
sonal.mehta@wilmerhale.com

**By E-mail**

John M. Pierce
jpierce@johnpiercelaw.com
21550 Oxnard St., 3rd Fl PMB 172
Woodland Hills, CA 91367

Bob Barr
Bob@bobbarr.org
Brannon Burroughs
Brannon@bobbarr.org
2120 Powers Ferry Road, Suite 125
Atlanta, GA 30339

Re:   *Loomer et al. v. Facebook, Inc., et al.*, No. 3:22-02646-LB (N.D. Cal.)

Dear Mr. Pierce and Mr. Barr,

We write on behalf of Meta Platforms, Inc. ("Meta"; formerly Facebook, Inc.) and Mark Zuckerberg regarding the above-captioned matter.  We have carefully considered your complaint asserting that actions taken by Meta and Mr. Zuckerberg, including the suspension of Ms. Loomer's account for violations of Facebook's Community Standards, violated the Racketeer Influenced and Corrupt Organizations ("RICO") Act of 1970.  Our review of your complaint raises serious concerns about the validity of your claims, which at their core rehash the same grievances that Ms. Loomer has already taken to court—and lost or voluntarily dismissed—on multiple prior occasions.  Put simply, it appears that there is not a good-faith basis to proceed with this suit.

*First*, the complaint is just the most recent in a string of baseless lawsuits brought by Ms. Loomer against Meta, all arising out of Facebook's decision to suspend her account.  Over three years ago, she sued Facebook in the District of Columbia, challenging its decision to ban her account for 30 days.  Am. Compl. ¶ 69, *Freedom Watch, Inc. et al. v. Google, Inc. et al.*, No. 1:18-cv-02030-TNM (D.D.C. Dec. 6, 2018), ECF No. 27.  That case was dismissed for failure to state a claim.  *Freedom Watch, Inc. v. Google, Inc.*, 368 F. Supp. 3d 30, 34 (D.D.C. Mar. 14, 2019), *aff'd*, 816 F. App'x 497, 500-01 (D.C. Cir. 2020).  Just four months after the D.C. district court dismissed the case, Ms. Loomer filed an action in the Southern District of Florida, again challenging Facebook's decision to ban her from its platform.  Complaint ¶ 5, *Loomer v. Facebook, Inc.*, No. 9:19-cv-80893-RS (S.D. Fla. July 8, 2019), ECF No. 1.  Just hours after that court denied Ms. Loomer's motion for an extension of discovery, Ms. Loomer filed a nearly identical complaint against Facebook in Florida state court.  *See Loomer v. Facebook, Inc.*, Case No. 50-2020-CA-002352-XXXX-MB (Fla. 15th Cir. Ct. 2020).   Facebook removed the case to

**WilmerHale**

John M. Pierce
Bob Barr
July 8, 2022
Page 2

federal court, *see* Notice of Removal, *Loomer v. Facebook, Inc.*, No. 9:20-cv-80484-DMM, (S.D. Fla. Mar. 24, 2020), ECF No. 1, and Ms. Loomer voluntarily dismissed the case shortly thereafter, Notice of Voluntary Dismissal, *Loomer*, No. 9:20-cv-80484-DMM (S.D. Fla. Apr. 22, 2020), ECF No. 20.  The Southern District of Florida transferred the first-filed Florida case to this Court.  Order Granting Motion to Transfer, *Loomer*, No. 9:19-cv-80893-RS (S.D. Fla. Apr. 13, 202), ECF No. 56.  Ms. Loomer then voluntarily dismissed that action (with prejudice)— after Meta had fully briefed a motion to dismiss and filed a motion for summary judgment— explaining that she did not believe that she "would be accorded due process and an unbiased adjudication by the Court."  Notice of Voluntary Dismissal, *Loomer*, No. 4:20-cv-03154-HSG (N.D. Cal. Aug. 13, 2020), ECF No. 88; Joint Initial Case Management Statement at 3, *Loomer*, No. 4:20-cv-03154-HSG (N.D. Cal. June 30, 2020), ECF No. 80.  Yet Ms. Loomer returns to the same court, with her fourth set of meritless claims based on the same events, raising serious concerns relating to misuse of judicial process.

*Second*, Section 230(c)(1) of the Communications Decency Act protects interactive computer service providers such as Meta and Mr. Zuckerberg from claims based on decisions to make available or restrict access to content created by third parties.  *See Barnes v. Yahoo!, Inc.*, 570 F.3d 1096, 1102 (9th Cir. 2009).  Ms. Loomer's RICO claims do just that.  At their core, they seek to hold Defendants liable for removing her account and her content from the Facebook platform.  Such claims are squarely barred by Section 230.  *See, e.g., King v. Facebook, Inc.*, 2021 WL 5279823, at *11 (N.D. Cal. Nov. 12, 2021) (holding that Section 230 protects Facebook from liability for disabling account for violation of Community Standards); *Sikhs for Justice, Inc. v. Facebook, Inc.*, 697 F. App'x 526, 526 (9th Cir. 2017) (holding that Section 230 protects Facebook from liability for blocking user's content).

*Third*, the complaint impermissibly targets Meta's and Mr. Zuckerberg's First Amendment right to exercise editorial judgments regarding what content they will or will not disseminate on the privately-owned platform.  *Miami Herald Pub. Co. v. Tornillo*, 418 U.S. 241, 257-58 (1974); *NetChoice, LLC v. Att'y Gen'l*, 34 F.4th 1196, 1222-23 (11th Cir. 2022) ("When a platform selectively removes what it perceives to be incendiary political rhetoric … it conveys a message and thereby engages in 'speech' within the meaning of the First Amendment."); *accord O'Handley v. Twitter, et al.* 2022 WL 93625, at *14-15 (N.D. Cal. Jan. 10, 2022).

*Fourth*, the complaint does not state a claim against Meta or Mark Zuckerberg for substantive violations of the RICO Act or for RICO conspiracy.  To establish a RICO violation, Ms. Loomer must plead specific facts establishing that Meta and Mark Zuckerberg participated in the operation or management of an enterprise that engaged in a pattern of racketeering activity causing injury to Ms. Loomer's business or property.  *Reves v. Ernst & Young*, 507 U.S. 170, 185 (1993); *Living Designs, Inc. v. E.I. Dupont de Nemours and Co.*, 431 F.3d 353, 361 (9th Cir. 2005).  The complaint does not plausibly allege any predicate acts constituting racketeering

WILMERHALE

John M. Pierce
Bob Barr
July 8, 2022
Page 3

activity under the RICO Act; Ms. Loomer's allegations are plainly insufficient to establish that Meta or Mark Zuckerberg attempted to, conspired to, or did in fact commit wire fraud or extortion; provide material support to foreign terrorist organizations; or advocate for the overthrow of the government.  Nor does the complaint plausibly allege the existence of an enterprise, a pattern of racketeering activity, or an injury to Ms. Loomer's business or property caused by the alleged predicate acts.

In short, the complaint does not state any viable legal claims against Meta or Mark Zuckerberg, and its numerous deficiencies cannot be cured by amendment.  To the extent you believe that we misapprehend the law or your factual allegations, please explain the specific basis for your disagreement.  To the extent you believe there are amendments that could somehow cure these defects, please plead them *before* Meta and Mark Zuckerberg (and, importantly, the Court) are forced to undertake the burden and expense of litigating a motion to dismiss.  To the extent you intend to proceed with your complaint as filed, please be on notice that Meta and Mark Zuckerberg will vigorously defend themselves against baseless claims.

Sincerely,

/s/ Sonal N. Mehta

Sonal N. Mehta
*Counsel for Meta Platforms, Inc.*
*(f/k/a Facebook, Inc.) and Mark Zuckerberg*

cc:    Ari Holtzblatt
       Emily Barnet

# EXHIBIT 2



21550 Oxnard Street
3rd Floor,
3rd Floor, PMB #172
Woodland Hills, CA 91367

John M. Pierce – Managing Partner
E: jpierce@johnpiercelaw.com

August 7, 2022

**By E-mail**

Sonal N. Mehta
Sonal.mehta@wilmerhale.com

**Re:    *Loomer et al. v. Facebook, Inc., et al.*, No. 3:22-02646-LB (N.D. Cal.)**

Dear Ms. Mehta,

        We respectfully disagree with your analysis of the merits of Ms. Loomer's claims, and we will proceed with our complaint as filed.

        First, while the current action is maintained between some of the same parties as prior lawsuits that Ms. Loomer has brought, this action does not replicate any claims from prior lawsuits, and the acts giving rise to the causes of action herein overlap with those in prior lawsuits only to the extent to which Defendants' regular course of business engaged in the commission of predicate acts of racketeering.

        Next, 47 U.S.C. § 230 does not provide immunity to Defendants in this action.  Section 230 was enacted in 1996 to provide "Internet platforms immunity from some civil and criminal claims."  *Malwarebytes, Inc. v. Enigma Software Grp. USA LLC*, 141 S. Ct. 13, 13 (2020) (Thomas, J., statement respecting denial of certiorari) (citing 47 U.S.C. § 230).  While "most of today's major Internet platforms did not exist" when Congress enacted the statute, "many courts have construed the law broadly to confer sweeping immunity on some of the largest companies in the world."  *Id.*  Section 230(c)(1) "ensures that a company (like an e-mail provider) can host and transmit third-party content without subjecting itself to the liability that sometimes attaches to the publisher or speaker of unlawful content."  *Id.*  Section 230(c)(2) "provides direct immunity from some civil liability" when computer service providers "restrict access to, or remove, certain types of objectionable content" through "*good-faith acts.*"  *Id.* (emphasis added).  "[B]y construing § 230(c)(1) to protect *any* decision to edit or remove content, courts have curtailed the limits Congress placed on decisions to remove content."  *Id.* (first citing *Barnes v. Yahoo!, Inc.*, 570 F.3d 1096, 1105 (9th Cir. 2009); and then citing e-ventures Worldwide, LLC v. Google, Inc., 2017 U.S. Dist. LEXIS 88650 (M.D. Fla., Feb. 8, 2017)).  Courts have recently "adopt[ed] the too-common practice of reading extra immunity into statutes where it does not belong . . . [by] rel[ying] on policy and purpose arguments to grant sweeping protection to Internet platforms."  *Id.* (first citing *Baxter v. Bracey*, 590 U.S. ___ (2020) (Thomas, J., dissenting from denial of certiorari); and then citing 1 R. §4.86, p. 4-380 (2d ed. 2019) *accord,*

Rustad & Koenig, *Rebooting Cybertort Law*, 80 Wash. L. Rev. 335, 342-43 (2005)).  When a plaintiff, such as Ms. Loomer, sues "over a defendant's '*conduct* rather than for the *content* of the information, . . . § 230 should not apply."  *Id.* (citing *FTC v. Accusearch, Inc.*, 570 F.3d 1187 (10th Cir. 2009) (Tymkovich, J. concurring)).

Third, while Defendants argue that their content moderation decisions are protected under the First Amendment as editorial judgments, "if [Defendants'] statements are misleading commercial speech, and thus unprotected, then [Defendants'] content moderation decisions . . . would be the very acts that make its speech misleading."  *Twitter, Inc. v. Paxton*, 26 F.4th 1119, 1125 (2022).  Whether a social media company's statements are misrepresentations is "not solely a legal issue because it depends on further factual amplification," and therefore a social media company's "statements can be investigated as misleading just like the statements of any other business."  *Id.* at 1126.  Here, Defendants' content moderation decisions to remove conservative and Republican politicians' statements and accounts at much higher frequency than they remove liberal and Democrat politicians' statements and accounts is impermissible misleading speech that may properly be investigated.

Finally, Defendants have violated the Racketeer Influenced and Corrupt Organizations Act (RICO).  Any person associated with any enterprise affecting interstate or foreign commerce who participates, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity violates 18 U.S.C. § 1962(c).  Defendants collectively associated in fact and engaged in activities that affect interstate commerce with common goals of making money, acquiring influence over other enterprises and entities, and other pecuniary and non-pecuniary interests.  For instance, Defendants violated 18 U.S.C. § 1343 by devising or intending to devise an artifice of community policies and scheme to exploit them in order to defraud and obtain money and intangible property under the false pretense of compliance with community policies, and false promises of upholding community standards and transmitted writings by means of wire communication in interstate or foreign commerce for the purpose of executing such scheme or artifice.  Further, Defendants violated 18 U.S.C. § 1951 by conspiring, attempting, and obstructing, delaying and affecting commerce through extortion by wrongfully using the fear of public disgrace and economic harm associated with being banned and labeled a dangerous individual or group, under the color of official right, to obtain intangible property from Ms. Loomer.  Defendants violated 18 U.S.C. § 1952 by, through printed and electronic communication, maliciously threatening to injure Ms. Loomer's reputation with the intent to extort pecuniary advantage and to compel Ms. Loomer and similarly situated individuals to refrain from associating.  As a direct and proximate result of these racketeering activities, Ms. Loomer has been injured in her business, reputation, election activities, and property through loss of money, property, intangible rights, equal opportunity, campaign exposure, goodwill, and donations.

For these reasons, Plaintiffs will continue to pursue their claims against your clients.

Sincerely,

John Pierce Law P.C.

John M. Pierce

# EXHIBIT 3

Search

- 1. The services we provide
- 2. How our services are funded
- 3. Your commitments to Facebook and our community
- 4. Additional provisions
- 5. Other terms and policies that may apply to you

  - Facebook Ads Controls
  - Privacy Basics
  - Cookies Policy
  - Data Policy
  - More Resources
    - View a printable version of the Terms of Service

*The Facebook company is now Meta. We've updated our Terms of Use, Data Policy, and Cookies Policy to reflect the new name on January 4, 2022. While our company name has changed, we are continuing to offer the same products, including the Facebook app from Meta. Our Data Policy and Terms of Service remain in effect, and this name change does not affect how we use or share data. Learn more about Meta and our vision for the metaverse.*

# Terms of Service

Meta builds technologies and services that enable people to connect with each other, build communities, and grow businesses. These Terms govern your use of Facebook, Messenger, and the other products, features, apps, services, technologies, and software we offer (the Meta Products or Products), except where we expressly state that separate terms (and not these) apply. These Products are provided to you by Meta Platforms, Inc.

We don't charge you to use Facebook or the other products and services covered by these Terms, unless we state otherwise. Instead, businesses and organizations, and other persons pay us to show you ads for their products and services. By using our Products, you agree that we can show you ads that we think may be relevant to you and your interests. We use your personal data to help determine which personalized ads to show you.

We don't sell your personal data to advertisers, and we don't share information that directly identifies you (such as your name, email address or other contact information) with advertisers unless you give us specific permission. Instead, advertisers can tell us things like the kind of audience they want to see their ads, and we show those ads to people who may be interested. We provide advertisers with reports about the performance of their ads that help them understand how people are interacting with their content. See Section 2 below to learn more about how personalized advertising under these terms works on the Meta Products.

Our Privacy Policy explains how we collect and use your personal data to determine some of the ads you see and provide all of the other services described below. You can also go to your settings pages of the relevant Meta Product at any time to review the privacy choices you have about how we use your data.

 Return to top

## 1. The services we provide

Our mission is to give people the power to build community and bring the world closer together. To help advance this mission, we provide the Products and services described below to you:

**Provide a personalized experience for you:**
Your experience on Facebook is unlike anyone else's: from the posts, stories, events, ads, and other content you see in Facebook News Feed or our video platform to the Facebook Pages you follow and other features you might use, such as Facebook Marketplace, and search. For example, we use data about the connections you make, the choices and settings you select, and what you share and do on and off our Products - to personalize your experience.

**Connect you with people and organizations you care about:**
We help you find and connect with people, groups, businesses, organizations, and others that matter to you across the Meta Products you use. We use data to make suggestions for you and others - for example, groups to join, events to attend, Facebook Pages to follow or send a message to, shows to watch, and people you may want to become friends with. Stronger ties make for better communities, and we believe our services are most useful when people are connected to people, groups, and organizations they care about.

**Empower you to express yourself and communicate about what matters to you:**
There are many ways to express yourself on Facebook to communicate with friends, family, and others about what matters to you - for example, sharing status updates, photos, videos, and stories across the Meta Products (consistent with your settings), sending messages or making voice or video calls to a friend or several people, creating events or groups, or adding content to your profile as well as showing you insights on how others engage with your content. We have also developed, and continue to explore, new ways for people to use technology, such as augmented reality and 360 video to create and share more expressive and engaging content on Meta Products.

**Help you discover content, products, and services that may interest you:**
We show you personalized ads, offers, and other sponsored or commercial content to help you discover content, products, and services that are offered by the many businesses and organizations that use Facebook and other Meta Products. Section 2 below explains this in more detail.

**Promote the safety, security, and integrity of our services, combat harmful conduct and keep our community of users safe:**
People will only build community on Meta Products if they feel safe and secure. We work hard to maintain the security (including the availability, authenticity, integrity, and confidentiality) of our Products and services. We employ dedicated teams around the world, work with external service providers, partners and other relevant entities and develop advanced technical systems to detect potential misuse of our Products, harmful conduct towards others, and situations where we may be able to help support or protect our community, including to respond to user reports of potentially violating content. If we learn of content or conduct like this, we may take appropriate action based on our assessment that may include - notifying you, offering help, removing content, removing or restricting access to certain features, disabling an account, or contacting law enforcement. We share data across Meta Companies when we detect misuse or harmful conduct by someone using one of our Products or to help keep Meta Products, users and the community safe. For example, we share information with Meta Companies that provide financial products and services to help them promote safety, security and integrity and comply with applicable law. Meta may access, preserve, use and share any information it collects about you where it has a good faith belief it is required or permitted by law to do so. For more information, please review our Privacy Policy.

In some cases, the Oversight Board may review our decisions, subject to its terms and bylaws. Learn more here.

**Use and develop advanced technologies to provide safe and functional services for everyone:**
We use and develop advanced technologies - such as artificial intelligence, machine learning systems, and augmented reality - so that people can use our Products safely regardless of physical ability or geographic location. For example, technology like this helps people who have visual impairments understand what or who is in photos or videos shared on Facebook or Instagram. We also build sophisticated network and communication technology to help more people connect to the internet in areas with limited access. And we develop automated systems to improve our ability to detect and remove abusive and dangerous activity that may harm our community and the integrity of our Products.

**Research ways to make our services better:**
We engage in research to develop, test, and improve our Products. This includes analyzing data we have about our users and understanding how people use our Products, for example by conducting surveys and testing and troubleshooting new features. Our Privacy Policy explains how we use data to support this research for the purposes of developing and improving our services.

**Provide consistent and seamless experiences across the Meta Company Products:**
Our Products help you find and connect with people, groups, businesses, organizations, and others that are important to you. We design our systems so that your experience is consistent and seamless across the different Meta Company Products that you use. For example, we use data about the people you engage with on Facebook to make it easier for you to connect with them on Instagram or Messenger, and we enable you to communicate with a business you follow on Facebook through Messenger.

**Ensuring access to our services:**
To operate our global services and enable you to connect with people around the world, we need to transfer, store and distribute content and data to our data centers, partners, service providers, vendors and systems around the world, including outside your country of residence. The use of this global infrastructure is necessary and essential to provide our services. This infrastructure may be owned, operated, or controlled by Meta Platforms, Inc., Meta Platforms Ireland Limited, or its affiliates.

 Return to top

# 2. How our services are funded

Instead of paying to use Facebook and the other products and services we offer, by using the Facebook Products covered by these Terms, you agree that we can show you ads that businesses and organizations pay us to promote on and off the Facebook Company Products. We use your personal data, such as information about your activity and interests, to show you ads that are more relevant to you.

Protecting people's privacy is central to how we've designed our ad system. This means that we can show you relevant and useful ads without telling advertisers who you are. We don't sell your personal data. We allow advertisers to tell us things like their business goal, and the kind of audience they want to see their ads (for example, people between the age of 18-35 who like cycling). We then show their ad to people who might be interested.

We also provide advertisers with reports about the performance of their ads to

Facebook. For example, we provide general demographic and interest information to advertisers (for example, that an ad was seen by a woman between the ages of 25 and 34 who lives in Madrid and likes software engineering) to help them better understand their audience. We don't share information that directly identifies you (information such as your name or email address that by itself can be used to contact you or identifies who you are) unless you give us specific permission. Learn more about how Facebook ads work here.

We collect and use your personal data in order to provide the services described above to you. You can learn about how we collect and use your data in our Data Policy. You have controls over the types of ads and advertisers you see, and the types of information we use to determine which ads we show you. Learn more.

 Return to top

# 3. Your commitments to Facebook and our community

We provide these services to you and others to help advance our mission. In exchange, we need you to make the following commitments:

**1. Who can use Facebook**
When people stand behind their opinions and actions, our community is safer and more accountable. For this reason, you must:

- Provide for your account the same name that you use in everyday life.
- Provide accurate information about yourself.
- Create only one account (your own) and use it for personal purposes.
- Not share your password, give access to your Facebook account to others, or transfer your account to anyone else (without our permission).

We try to make Facebook broadly available to everyone, but you cannot use Facebook if:

- You are under 13 years old.
- You are a convicted sex offender.
- We've previously disabled your account for violations of our Terms or the Community Standards, or other terms and policies that apply to your use of Facebook. If we disable your account for a violation of our Terms, the Community Standards, or other terms and policies, you agree not to create another account without our permission. Receiving permission to create a new account is provided at our sole discretion, and does not mean or imply that the disciplinary action was wrong or without cause.
- You are prohibited from receiving our products, services, or software under applicable laws.

**2. What you can share and do on Meta Products**
We want people to use Meta Products to express themselves and to share content that is important to them, but not at the expense of the safety and well-being of others or the integrity of our community. You therefore agree not to engage in the conduct described below (or to facilitate or support others in doing so):

1. You may not use our Products to do or share anything:
   - That violates these Terms, the Community Standards, or other terms and policies that apply to your use of our Products

- That is unlawful, misleading, discriminatory or fraudulent (or assists someone else in using our Products in such a way).

- That you do not own or have the necessary rights to share.

- That infringes or violates someone else's rights, including their intellectual property rights (such as by infringing another's copyright or trademark, or distributing or selling counterfeit or pirated goods), unless an exception or limitation applies under applicable law.

2. You may not upload viruses or malicious code, use the services to send spam, or do anything else that could disable, overburden, interfere with, or impair the proper working, integrity, operation, or appearance of our services, systemes, or Products.

3. You may not access or collect data from our Products using automated means (without our prior permission) or attempt to access data you do not have permission to access.

4. You may not proxy, request, or collect Product usernames or passwords, or misappropriate access tokens.

5. You may not sell, license, or purchase any data obtained from us or our services, except as provided in the Platform Terms.

6. You may not misuse any reporting, flagging, dispute, or appeals channel, such as by making fraudulent, duplicative, or groundless reports or appeals.

We can remove or restrict access to content that is in violation of these provisions. We can also suspend or disable your account for conduct that violates these provisions, as provided in Section 4.B.

If we remove content that you have shared in violation of the Community Standards, we'll let you know and explain any options you have to request another review, unless you seriously or repeatedly violate these Terms or if doing so may expose us or others to legal liability; harm our community of users; compromise or interfere with the integrity or operation of any of our services, systems or Products; where we are restricted due to technical limitations; or where we are prohibited from doing so for legal reasons. For information on account suspension or termination, see Section 4.B below.

To help support our community, we encourage you to report content or conduct that you believe violates your rights (including intellectual property rights) or our terms and policies, if this feature exists in your jurisdiction.

We also can remove or restrict access to content features, services, or information if we determine that doing so is reasonably necessary to avoid or mitigate misuse of our services or adverse legal or regulatory impacts to Meta.

**3. The permissions you give us**
We need certain permissions from you to provide our services:

1. Permission to use content you create and share: Some content that you share or upload, such as photos or videos, may be protected by intellectual property laws.

   You retain ownership of the intellectual property rights (things like copyright or trademarks) in any such content that you create and share on Facebook and other Meta Company Products you use. Nothing in these Terms takes away the rights you have to your own content. You are free to share your content with anyone else, wherever you want.

   However, to provide our services we need you to give us some legal permissions (known as a "license") to use this content. This is solely for the purposes of providing and improving our Products and services as described in Section 1 above.

Specifically, when you share, post, or upload content that is covered by intellectual property rights on or in connection with our Products, you grant us a non-exclusive, transferable, sub-licensable, royalty-free, and worldwide license to host, use, distribute, modify, run, copy, publicly perform or display, translate, and create derivative works of your content (consistent with your privacy and application settings). This means, for example, that if you share a photo on Facebook, you give us permission to store, copy, and share it with others (again, consistent with your settings) such as Meta Products or service providers that support those products and services. This license will end when your content is deleted from our systems.

You can delete individual content you share, post, and upload at any time. In addition, all content posted to your personal account will be deleted if you delete your account. Learn more about how to delete your account. Account deletion does not automatically delete content that you post as an admin of a page or content that you create collectively with other users, such as photos in Shared Albums which may continue to be visible to other album members.

It may take up to 90 days to delete content after we begin the account deletion process or receive a content deletion request. If you send content to trash, the deletion process will automatically begin in 30 days unless you chose to delete the content sooner. While the deletion process for such content is being undertaken, the content is no longer visible to other users. After the content is deleted, it may take us up to another 90 days to remove it from backups and disaster recovery systems.

Content will not be deleted within 90 days of the account deletion or content deletion process beginning in the following situations:

- where your content has been used by others in accordance with this license and they have not deleted it (in which case this license will continue to apply until that content is deleted);
- where deletion within 90 days is not possible due to technical limitations of our systems, in which case, we will complete the deletion as soon as technically feasible; or
- where immediate deletion would restrict our ability to:
    - investigate or identify illegal activity or violations of our terms and policies (for example, to identify or investigate misuse of our Products or systems);
    - protect the safety, integrity, and security of our Products, systems, services, our employees, and users, and to defend ourselves;
    - comply with legal obligations for the preservation of evidence, including data Meta Companies providing financial products and services preserve to comply with any record keeping obligations required by law; or
    - comply with a request of a judicial or administrative authority, law enforcement or a government agency;

in which case, the content will be retained for no longer than is necessary for the purposes for which it has been retained (the exact duration will vary on a case-by-case basis).

In each of the above cases, this license will continue until the content has been fully deleted.

2. Permission to use your name, profile picture, and information about your actions with ads and sponsored or commercial content: You give us permission to use your name and profile picture and information about actions you have taken on Facebook next to or in connection with ads, offers, and other sponsored or commercial content that we display across our Products, without any compensation to you. For example, we may show your friends that

Facebook Page created by a brand that has paid us to display its ads on Facebook. Ads and content like this can be seen only by people who have your permission to see the actions you've taken on Meta Products. You can learn more about your ad settings and preferences.

3. Permission to update software you use or download: If you download or use our software, you give us permission to download and install updates to the software where available.

**4. Limits on using our intellectual property**

If you use content covered by intellectual property rights that we have and make available in our Products (for example, images, designs, videos, or sounds we provide that you add to content you create or share on Facebook), we retain all rights to that content (but not yours). You can only use our copyrights or trademarks (or any similar marks) as expressly permitted by our Brand Usage Guidelines or with our prior written permission. You must obtain our written permission (or permission under an open source license) to modify, translate, create derivative works of, decompile, or reverse engineer our products or their components, or otherwise attempt to extract source code from us, unless an exception or limitation applies under applicable law or your conduct relates to the Meta Bug Bounty Program.

 Return to top

# 4. Additional provisions

**1. Updating our Terms**

We work constantly to improve our services and develop new features to make our Products better for you and our community. As a result, we may need to update these Terms from time to time to accurately reflect our services and practices, to promote a safe and secure experience on our Products and services, and/or to comply with applicable law. Unless otherwise required by law, we will notify you before we make changes to these Terms and give you an opportunity to review them before they go into effect. Once any updated Terms are in effect, you will be bound by them if you continue to use our Products.

We hope that you will continue using our Products, but if you do not agree to our updated Terms and no longer want to be a part of the Facebook community, you can delete your account at any time.

**2. Account suspension or termination**

We want Facebook to be a place where people feel welcome and safe to express themselves and share their thoughts and ideas.

If we determine, in our discretion, that you have clearly, seriously or repeatedly breached our Terms or Policies, including in particular the Community Standards, we may suspend or permanently disable your access to Meta Company Products, and we may permanently disable or delete your account. We may also disable or delete your account if you repeatedly infringe other people's intellectual property rights or where we are required to do so for legal reasons.

We may disable or delete your account if after registration your account is not confirmed, your account is unused and remains inactive for an extended period of time, or if we detect someone may have used it without your permission and we are unable to confirm your ownership of the account. Learn more about how we disable and delete accounts.

Where we take such action we'll let you know and explain any options you have to request a review, unless doing so may expose us or others

to legal liability; harm our community of users; compromise or interfere with the integrity or operation of any of our services, systems or Products; where we are restricted due to technical limitations; or where we are prohibited from doing so for legal reasons.

You can learn more about what you can do if your account has been disabled and how to contact us if you think we have disabled your account by mistake.

If you delete or we disable or delete your account, these Terms shall terminate as an agreement between you and us, but the following provisions will remain in place: 3, 4.2-4.5.

### 3. Limits on liability

We work hard to provide the best Products we can and to specify clear guidelines for everyone who uses them. Our Products, however, are provided "as is," and we make no guarantees that they always will be safe, secure, or error-free, or that they will function without disruptions, delays, or imperfections. To the extent permitted by law, we also DISCLAIM ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT. We do not control or direct what people and others do or say, and we are not responsible for their actions or conduct (whether online or offline) or any content they share (including offensive, inappropriate, obscene, unlawful, and other objectionable content).

We cannot predict when issues might arise with our Products. Accordingly, our liability shall be limited to the fullest extent permitted by applicable law, and under no circumstance will we be liable to you for any lost profits, revenues, information, or data, or consequential, special, indirect, exemplary, punitive, or incidental damages arising out of or related to these Terms or the Meta Products (however caused and on any theory of liability, including negligence), even if we have been advised of the possibility of such damages. Our aggregate liability arising out of or relating to these Terms or the Meta Products will not exceed the greater of $100 or the amount you have paid us in the past twelve months.

### 4. Disputes

We try to provide clear rules so that we can limit or hopefully avoid disputes between you and us. If a dispute does arise, however, it's useful to know up front where it can be resolved and what laws will apply.

You and Meta each agree that any claim, cause of action, or dispute between us that arises out of or relates to these Terms or your access or use of the Meta Products shall be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County. You also agree to submit to the personal jurisdiction of either of these courts for the purpose of litigating any such claim, and that the laws of the State of California will govern these Terms and any claim, cause of action, or dispute without regard to conflict of law provisions. Without prejudice to the foregoing, you agree that, in its sole discretion, Meta may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction over the claim.

### 5. Other

1. These Terms (formerly known as the Statement of Rights and Responsibilities) make up the entire agreement between you and Meta Platforms, Inc. regarding your use of our Products. They supersede any prior agreements.

2. Some of the Products we offer are also governed by supplemental terms. If you use any of those Products, supplemental terms will be made available and will become part of our agreement with you. For instance, if you access or use our Products for commercial or business purposes, such as buying ads, selling

products, developing apps, managing a group or Page for your business, or using our measurement services, you must agree to our Commercial Terms. If you post or share content containing music, you must comply with our Music Guidelines. To the extent any supplemental terms conflict with these Terms, the supplemental terms shall govern to the extent of the conflict.

3. If any portion of these Terms is found to be unenforceable, the unenforceable portion will be deemed amended to the minimum extent necessary to make it enforceable, and if it can't be made enforceable, then it will be severed and the remaining portion will remain in full force and effect. If we fail to enforce any of these Terms, it will not be considered a waiver. Any amendment to or waiver of these Terms must be made in writing and signed by us.

4. You will not transfer any of your rights or obligations under these Terms to anyone else without our consent.

5. You may designate a person (called a legacy contact) to manage your account if it is memorialized. If you enable it in your settings, only your legacy contact or a person who you have identified in a valid will or similar legal document expressing clear consent to disclose your content to that person upon death or incapacity will be able to seek limited disclosure of information from your account after it is memorialized.

6. These Terms do not confer any third-party beneficiary rights. All of our rights and obligations under these Terms are freely assignable by us in connection with a merger, acquisition, or sale of assets, or by operation of law or otherwise.

7. We may need to change the username for your account in certain circumstances (for example, if someone else claims the username and it appears unrelated to the name you use in everyday life).

8. We always appreciate your feedback and other suggestions about our products and services. But we may use feedback and other suggestions without any restriction or obligation to compensate you, and we are under no obligation to keep them confidential.

9. We reserve all rights not expressly granted to you.

 Return to top

## 5. Other terms and policies that may apply to you

- Community Standards: These guidelines outline our standards regarding the content you post to Facebook and your activity on Facebook and other Meta Products.

- Commercial Terms: These terms apply if you also access or use our Products for any commercial or business purpose, including advertising, operating an app on our Platform, using our measurement services, managing a group or a Page for a business, or selling goods or services.

- Community Payment Terms: These terms apply to payments made on or through Meta Products.

- Commerce Policies: These guidelines outline the policies that apply when you offer products or services for sale on Facebook, Instagram, and WhatsApp.

- Music Guidelines: These guidelines outline the policies that apply if you post or share content containing music on any Meta Products.

- Advertising Policies: These policies apply to partners who advertise across the Meta Products and specify what types of ad content are allowed by partners

Advertising and Other Meta Products

- <u>Self-Serve Ad Terms</u>: These terms apply when you use self-serve advertising interfaces to create, submit, or deliver advertising or other commercial or sponsored activity or content.

- <u>Facebook Pages, Groups and Events Policy</u>: These guidelines apply if you create or administer a Facebook Page, group, or event, or if you use Facebook to communicate or administer a promotion.

- <u>Meta Platform Policy</u>: These terms apply to the use of the set of APIs, SDKs, tools, plugins, code, technology, content, and services that enables others to develop functionality, retrieve data from MetaProducts, or provide data to us.

- <u>Developer Payment Terms</u>: These terms apply to developers of applications that use Facebook Payments.

- <u>Meta Brand Resources</u>: These guidelines outline the policies that apply to use of Meta trademarks, logos, and screenshots.

- Recommendations Guidelines: The <u>Facebook Recommendations Guidelines</u> and <u>Instagram Recommendations Guidelines</u> outline our standards for recommending and not recommending content.

- <u>Live Policies</u>: These policies apply to all content broadcast to Facebook Live.

Date of Last Revision: July 26, 2022

# EXHIBIT 4

∞ Meta

Transparency Center

Policies      Enforcement      Features      Oversight      Data

Home → Policies

# Facebook Community Standards

The Facebook Community Standards outline what is and isn't allowed on Facebook.

## Introduction

Every day, people use Facebook to share their experiences, connect with friends and family, and build communities. It's a service for more than 2 billion people to freely express themselves across countries and cultures and in dozens of languages.

Meta recognizes how important it is for Facebook to be a place where people feel empowered to communicate, and we take our role seriously in keeping abuse off the service. That's why we developed standards for what is and isn't allowed on Facebook.

These standards are based on feedback from people and the advice of experts in fields like technology, public safety and human rights. To ensure everyone's voice is valued, we take great care to create standards that include different views and beliefs, especially from people and communities that might otherwise be overlooked or marginalized.

**Please note that the US English version of the Community Standards reflects the most up to date set of the policies and should be used as the primary document.**



## Our commitment to voice

The goal of our Community Standards is to create a place for expression and give people a voice. Meta wants people to be able to talk openly about the issues that matter to them, even if some may disagree or find them objectionable. In some cases, we allow content—which would otherwise go against our standards—if it's newsworthy and in the public interest. We do this only after weighing the public interest value against the risk of harm, and we look to international human rights standards to make these judgments.

Our commitment to expression is paramount, but we recognize the internet creates new and increased opportunities for abuse. For these reasons, when we limit expression, we do it in service of one or more of the following values:



**AUTHENTICITY**

We want to make sure the content people see on Facebook is authentic. We believe that authenticity creates a better environment for sharing, and that's why we don't want people using Facebook to



**SAFETY**

We're committed to making Facebook a safe place. We remove content that could contribute to a risk of harm to the physical security of persons. Content that threatens people has the potential to intimidate,

Facebook.



**PRIVACY**

We're committed to protecting personal privacy and information. Privacy gives people the freedom to be themselves, choose how and when to share on Facebook and connect more easily.



**DIGNITY**

We believe that all people are equal in dignity and rights. We expect that people will respect the dignity of others and not harass or degrade others.

## Community Standards

Our Community Standards apply to everyone, all around the world, and to all types of content.

Each section of our Community Standards starts with a "Policy Rationale" that sets out the aims of the policy followed by specific policy lines that outline:

🚫 Content that's not allowed; and

⚠️ Content that requires additional information or context to enforce on, content that is allowed with a warning screen or content that is allowed but can only be viewed by adults aged 18 and older.

**VIOLENCE AND CRIMINAL BEHAVIOR**

Violence and Incitement

Dangerous Individuals and Organizations

Coordinating Harm and Promoting Crime

Restricted Goods and Services

Fraud and Deception

**SAFETY**

Suicide and Self-Injury

Child Sexual Exploitation, Abuse and Nudity

Adult Sexual Exploitation

Bullying and Harassment

Human Exploitation

Privacy Violations

**OBJECTIONABLE CONTENT**

Hate Speech

Violent and Graphic Content

Adult Nudity and Sexual Activity

Sexual Solicitation

**INTEGRITY AND AUTHENTICITY**

Account Integrity and Authentic Identity

Spam

Cybersecurity

Inauthentic Behavior

Misinformation

Memorialization

**RESPECTING INTELLECTUAL PROPERTY**

Intellectual Property

**CONTENT-RELATED REQUESTS AND DECISIONS**

User Requests

Additional Protection of Minors

NEXT ⊙
## Other policies

 Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy   •   Terms of Service   •   Cookies

# EXHIBIT 5

∞ Meta

Language ▾

Transparency Center

Policies    Enforcement    Features    Oversight    Data

Home → Policies → Facebook Community Standards

# Hate Speech

**Policy details**    User experiences    Data

## Policy details



CHANGE LOG

**Today**
Current version

Jul 28, 2022

Jun 30, 2022

Nov 24, 2021

Oct 28, 2021

Show older ⊕

### Policy Rationale

We believe that people use their voice and connect more freely when they don't feel attacked on the basis of who they are. That is why we don't allow hate speech on Facebook. It creates an environment of intimidation and exclusion, and in some cases may promote offline violence.

We define hate speech as a direct attack against people — rather than concepts or institutions— on the basis of what we call protected characteristics: race, ethnicity, national origin, disability, religious affiliation, caste, sexual orientation, sex, gender identity and serious disease. We define attacks as violent or dehumanizing speech, harmful stereotypes, statements of inferiority, expressions of contempt, disgust or dismissal, cursing and calls for exclusion or segregation. We also prohibit the use of harmful stereotypes, which we define as dehumanizing comparisons that have historically been used to attack, intimidate, or exclude specific groups, and that are often linked with offline violence. We consider age a protected characteristic when referenced along with another protected characteristic. We also protect refugees, migrants, immigrants and asylum seekers from the most severe attacks, though we do allow commentary and criticism of immigration policies. Similarly, we provide some protections for characteristics like occupation, when they're referenced along with a protected characteristic. Sometimes, based on local nuance, we consider certain words or phrases as frequently used proxies for PC groups.

We also prohibit the usage of slurs that are used to attack people on the basis of their protected characteristics. However, we recognize that people sometimes share content that includes slurs or someone else's hate speech to condemn it or raise awareness. In other cases, speech, including slurs, that might otherwise violate our standards can be used self-referentially or in an empowering way. Our policies are designed to allow room for these types of speech, but we require people to clearly indicate their intent. If the intention is unclear, we may remove content.

Learn more about our approach to hate speech.



### Do not post:

**Tier 1**

Content targeting a person or group of people (including all groups except those who are considered non-protected groups described as having carried out violent crimes or sexual offenses or representing less than half of a group) on the basis of their aforementioned protected characteristic(s) or immigration status with:

- Violent speech or support in written or visual form
- Dehumanizing speech or imagery in the form of comparisons, generalizations, or unqualified behavioral statements (in written or visual form) to or about:
  - Insects.
  - Animals that are culturally perceived as intellectually or physically inferior.
  - Filth, bacteria, disease and feces.
  - Sexual predator.
  - Subhumanity.
  - Violent and sexual criminals.
  - Other criminals (including but not limited to "thieves," "bank robbers," or saying "All [protected characteristic or quasi-protected characteristic] are 'criminals'").
  - Statements denying existence.
- Mocking the concept, events or victims of hate crimes even if no real person is depicted in an image.
- Designated dehumanizing comparisons, generalizations, or behavioral statements (in written or visual form) that include:
  - Black people and apes or ape-like creatures.
  - Black people and farm equipment.
  - Caricatures of Black people in the form of blackface.
  - Jewish people and rats.
  - Jewish people running the world or controlling major institutions such as media networks, the economy or the government.
  - Denying or distorting information about the Holocaust.
  - Muslim people and pigs.
  - Muslim person and sexual relations with goats or pigs.
  - Mexican people and worm-like creatures.

- Transgender or non-binary people referred to as "it".
- Dalits, scheduled caste or 'lower caste' people as menial laborers.

### Tier 2

Content targeting a person or group of people on the basis of their protected characteristic(s) with:

- Generalizations that state inferiority (in written or visual form) in the following ways:
  - Physical deficiencies are defined as those about:
    - Hygiene, including but not limited to: filthy, dirty, smelly.
    - Physical appearance, including but not limited to: ugly, hideous.
  - Mental deficiencies are defined as those about:
    - Intellectual capacity, including but not limited to: dumb, stupid, idiots.
    - Education, including but not limited to: illiterate, uneducated.
    - Mental health, including but not limited to: mentally ill, retarded, crazy, insane.
  - Moral deficiencies are defined as those about:
    - Character traits culturally perceived as negative, including but not limited to: coward, liar, arrogant, ignorant.
    - Derogatory terms related to sexual activity, including but not limited to: whore, slut, perverts.
- Other statements of inferiority, which we define as:
  - Expressions about being less than adequate, including but not limited to: worthless, useless.
  - Expressions about being better/worse than another protected characteristic, including but not limited to: "I believe that males are superior to females."
  - Expressions about deviating from the norm, including but not limited to: freaks, abnormal.
- Expressions of contempt (in written or visual form), which we define as:
  - Self-admission to intolerance on the basis of a protected characteristics, including but not limited to: homophobic, islamophobic, racist.
  - Expressions that a protected characteristic shouldn't exist.
  - Expressions of hate, including but not limited to: despise, hate.
- Expressions of dismissal, including but not limited to: don´t respect, don't like, don´t care for
- Expressions of disgust (in written or visual form), which we define as:
  - Expressions that suggest the target causes sickness, including but not limited to: vomit, throw up.
  - Expressions of repulsion or distaste, including but not limited to: vile, disgusting, yuck.
- Cursing, except certain gender-based cursing in a romantic break-up context, defined as:
  - Referring to the target as genitalia or anus, including but not limited to: cunt, dick, asshole.
  - Profane terms or phrases with the intent to insult, including but not limited to: fuck, bitch, motherfucker.
  - Terms or phrases calling for engagement in sexual activity, or contact with genitalia, anus, feces or urine, including but not limited to: suck my dick, kiss my ass, eat shit.

### Tier 3

Content targeting a person or group of people on the basis of their protected characteristic(s) with any of the following:

- Segregation in the form of calls for action, statements of intent, aspirational or conditional statements, or statements advocating or supporting segregation.
- Exclusion in the form of calls for action, statements of intent, aspirational or conditional statements, or statements advocating or supporting, defined as
  - Explicit exclusion, which means things like expelling certain groups or saying they are not allowed.
  - Political exclusion, which means denying the right to right to political participation.
  - Economic exclusion, which means denying access to economic entitlements and limiting participation in the labour market.
  - Social exclusion, which means things like denying access to spaces (physical and online)and social services, except for gender-based exclusion in health and positive support Groups.

Content that describes or negatively targets people with slurs, where slurs are defined as words that are inherently offensive and used as insulting labels for the above characteristics.

---



## For the following Community Standards, we require additional information and/or context to enforce:

Do not post:

- Content explicitly providing or offering to provide products or services that aim to change people's sexual orientation or gender identity.
- Content attacking concepts, institutions, ideas, practices, or beliefs associated with protected characteristics, which are likely to contribute to imminent physical harm, intimidation or discrimination against the people associated with that protected characteristic. Facebook looks at a range of signs to determine whether there is a threat of harm in the content. These include but are not limited to: content that could incite imminent violence or intimidation; whether there is a period of heightened tension such as an election or ongoing conflict; and whether there is a recent history of violence against the targeted protected group. In some cases, we may also consider whether the speaker is a public figure or occupies a position of authority.
- Content targeting a person or group of people on the basis of their protected characteristic(s) with claims that they have or spread the novel coronavirus, are responsible for the existence of the novel coronavirus, are deliberately spreading the novel coronavirus, or mocking them for having or experiencing the novel coronavirus.

In certain cases, we will allow content that may otherwise violate the Community Standards when it is determined that the content is satirical. Content will only be allowed if the violating elements of the content are being satirized or attributed to something or someone else in order to mock or criticize them.



Read less

## User experiences

See some examples of what enforcement looks like for people on Facebook, such as: what it looks like to report something you don't think should be on Facebook, to be told you've violated our Community Standards and to see a warning screen over certain content.

**Note:** We're always improving, so what you see here may be slightly outdated compared to what we currently use.

| | | |
|---|---|---|
| **USER EXPERIENCE**<br>Reporting<br><br>→ | **USER EXPERIENCE**<br>Post-report communication<br><br>→ | **USER EXPERIENCE**<br>Takedown experience<br><br>→ |

| |
|---|
| **USER EXPERIENCE**<br>Warning screens<br><br>→ |

## Data





**Prevalence**
Percentage of times people saw violating content

**Content actioned**
Number of pieces of violating content we took action on

**Proactive rate**
Percentage of violating content we found before people reported it

**Appealed content**
Number of pieces of content people appealed after we took action on it

**Restored content**
Number of pieces of content we restored after we originally took action on it

**PREVALENCE**
### How prevalent were hate speech violations?

How we calculate it  ⓘ     Read about this data  ⓘ

---

**Enforcement** ⓘ
We have the same policies around the world, for everyone on Facebook.

**Review teams** ⓘ
Our global team of over 15,000 reviewers work every day to keep people on Facebook safe.

**Stakeholder engagement** ⓘ
Outside experts, academics, NGOs and policymakers help inform the Facebook Community Standards.

## Get help with hate speech

Learn what you can do if you see something on Facebook that goes against our Community Standards.

Visit our Help Center



⊙ PREVIOUS
Privacy Violations

NEXT ⊙
Violent and Graphic Content

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**ENFORCEMENT**

Detecting violations

Taking action

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy  ·  Terms of Service  ·  Cookies

EXHIBIT 6

∞ Meta

Transparency Center

Policies    Enforcement    Features    Oversight    Data

Home  →  Policies  →  Facebook Community Standards

# Dangerous Individuals and Organizations

Policy details    User experiences    Data

## Policy details

CHANGE LOG

**Today**
Current version

Dec 23, 2021

Nov 24, 2021

Oct 15, 2021

Aug 26, 2021

Show older ⊖

### Policy Rationale

In an effort to prevent and disrupt real-world harm, we do not allow organizations or individuals that proclaim a violent mission or are engaged in violence to have a presence on Facebook. We assess these entities based on their behavior both online and offline, most significantly, their ties to violence. Under this policy, we designate individuals, organizations, and networks of people. These designations are divided into three tiers that indicate the level of content enforcement, with Tier 1 resulting in the most extensive enforcement because we believe these entities have the most direct ties to offline harm.

**Tier 1** focuses on entities that engage in serious offline harms - including organizing or advocating for violence against civilians, repeatedly dehumanizing or advocating for harm against people based on protected characteristics, or engaging in systematic criminal operations. Tier 1 entities include terrorist, hate, and criminal organizations. We remove praise, substantive support, and representation of Tier 1 entities as well as their leaders, founders, or prominent members. Tier 1 includes hate organizations; criminal organizations, including those designated by the United States government as Specially Designated Narcotics Trafficking Kingpins (SDNTKs); and terrorist organizations, including entities and individuals designated by the United States government as Foreign Terrorist Organizations (FTOs) or Specially Designated Global Terrorists (SDGTs). We remove praise, substantive support, and representation of Tier 1 entities as well as their leaders, founders, or prominent members.

In addition, we do not allow content that praises, substantively supports, or represents events that Facebook designates as violating violent events - including terrorist attacks, hate events, multiple-victim violence or attempted multiple-victim violence, multiple murders, or hate crimes. Nor do we allow praise, substantive support, or representation of the perpetrator(s) of such attacks. We also remove content that praises, substantively supports or represents ideologies that promote hate, such as nazism and white supremacy.

**Tier 2** focuses on entities that engage in violence against state or military actors but do not generally target civilians -- what we call "Violent Non-State Actors." We remove all substantive support and representation of these entities, their leaders, and their prominent members. We remove any praise of these groups' violent activities.

**Tier 3** focuses on entities that may repeatedly engage in violations of our Hate Speech or Dangerous Organizations policies on-or-off the platform or demonstrate strong intent to engage in offline violence in the near future, but have not necessarily engaged in violence to date or advocated for violence against others based on their protected characteristics. This includes Militarized Social Movements, Violence-Inducing Conspiracy Networks, and individuals and groups banned for promoting hatred. Tier 3 entities may not have a presence or coordinate on our platforms.

We recognize that users may share content that includes references to designated dangerous organizations and individuals to report on, condemn, or neutrally discuss them or their activities. Our policies are designed to allow room for these types of discussions while simultaneously limiting risks of potential offline harm. We thus require people to clearly indicate their intent when creating or sharing such content. If a user's intention is ambiguous or unclear, we default to removing content.

In line with international human rights law, our policies allow discussions about the human rights of designated individuals or members of designated dangerous entities, unless the content includes other praise, substantive support, or representation of designated entities or other policy violations, such as incitement to violence.

Please see our Corporate Human Rights Policy for more information about our commitment to internationally recognized human rights.

---



We remove Praise, Substantive Support, and Representation of various Dangerous Organizations. These concepts apply to the organizations themselves, their activities, and their members. These concepts do not proscribe peaceful advocacy for particular political outcomes.

**Praise**, defined as any of the below:

- Speak positively about a designated entity or event:
  - E.g., "The fighters for the Islamic State are really brave!"
- Give a designated entity or event a sense of achievement:
  - E.g., "Timothy McVeigh is a martyr."
- Legitimizing the cause of a designated entity by making claims that their hateful, violent, or criminal conduct is legally, morally, or otherwise justified or acceptable;
  - E.g., "Hitler did nothing wrong."
- Aligning oneself ideologically with a designated entity or event.
  - E.g., "I stand with Brenton Tarrant."

We remove Praise of Tier 1 entities and designated events. We will also remove praise of violence carried out by Tier 2 entities.

**Substantive Support**, defined as any of the below:

- Any act which improves the financial status of a designated entity - including funnelling money towards, or away from a designated entity:
  - E.g., "Donate to the KKK!"
- Any act which provides material aid to a designated entity or event:
  - E.g., "If you want to send care packages to the Sinaloa Cartel, use this address:"
- Putting out a call to action on behalf of a designated entity or event;
  - E.g., "Contact the Atomwaffen Division - (XXX) XXX-XXXX"
- Recruiting on behalf of a designated entity or event;
  - E.g., "If you want to fight for the Caliphate, DM me"
- Channeling information or resources, including official communications, on behalf of a designated entity or event
  - E.g., Directly quoting a designated entity without caption that condemns, neutrally discusses, or is a part of news reporting.

We remove Substantive Support of Tier 1 and Tier 2 entities and designated events.

**Representation**, defined as any of the below:

- Stating that you are a member of a designated entity, or are a designated entity;
  - E.g., "I am a grand dragon of the KKK."
- Creating a Page, Profile, Event, Group, or other Facebook entity that is or purports to be owned by a Designated Entity or run on their behalf, or is or purports to be a designated event.
  - E.g., A Page named "American Nazi Party."

We remove Representation of Tier 1 and 2 Designated Organizations, Hate-Banned Entities, and designated events.

---



## Types and Tiers of Dangerous Organizations

***Tier 1: Terrorism, organized hate, large-scale criminal activity, attempted multiple-victim violence, multiple victim violence, multiple murders, and violating violent events***

We do not allow individuals or organizations involved in organized crime, including those designated by the United States government as specially designated narcotics trafficking kingpins (SDNTKs); hate; or terrorism, including entities designated by the United States government as Foreign Terrorist Organizations (FTOs) or Specially Designated Global Terrorists (SDGTs), to have a presence on the platform. We also don't allow other people to represent these entities. We do not allow leaders or prominent members of these organizations to have a presence on the platform, symbols that represent them to be used on the platform, or content that praises them or their acts. In addition, we remove any coordination of substantive support for these individuals and organizations.

We do not allow content that praises, substantively supports, or represents events that Meta designates as terrorist attacks, hate events, multiple-victim violence or attempted multiple-victim violence, serial murders, hate crimes or violating violent events.

We also do not allow Praise, Substantive Support, or Representation of designated hateful ideologies.

**Terrorist organizations and individuals**, defined as a non-state actor that:

- Engages in, advocates, or lends substantial support to purposive and planned acts of violence;
- Which causes or attempts to cause death, injury or serious harm to civilians, or any other person not taking direct part in the hostilities in a situation of armed conflict, and/or significant damage to property linked to death, serious injury or serious harm to civilians
- With the intent to coerce, intimidate and/or influence a civilian population, government, or international organization
- In order to achieve a political, religious, or ideological aim.

**Hate Organizations**, defined as an association of three or more people that:

- is organized under a name, sign, or symbol; and
- has an ideology, statements, or physical actions that attack individuals based on characteristics, including race, religious affiliation, national origin, disability, ethnicity, gender, sex, sexual orientation, or serious disease.

**Criminal Organizations**, defined as an association of three or more people that:

- is united under a name, color(s), hand gesture(s) or recognized indicia; and
- has engaged in or threatens to engage in criminal activity such as homicide, drug trafficking, or kidnapping.

**Multiple-Victim Violence and Multiple Murders**

- We consider an event to be multiple-victim violence or attempted multiple-victim violence if it results in three or more casualties in one incident, defined as deaths or serious injuries. Any Individual who has committed such an attack is considered to be a perpetrator or an attempted perpetrator of multiple-victim violence.
- We consider any individual who has committed two or more murders over multiple incidents or locations a multiple murderer.

**Hateful Ideologies**

- While our designations of organizations and individuals focus on behavior, we also recognize that there are certain ideologies and beliefs that are inherently tied to violence and attempts to organize people around calls for violence or exclusion of others based on their protected characteristics. In these cases, we designate the ideology itself and remove content that supports this ideology from our platform. These ideologies include:
  - Nazism
  - White Supremacy
  - White Nationalism
  - White Separatism
- We remove explicit Praise, Substantive Support, and Representation of these ideologies, and remove individuals and organizations that ascribe to one or more of these hateful ideologies.

*Tier 2: Violent Non-State Actors*

Organizations and individuals designated by Meta as Violent Non-state Actors are not allowed to have a presence on Facebook, or have a presence maintained by others on their behalf. As these communities are actively engaged in violence, substantive support of these entities is similarly not allowed. We will also remove praise of violence carried out by these entities.

**Violent Non-State Actors**, defined as any non-state actor that:

- engages in purposive and planned acts of violence primarily against a government military or other armed communities; and
- that causes or attempts to
  - cause death to persons taking direct part in hostilities in an armed conflict, and/or
  - deprive communities of access to vital infrastructure and natural resources, and/or bring significant damage to property, linked to death, serious injury or serious harm to civilians

*Tier 3: Militarized Social Movements, Violence-Inducing Conspiracy Networks, and Hate Banned Entities*

Pages, Communities, Events, and Profiles or other Facebook entities that are - or claim to be - maintained by, or on behalf of, Militarized Social Movements and Violence-Inducing Conspiracy Networks are prohibited. Admins of these pages, communities and events will also be removed.

Click here to read more about how we address movements and organizations tied to violence.

We do not allow Representation of Organizations and individuals designated by Meta as Hate-Banned Entities.

**Militarized Social Movements (MSMs)**, which include:

- **Militia Communities**, defined as non-state actors that use weapons as a part of their training, communication, or presence; and are structured or operate as unofficial military or security forces and:
  - Coordinate in preparation for violence or civil war; or
  - Distribute information about the tactical use of weapons for combat; or
  - Coordinate militarized tactical coordination in a present or future armed civil conflict or civil war.
- **Communities supporting violent acts amid protests**, defined as non-State actors that repeatedly:
  - Coordinate, promote, admit to or engage in:
  - Acts of street violence against civilians or law enforcement; or
  - Arson, Looting, or other destruction of property; or
  - Threaten to violently disrupt an election process; or
  - Promote bringing weapons to a location when the stated intent is to intimidate people amid a protest.

**Violence-Inducing Conspiracy Networks (VICNs)**, defined as a Non-State Actor that:

- Organizes under a name, sign, mission statement, or symbol; and
- Promote theories that attribute violent or dehumanizing behavior to people or organizations that have been debunked by credible sources; and
- Has inspired multiple incidents of real-world violence by adherents motivated by the desire to draw attention to or redress the supposed harms promoted by these debunked theories.

**Hate-Banned Entities**, defined as entities that engage in repeated hateful conduct or rhetoric, but do not rise to the level of a Tier 1 entity because they have not engaged in or explicitly advocated for violence, or because they lack sufficient connections to previously designated organizations or figures.

⚠️

For the following Community Standards, we require additional information and/or context to enforce:

- In certain cases, we will allow content that may otherwise violate the Community Standards when it is determined that the content is satirical. Content will only be allowed if the violating elements of the content are being satirized or attributed to something or someone else in order to mock or criticize them.

Read less

## User experiences

See some examples of what enforcement looks like for people on Facebook, such as: what it looks like to report something you don't think should be on Facebook, to be told you've violated our Community Standards and to see a warning screen over certain content.

**Note:** We're always improving, so what you see here may be slightly outdated compared to what we currently use.

---

USER EXPERIENCE
**Reporting**

→

---

USER EXPERIENCE
**Post-report communication**

→

---

USER EXPERIENCE
**Takedown experience**

→

---

USER EXPERIENCE
**Warning screens**

→

---

## Data

Prevalence
Percentage of times people saw violating content

Content actioned
Number of pieces of violating content we took action on

Proactive rate
Percentage of violating content we found before people reported it

Appealed content
Number of pieces of content people appealed after we took action on it

Restored content
Number of pieces of content we restored after we originally took action on it

PREVALENCE
### How prevalent were dangerous organizations violations?



**Terrorism**

Views of violating content that contains terrorism are very infrequent, and we remove much of this content before people see it. As a result, many times we do not find enough violating samples to precisely estimate prevalence.

In Q2 2022, this was true for violations of our policies on terrorism, suicide and self-injury and regulated goods on Facebook and Instagram. In these cases, we can estimate an upper limit of how often someone would see content that violates these policies.

In Q2 2022, the upper limit was 0.05% for violations of our policy for terrorism on Facebook. This means that out of every 10,000 views of content on Facebook, we estimate no more than 5 of those views contained content that violated the policy.

**Organized Hate**

We cannot estimate prevalence for organized hate right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

**Enforcement** ⊕
We have the same policies around the world, for everyone on Facebook.

**Review teams** ⊕
Our global team of over 15,000 reviewers work every day to keep people on Facebook safe.

**Stakeholder engagement** ⊕
Outside experts, academics, NGOs and policymakers help inform the Facebook Community Standards.

## Get help with dangerous individuals and organizations

Learn what you can do if you see something on Facebook that goes against our Community Standards.

**Visit our Help Center**



⊕ **PREVIOUS**
Violence and Incitement

**NEXT** ⊕
Coordinating Harm and Promoting Crime

∞ Meta

Transparency Center

**POLICIES**

Facebook Community Standards

Other policies

How Meta improves

**OVERSIGHT**

How to appeal to the Oversight Board

Oversight Board cases

Oversight Board recommendations

Creating the Oversight Board

Oversight Board: Further asked questions

Meta's Quarterly Updates on the Oversight Board

**ENFORCEMENT**

Detecting violations

Taking action

**DATA**

Community Standards Enforcement Report

Intellectual Property

Government Requests for User Data

Content Restrictions Based on Local Law

Internet Disruptions

Widely Viewed Content Report

Regulatory and Other Transparency Reports

**FEATURES**

Our approach to elections

Our approach to misinformation

Our approach to newsworthy content

Our approach to ranking

Ad Library

Crowdtangle

Facebook Open Research and Transparency

Data Policy • Terms of Service • Cookies

# EXHIBIT 7







# NEWS

 Menu

Tech

# Facebook bans 'dangerous individuals'

**Dave Lee**
North America technology reporter

🕐 3 May 2019





AFP/GETTY

Milo Yiannopoulous, Alex Jones and Louis Farrakhan have all been banned

**Facebook is banning several prominent figures it regards as "dangerous individuals".**

8/8/22, 10:36 AM
Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 37 of 103
Farrakhan banned – dangerous individuals - BBC News

The social network accused Alex Jones, host of right-wing conspiracy website InfoWars, its UK editor Paul Joseph Watson and ex-Breitbart News editor Milo Yiannopoulos of hate speech.

Louis Farrakhan, the Nation of Islam leader who has expressed anti-Semitic views, will also be excluded.

Facebook has already banned anti-Islamic UK groups like Britain First.

The latest ban also applies on Instagram, which Facebook owns.

"We've always banned individuals or organisations that promote or engage in violence and hate, regardless of ideology," the company said in a statement.

**More people in more places trust BBC News than any other news source.**
**Register for a BBC account to see why.**

Register

"The process for evaluating potential violators is extensive and it is what led us to our decision to remove these accounts today."

The banned group also includes Paul Nehlen, a white supremacist, and Laura Loomer, an anti-Islamic activist with a large social media presence.

In November, Ms Loomer handcuffed herself to a Twitter building in New York in protest at being banned from that platform.



GETTY IMAGES

Laura Loomer is among those banned from the platform



GETTY IMAGES

White supremacist Paul Nehlen, right, has twice run in Republican primaries

However, Facebook has been criticised for giving forewarning of the bans, giving those affected a chance to redirect their followers to other services.

For a brief time on Thursday, Alex Jones was broadcasting, on Facebook, about his impending ban.

"I'm about to be banned," wrote Mr Yiannopoulos to his followers on Instagram. "Please sign up for my mailing list before this account disappears."

A spokesperson at Facebook said the ban will apply to all types of representation of the individuals on both Facebook and Instagram.

The firm said it would remove pages, groups and accounts set up to represent them, and would not allow the promotion of events when it knows the banned individual is participating.

In an email, Facebook explained its rationale for banning the users:

- It said Alex Jones had hosted on his programme Gavin McInnes, leader of the Proud Boys, whose members are known for racist, anti-Muslim and misogynistic rhetoric. Mr McInnes has been designated a "hate figure" by Facebook

- Facebook said this year Milo Yiannopoulos had publicly praised both Mr McInnes and English Defence League founder Tommy Robinson, both banned from the network

- Laura Loomer also appeared with Mr McInnes, and Facebook said she also praised another banned figure, Faith Goldy, a Canadian

- Nation of Islam leader Louis Farrakhan was banned for making several anti-Semitic remarks earlier this year

————

*Follow Dave Lee on Twitter* **@DaveLeeBBC**

*Do you have more information about this or any other technology story? You can reach Dave directly and securely through encrypted messaging app Signal on: +1 (628) 400-7370*

## Top Stories

**Landmark US climate bill clears Senate hurdle**

5 hours ago

◉ **LIVE** Russia using nuclear plant like a shield - Ukrainian energy head

**Export controls could stop Russian weapons - report**

1 hour ago

## Features



**The newborns fighting for survival in Afghanistan**



**Anti-abortion Gen Z-ers see cause as social justice**







**Like a warzone - Haitians surrounded by turf wars**



**Seven charts that explain Kenya ahead of elections**



Commonwealth Games medals table



How a controversial study split twins apart at birth



The rise and rise of anti-Muslim hate music in India



Welcome to the hidden world of garden bugs



Uri Geller's new micronation - on a Scottish island

## Elsewhere on the BBC



Ghee: 'The purest food on earth'



The film that demonised rural America



The town where wi-fi is banned

## Most Read

| 1 | Export controls could stop Russian weapons - report |
| 2 | Brazilian Jiu-Jitsu champion shot in head at club |
| 3 | Qantas asks executives to work as baggage handlers |
| 4 | Magnum P.I. actor dies aged 83 following car crash |
| 5 | Drought-hit river reveals unexploded WWII bomb |
| 6 | Escaping to 'China's Hawaii' - only to be locked down |



7    Anti-abortion Gen Z-ers see cause as social justice

8    Landmark US climate bill clears Senate hurdle

9    China conducts new military drills near Taiwan

10    Commonwealth Games medals table

**BBC News Services**

On your mobile

On smart speakers

Get news alerts

Contact BBC News

| Home | Sport | Worklife | Future | Music | Weather |
| News | Reel | Travel | Culture | TV | Sounds |

Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Parental Guidance    Contact the BBC

Get Personalised Newsletters    Why you can trust the BBC    Advertise with us    AdChoices / Do Not Sell My Info

© 2022 BBC. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

# EXHIBIT 8



**AP NEWS**

U.S. News    World New

Trending News    China-Taiwan tensions    Gaza cease fire    U.S. economy    Midterm elections    Russia-Ukraine war

ADVERTISEMENT

Click to copy

**RELATED TOPICS**

Alex Jones

North America

AP Top News

SC State Wire

CA State Wire

Louis Farrakhan

Social media

IL State Wire

Technology

Race and ethnicity

Business

VA State Wire

Milo Yiannopoulos

Media

Religion



Senate Demopackage, a vi…

# Facebook bans 'dangerous individuals' cited for hate speech

By BARBARA ORTUTAY    May 3, 2019




ADVERTISEMENT

You May Like                                Promoted

**The Actual Cost of Gutter Guards in 2022 May Surprise You**
Promoted: LeafFilter Partner                    Learn More

**If You Like to Play on Your Computer, this Vintage Game is a Must-Have. No Install.**
Promoted: Forge Of Empires

**Worcester: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**
Promoted: SUV Deals | Search Ads

**Most Affordable Camper Vans**
Promoted: Camper Van Warehouse | Search Ads

**The Best Walking Shoes For Women To Wear All Day Long Without Discomfort**
Promoted: Sweeth

8/8/22, 10:38 AM
Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 45 of 103
Facebook bans Farrakhan, Jones and other extremists | AP News

AP NEWS ☰

Louis Farrakhan, Alex Jones and other extremists,

by Taboola

U.S. News    World New
Trending News    China-Taiwan tensions    Gaza cease fire    U.S. economy    Midterm elections    Russia-Ukraine war

The company also removed right-wing personalities Paul Nehlen, Milo Yiannopoulos, Paul Joseph Watson and Laura Loomer, along with Jones' site, Infowars, which often posts conspiracy theories. The latest bans apply to both Facebook's main service and to Instagram and extend to fan pages and other related accounts.

Decried as censorship by several of those who got the ax, the move signals a renewed effort by the social media giant to remove people and groups promoting objectionable material such as hate, racism and anti-Semitism.

Removing some of the best-known figures of the U.S. political extreme takes away an important virtual megaphone that Facebook has provided the likes of Jones, Yiannopoulos and others over the years. But it does not address what might be done with lesser known figures and those who stay on the margins of what Facebook's policies allow.

Critics praised the move but said there is more to be done on both Facebook and Instagram.

"We know that there are still white supremacists and other extremist figures who are actively using both platforms to spread their hatred and bigotry," said Keegan Hankes, senior research analyst for the Southern Poverty Law Center, which tracks hate groups in the U.S.

Dipayan Ghosh, a former Facebook executive and an internet policy expert at Harvard, said the ban isn't as big a step as Facebook appears to be painting it — it's just enforcing its existing policy.

"There will always be more purveyors of hate speech that try to come on these platforms," he said. "Will advocates have to push year after year just to get (a handful of) individuals off? At this rate it seems likely. And this doesn't address the problem of what happens at the margins."

Facebook has previously suspended Jones from its flagship service temporarily; this suspension is permanent and includes Instagram. Twitter has also banned Loomer, Jones and Yiannopoulos, though Farrakhan, the leader of the Nation of Islam long known for provocative comments widely considered anti-Semitic, still had an account Thursday. So did Watson, who rose to popularity as editor-at-large at Infowars and had nearly a million followers on the site.

Facebook said the newly banned accounts violated its policy against dangerous individuals and organizations. The company says it has always banned



Senate Demo
package, a vi



8/8/22, 10:38 AM
Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 46 of 103
Facebook bans Alex Jones, other extremists, citing hate speech - AP News

It added that when it bans someone under this policy, the company also prohibits anyone else from praising or supporting them.

In this case, though, the company said people can speak positively about the six banned individuals as long as what they're saying otherwise complies with Facebook policies.

For years, social media companies have been under pressure from civil rights groups and other activists to clamp down on hate speech on their services. Following the deadly white nationalist protests in Charlottesville, Virginia, in 2017, Google, Facebook and PayPal began banishing extremist groups and individuals who identified as or supported white supremacists.

A year later, widespread bans of Jones and Infowars reflected a more aggressive enforcement of policies against hate speech. But Facebook instituted only a 30-day suspension (though Twitter banned him permanently).

It is not clear what events led to Thursday's announcement. In a statement, Facebook merely said, "The process for evaluating potential violators is extensive and it is what led us to our decision to remove these accounts today."

Last month, it extended its ban on hate speech to prohibit the promotion and support of white nationalism and white separatism. It had previously allowed such material even though it has long banned white supremacists.

Asked to comment on the bans, Yiannopoulos emailed only "You're next."

Jones reacted angrily Thursday during a live stream of his show on his Infowars website.

"They didn't just ban me. They just defamed us. Why did Zuckerberg even do this?" Jones said, referring to Facebook CEO Mark Zuckerberg.

Jones called himself a victim of "racketeering" by "cartels."

ADVERTISEMENT

"There's a new world now, man, where they're banning everybody and then they tell Congress nobody is getting banned," he said.



Senate Demo
package, a vi

AP NEWS



out about me being banned, knowing that they are

Farrakhan, Nehlen and Loomer did not immediately return messages for comment.

Harvard's Ghosh said kicking off individuals with big followings, such as Jones, goes against Facebook's commercial interest.

"As soon as they kick Alex Jones or Laura Loomer off their platform, it immediately ticks of a huge number of people," he said.

———

Associated Press Writers Tali Arbel in New York and Michael Kunzelman in Silver Spring, Maryland, contributed to this story.

———

This story has been corrected to read Charlottesville, Virginia, not South Carolina.



Ad Content                                    Taboola Feed

Massachusetts Will
Cover The Cost To
Install Solar If You O...

Promoted: Finance Daily

Massachusetts Gov Will
Cover The Cost To Install
Solar If You Own A Ho...

Promoted: EnergyBillCruncher

Worcester: Startup Is
Changing the Way
People Retire

Promoted: SmartAsset

Massachusetts Program
Will Cover The Cost To
Install Solar If You Own...

Promoted: EnergyBillCruncher

Ad Content





AP NEWS

Top Stories

Video

Contact Us

Accessibility Statement

Cookie Settings

**DOWNLOAD AP NEWS**
Connect with the definitive source for global and local news

**MORE FROM AP**

ap.org

AP Insights

AP Definitive Source Blog

AP Images Spotlight

AP Explore

AP Books

AP Stylebook

**FOLLOW AP**

THE ASSOCIATED PRESS

About    Contact    Customer Support    Careers    Terms & Conditions    Privacy

All contents © copyright 2022 The Associated Press. All rights reserved.



# EXHIBIT 9

8/8/22, 10:39 AM
Case 3:22-cv-02646-LB  Document 80-2  Filed 10/27/22  Page 50 of 103
Politicians Won't Be Allowed on Facebook if They've Previously Been Banned





TRENDING:   DEM SPENDING BONANZA   CHINA WAR DRUMS   BIDEN RECESSION   WIDE OPEN BORDER   UK PM RACE

# POLITICIANS WON'T BE ALLOWED ON FACEBOOK IF THEY'VE PREVIOUSLY BEEN BANNED

 **743**    EMAIL    PARLER    TWEET



AFP

*by* ALLUM BOKHARI | 14 Nov 2019    **246**

▶   🎧 LISTEN TO STORY                                    2:47

8/8/22, 10:39 AM
Case 3:22-cv-02646-LB    Document 80-2    Filed 10/27/22    Page 51 of 103
Politicians Won't Be Allowed on Facebook if They've Previously Been Banned

Facebook has said it will not allow politicians to set up new accounts on the platform if they have previously been banned, according to a statement obtained from the social media company by Breitbart News.

Breitbart News reached out to Facebook after learning that the platform was blocking a Republican congressional candidate's attempt to set up an official campaign page.

The candidate, Laura Loomer, is running in the Republican primary for the House of Representatives in Florida's 21st district. She previously had her personal accounts on Facebook and Facebook-owned Instagram banned under the company's "dangerous individual" policy. Loomer says the label is defamatory and is contesting it in court.

President Trump declared Mar-a-Lago, Florida as his permanent residence earlier this year, meaning that the President and First Lady will cast their votes in FL-21.

Her campaign attempted to set up a campaign page on Tuesday, providing Facebook with the required data from the Federal Elections Commission (FEC) to verify that she is a declared Republican candidate. Within hours of the account being set up by Loomer's campaign, it had been blacklisted by Mark Zuckerberg's company.

In response to a request for comment by Breitbart News, a Facebook spokesman confirmed that Loomer would not be allowed to set up a campaign page.

"People who have been banned from our services aren't able to set up a new account even if they're running for office," said the spokesman.

In a speech last month, Facebook CEO Mark Zuckerberg promised that his company would not censor politicians.

"We think people should be able to hear what politicians have to say," said Zuckerberg. "I don't think it's right for tech companies to censor politicians in a democracy."

Zuckerberg has also said he won't ban ads from political candidates on his platform — but you need a Facebook account in order to run an ad.

Karen Giorno, a senior adviser to the campaign, said Facebook's banning of the campaign page constitutes "blatant election interference."

"Facebook's actions are extremely disturbing and require immediate correction," said Giorno.

By allowing some political candidates and not others to reach voters through its platform, Facebook could run afoul of FEC regulations about "in-kind contributions."

When it was revealed that Rep. Matt Gaetz (R-FL) and other Republican politicians were being covertly censored by Twitter in 2018, Gaetz filed a complaint with the FEC alleging the uneven treatment constituted an undeclared contribution to their political opponents.

***Are you an insider at Reddit or any other tech company who wants to confidentially reveal wrongdoing or political bias at your company? Reach out to Allum Bokhari at his secure email address allumbokhari@protonmail.com.***

***Allum Bokhari is the senior technology correspondent at Breitbart News.***



## READ MORE STORIES ABOUT:

Politics, Tech, Censorship, Facebook, Free Speech Online, laura loomer, Mark Zuckerberg, Masters of the Universe, Matt Gaetz

| ✈ TWEET | f SHARE |
|---|---|

Comment count on this article reflects comments made on Breitbart.com and Facebook. Visit Breitbart's Facebook Page.

We welcome thoughtful responses and inputs. Comments with personally identifiable information, harassment, threats, or other violations will be removed.

Please let us know if you're having issues with commenting.



**Breitbart News Network Comment Policy**

Please read our Comment Policy before commenting.

93 Comments    **Breitbart News Network**   🔒     1 Login ▼

♡ **Favorite**    🐦 Tweet   f Share      Sort by Best ▼

Join the discussion…

LOG IN WITH      OR SIGN UP WITH DISQUS ?

Name

**Like this article?**

Subscribe to Breitbart News Network to receive daily updates of the latest articles delivered straight to your inbox.

✉ Enter email address    Subscribe

Hide this message

**Raptormann** • 3 years ago

If there is anything **Proving that FaceBook** is **NOT** a **Platform** but **IS** a **Publisher**.... this is it!

**BTW**

**Who is Eric Chiaramella?**

31 ▲   ▼  • Reply  • Share ›


**SwiftHatchet** ➔ Raptormann • 3 years ago

There needs to be endless lawsuits.

15 ⌃ | ⌄ • Reply • Share ›


This comment was deleted.


**Lycurgus the Law Giver** ➔ Guest
• 3 years ago • edited

What he didn't say is that if you've ever been shadow-banned for political reason (as I have half a dozen times), Facebook will do everything in its power to prevent you from becoming a politician, influencing politicians, or even being heard or seen by your own representatives, but they'll never publicly admit that they are doing so.

2 ⌃ | ⌄ • Reply • Share ›


**Robert Stack** ➔ Guest • 3 years ago

Zuckerburg is living proof that spineless dorks should never be allowed to run anything....

1 ⌃ | ⌄ • Reply • Share ›


**Jonney Quest** ➔ Robert Stack • 3 years ago

Then most companies would fold. Most large companies are run by Accountants with Lawyers. An ugly combination.

1 ⌃ | ⌄ • Reply • Share ›


**Troy Winston** ➔ Raptormann • 3 years ago

Do you spell Eric Ciaramella's last name with a "Chia" instead of "Cia" just to avoid filters and censors?

6 ⌃ | ⌄ • Reply • Share ›


**MrPhoenix** ➔ Raptormann • 3 years ago

A leaker. Also, Epstein didn't k!ll himself.

3 ⌃ | ⌄ • Reply • Share ›


**Robert Stack** ➔ Raptormann • 3 years ago

Lil Charlie is Brennan's spy...

1 ⌃ | ⌄ • Reply • Share ›


**Michael R** ➔ Raptormann • 3 years ago

Don't know who Eric Chiamamella is, but I suspect you intentionally misspelled the "whistleblower's name" to prevent being banned by Disqus.

⌃ | ⌄ • Reply • Share ›



**Gus Seals** • 3 years ago

Can you say "class Action" going to cost them billions.

20 ∧ | ∨ • Reply • Share ›

 This comment was deleted.

 This comment was deleted.



**Tradisjonal Nordmann** → Guest
• 3 years ago

Agreed.
I don't even let my PC come near fakebook. I check where links go before clicking. And, I advice others to do the same.

∧ | ∨ • Reply • Share ›



**Rico** → Gus Seals • 2 years ago

Pocket change for them.

∧ | ∨ • Reply • Share ›



**Stan Wiggins or maybe not** • 3 years ago

In other words, if Zuckerberg's little hounds decide you hold too much sway and are a politician who doesn't follow their way of life, you will be banned for some reason, and will never be allowed back on, but if you are a fellow Democrat, you can do anything you want? Prime reason to shut Facebook down, break it into multiple parts, then ban each of them for 1 full year before allowing any components to register, pay the price, and come back as a social media small timer to start all over.

11 ∧ | ∨ • Reply • Share ›



**HarleyYost** → Stan Wiggins or maybe not • 3 years ago

The court says Trump can't block Twitter followers. But the democrats can simply have their lapdogs at Twitter/FB ban anyone who disagrees with them. What is the purpose of the FEC if not to stop scale thumbing like this?

2 ∧ | ∨ • Reply • Share ›



**Proverbs17-12NLT** • 3 years ago

Sooo it's ok to no longer serve blacks at denny's?

9 ∧ ∨ • Reply • Share ›



**Rayford** → Proverbs17-12NLT • 3 years ago

Remember Sambo's restaurants ? They all became Dennys.

4 ∧ | ∨ • Reply • Share ›


**badger_52** → Rayford • 3 years ago

Hand raised. Heh, you're dating yourself there. One
FOG to another. :)

3 ∧ | ∨ • Reply • Share ›


**Rick** → badger_52 • 3 years ago

They had some good food.

∧ | ∨ • Reply • Share ›


**Rayford** → badger_52 • 3 years ago

Im not as young as I look

∧ | ∨ • Reply • Share ›


**Proverbs17-12NLT** → Rayford • 3 years ago

Wow, we're not getting any younger are we? Yes I
ate at a few of them.

∧ | ∨ • Reply • Share ›


**TimeTravelPundit** → Proverbs17-12NLT • 3 years ago

What? Jim Crow's back?

3 ∧ | ∨ • Reply • Share ›


**BeholdThe2020BlueWave** → TimeTravelPundit
• 3 years ago

Yes, the Democrats are bringing all their old ideas
back. Conservative is the new black.

6 ∧ | ∨ • Reply • Share ›


**Rico** → Proverbs17-12NLT • 2 years ago

Yes, Facebook booted Loomer because she's black.

∧ | ∨ • Reply • Share ›


**texasgrandmom** • 3 years ago

This really seems like blatant FEC violations.

6 ∧ | ∨ • Reply • Share ›


**Abel Washington** • 3 years ago

Zuckerberg is the Facebook nazi.

No Facebook for you.

3 ∧ | ∨ • Reply • Share ›


**Chickie Fillette** • 3 years ago

**You get banned on Fakebook for being Republican!**

2 ∧ | ∨ • Reply • Share ›


**Beach girl** • 3 years ago

Loomer was banned for NO REASON other than she kept showing

up where Hillary was and asking her why she didn't defend the women her husband raped! She became a "TRUTHER" to Dems!

2 ∧ | ∨ • Reply • Share ›



**EyeAm** • 3 years ago

"Facebook has said it will not allow politicians to
set up new accounts on the platform if they have previously been banned,
according to a statement obtained from the social media company by
Breitbart News."

Nobody cares, Facebook. You're becoming irrelevant because of your own stupidity.

They'll just go to GAB.com where free speech reigns.

2 ∧ | ∨ • Reply • Share ›



**Maxwell** • 3 years ago • edited

Zuckerberg better oil and pepper his Angus because the courts have already made rulings regarding the free speech status of political social media accounts.

1 ∧ | ∨ • Reply • Share ›



**Jeff Schroer** • 3 years ago

It's only a matter of time before ALL republicans will be banned and Democrats will get to say whatever they want!

1 ∧ | ∨ • Reply • Share ›



**MojaveForks** ➜ Jeff Schroer • 3 years ago

That is the plan anyway.

∧ | ∨ • Reply • Share ›



**libmodssuck** • 3 years ago

So the mods will start banning people for conservative likes posts etc so in the future they can be blacklisted if they ever run for office...pretty obvious what their end game is

1 ∧ | ∨ • Reply • Share ›



**Miles Monroe** • 3 years ago

Douchebook will get its comeuppance.

1 ∧ | ∨ • Reply • Share ›



**Sholver** • 3 years ago

Facebook is just the start. A general silencing of dissent, China-style, is coming.

We should be brave enough to follow where the people of Hong Kong lead.

1 ∧ | ∨ • Reply • Share ›



**H. Al.** • 3 years ago

Who cares about the Fecesbook!

1 ∧ | ∨ • Reply • Share ›



**far2right** • 3 years ago

Um, none of them care about your platform.

Twitter is the platform for politicians.

They have their own websites.

1 ∧ | ∨ • Reply • Share ›



**blank-stare** • 3 years ago

Or, if they just don't like you or what you say...covers it all.

1 ∧ | ∨ • Reply • Share ›



**Hannibal B** • 3 years ago • edited

"When it was revealed that Rep. Matt Gaetz (R-FL) and other Republican
politicians were being covertly censored by Twitter in 2018, Gaetz
alleging the uneven treatment constituted an undeclared
contribution to their political opponents."

Congratulations, Republicans have finally pulled their heads out
their ass and recognized what some have yelling about for close to
a decade.

Maybe in another decade you'll recognize that FB is abusing their
safe harbor privilege by altering their terms of service to mirror
liberal beliefs and targeting the Right for censorship for not
believing what liberals believe.

And maybe in another 10 years you'll recognize that FB doesn't
care that the Left violates their terms and conveniently turns a blind
eye to the Left attacking the Right but bans the Right when they
defend themselves.

**see more**

1 ∧ | ∨ • Reply • Share ›



**mion** • 3 years ago

The rich T shirt has spoken. Socialism rules fakebook.

1 ∧ | ∨ • Reply • Share ›



**Deplorable1** • 3 years ago

This has got to violate federal laws. It is for campaign purposes and
preventing a candidate from setting up a campaign site is a
complete violation of free speech. Facebook says they are a
platform, not a publisher and as a platform they must allow

platform, not a publisher and as a platform they must allow
campaign sites to exist. Even when that site is setup by a
previously banned user.

I don't like the idea of the government regulating anything, but
when companies trample on our rights, it is time for the government
to get involved.

1 ∧ | ∨ • Reply • Share ›



**tolstoink** ➤ Deplorable1 • 3 years ago

It's ok' They just mean REPUBLICAN politicians.

1 ∧ | ∨ • Reply • Share ›



**Show Some Integrity** • 3 years ago

It is way past time to shut down Facebook. It is a dangerous thing
to America and our freedom of speech.

Besides I detest it.

1 ∧ | ∨ • Reply • Share ›



**BossBass7o7** • 3 years ago

... & there it is.

1 ∧ | ∨ • Reply • Share ›



**Oasis** • 3 years ago

If you still have a FB account- Shame on you!

1 ∧ | ∨ • Reply • Share ›



**Thunder Patriot** • 3 years ago

Commiebook

1 ∧ | ∨ • Reply • Share ›

**ALSO ON BREITBART NEWS NETWORK**

| Democracy for America CEO ... | Veteran Who Survived Four WWII Invasions ... | Chinese Cites Pet |
|---|---|---|
| 11 hours ago • 43 comments | 13 hours ago • 65 comments | 7 hours ago |
| Sunday on ABC News' "This Week," Democracy for America CEO Yvette ... | A veteran named Bud Clauson celebrated a huge milestone on Sunday … | China's Glo newspaper Schweizer |

 SOCIAL    BREITBART STORE > >

8/8/22, 10:39 AM
Case 3:22-cv-02646 Document 80-2 Filed 11/27/22 Page 59 of 103
Politicians Won't Be Allowed on Facebook If They've Previously Been Banned

   

## MOST POPULAR

**Republicans Warn Democrats Will 'Pay the Price' for Spending Bill**

*3,195 comments*


**Senate Passes $700 Billion 'Inflation Reduction' Bill**

*7,839 comments*


**ATR: Taxes on Fuel, Business, Medicines in 'Inflation Reduction Act'**

*1,109 comments*


**Male 'Transgender' Prisoners will no Longer be Housed with Women**

*156 comments*


**GA Couple Arrested for Using Adopted Children in Child Pornography**

*1,543 comments*


**Donald Trump: Next President Must 'Remove Rogue Bureaucrats and**

*3,071 comments*


**53 Shot During Weekend in Mayor Lori Lightfoot's Chicago**

*176 comments*

**Katharine McPhee Blames 'Woke'**

Katharine McPhee Blames 'Woke' Voters for Crime Wave in

**Voters for Crime Wave in Beverly Hills**

Beverly Hills

*245 comments*

**Gaza Terror Rocket Lands on Palestinian House, Kills Kids Inside**

Gaza Terror Rocket Lands on Palestinian House, Kills Kids Inside

*3,519 comments*

**Democrats Poised to Spend $3.5 Trillion with Republican Help**

Democrats Poised to Spend $3.5 Trillion with Republican Help

*1,108 comments*

## FROM THE HOMEPAGE


ATR: Taxes on Fuel, Business, Medicines, and More in 'Inflation Reduction Act'

ATR: Taxes on Fuel, Business, Medicines, and More in 'Inflation Reduction Act'

**1,109** *Comments*


Summer of Rage, Part V: PAC Launched by 'Ruth Sent Us' Organizers Failed to Disclose Finances,

Summer of Rage, Part V: PAC Launched by 'Ruth Sent Us' Organizers Failed to Disclose Finances, Mysteriously 'Terminated' by FEC

**10** *Comments*


China Holds Fresh
Military Drills
Around Taiwan

China Holds Fresh
Military Drills
Around Taiwan

**44** *Comments*


Mark Kelly Votes
Against Amendment
to Develop Five-
Year-Program for
Oil, Gas

Mark Kelly Votes
Against Amendment
to Develop Five-
Year-Program for
Oil, Gas

**332** *Comments*


Male
'Transgender'
Prisoners will no
Longer be Housed
with Women,
Minister to Promise

Male 'Transgender'
Prisoners will no
Longer be Housed
with Women,
Minister to Promise

**156** *Comments*


53 Shot During
Weekend in Mayor
Lori Lightfoot's
Chicago

53 Shot During
Weekend in Mayor
Lori Lightfoot's
Chicago

**176** *Comments*



Tavistock Scandal:
Foreign Health
Service Was Warned
About 'Unsafe' Child
Transgenderism
Clinic in 2019

Tavistock Scandal:
Foreign Health
Service Was Warned
About 'Unsafe' Child
Transgenderism
Clinic in 2019

**25** *Comments*



Chinese State
Media Cites Peter
Schweizer, Breitbart
to Attack Nancy
Pelosi

Chinese State Media
Cites Peter
Schweizer, Breitbart
to Attack Nancy
Pelosi

**65** *Comments*



Actress Katharine
McPhee Blames
'Woke' Voters for
Crime Wave in
Beverly Hills

Actress Katharine
McPhee Blames
'Woke' Voters for
Crime Wave in
Beverly Hills

**245** *Comments*


Alec Baldwin Bashed for Supporting Actress Anne Heche After Her Fiery Crash: 'What About the

Alec Baldwin Bashed for Supporting Actress Anne Heche After Her Fiery Crash: 'What About the People She Almost Killed'

**144** *Comments*


Doctors Press Government to 'Vaccinate Faster' as Monkeypox Spreads Across UK

Doctors Press Government to 'Vaccinate Faster' as Monkeypox Spreads Across UK

**168** *Comments*

Case 3:22-cv-02646-LB Document 80-2 Filed 10/27/22 Page 64 of 103



Enes Kanter
Freedom: White
House Cannot
Exchange 'Merchant
of Death' for Brittney
Griner

Enes Kanter
Freedom: White
House Cannot
Exchange 'Merchant
of Death' for Brittney
Griner

**55** *Comments*



GOP Rep. Budd on
Inflation Reduction
Act: Dems Want to
'Help Rich People
Buy a Tesla'

GOP Rep. Budd on
Inflation Reduction
Act: Dems Want to
'Help Rich People
Buy a Tesla'

**8** *Comments*



BREITBART NEWS

Masthead

About Us

Accessibility
Policy Info

Terms of
Use

Privacy
Policy

Cookies

Advertise

Contact Us

Careers

Store

Get the App

Newsletters

Send A Tip

Sitemap




Enable Accessibility

Copyright © 2022 Breitbart

# EXHIBIT 10

Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 66 of 103



**Facebook**

🕐 This article is more than **2 years old**

# Facebook exempts political ads from ban on making false claims

**Firm quietly rescinds policy banning false advertising as UK general election looms**

**Alex Hern**

🐦 **@alexhern**

Fri 4 Oct 2019 08.36 EDT

Facebook has quietly rescinded a policy banning false claims in advertising, creating a specific exemption that leaves political adverts unconstrained regarding how they could mislead or deceive, as a potential general election looms in the UK.

The social network had previously banned adverts containing "deceptive, false or misleading content", a much stronger restriction than its general rules around Facebook posts. But, as reported by the journalist Judd Legum, in the last week the rules have narrowed considerably, only banning adverts that "include claims debunked by third-party fact-checkers, or, in certain circumstances, claims debunked by

organisations with particular expertise".

Under Facebook's third-party fact-checking programme, it invites independent organisations such as the UK's Full Fact to verify claims posted to the social network. But the groups, made up mainly of small charities and nonprofits, are heavily constrained in how many claims they can fact-check, meaning they often only verify the most viral cases.

But even that limit has been lifted for some political adverts. A separate policy introduced by the social network recently declared opinion pieces and satire ineligible for verification, including any website or page "with the primary purpose of expressing the opinion or agenda of a political figure". The end result is that any direct statement from a candidate or campaign cannot be fact-checked and so is automatically exempted from policies designed to prevent misinformation. (After the publication of this story, Facebook clarified that only politicians currently in office or running for office, and political parties, are exempt: other political adverts still need to be true.)

The changes, Legum reported, followed a run of Donald Trump adverts that contained false claims but were not removed under the old rules.

The new rules could prompt a clash between Facebook and UK regulators. The Advertising Standards Authority does not cover political adverts in Britain, the content of which is largely unregulated, but it does cover all other adverts, including those posted on Facebook. The ASA's code explicitly bans adverts that "materially mislead or [are] likely to do so", language that is close to that used in Facebook's previous policies.

A Facebook spokesman said: "We don't believe that it's an appropriate role for us to referee political debates. Nor do we think it would be appropriate to prevent a politician's speech from reaching its audience and being subject to public debate and scrutiny."

Facebook's decision comes as the rival service TikTok takes the opposite stance. In a blogpost, the social network, whose reported 500 million users would make it the largest in the world not owned by Facebook, made clear it would not be hosting any political adverts.

**Q&A**
What is TikTok?



"Any paid ads that come into the community need to fit the standards for our platform, and the nature of paid political ads is not something we believe fits the TikTok platform experience," wrote Blake Chandlee, the company's vice-president of global business solutions. "To that end, we will not allow paid ads that promote or oppose a candidate, current leader, political party or group, or issue at the federal, state, or local level – including election-related ads, advocacy ads, or issue ads."

Chandlee said the decision was prompted by TikTok's mission "to inspire creativity and build joy". That same rationale had been cited by the company, which is owned by the Chinese startup Bytedance, to explain why it censored posts that went against the political orthodoxy of Beijing, mentioning topics such as the Tiananmen Square killings or the independence movement in Taiwan.

When the Guardian revealed the censorship, TikTok said the rules had since been repealed and replaced with ones that "take localised approaches" to "provide an app experience that fosters their creativity".

---

… we have a small favour to ask. Tens of millions have placed their trust in the Guardian's fearless journalism since we started publishing 200 years ago, turning to us in moments of crisis, uncertainty, solidarity and hope. More than 1.5 million supporters, from 180 countries, now power us financially – keeping us open to all, and fiercely independent.

Unlike many others, the Guardian has no shareholders and no billionaire owner. Just the determination and passion to deliver high-impact global reporting, always free from commercial or political influence. Reporting like this is vital for democracy, for fairness and to demand better from the powerful.

And we provide all this for free, for everyone to read. We do this because we believe in information equality. Greater numbers of people can keep track of the events

shaping our world, understand their impact on people and communities, and become inspired to take meaningful action. Millions can benefit from open access to quality, truthful news, regardless of their ability to pay for it.

Every contribution, however big or small, powers our journalism and sustains our future. **Support the Guardian from as little as $1 – it only takes a minute. If you can, please consider supporting us with a regular amount each month. Thank you.**

| Single | **Monthly** | Annual |
|--------|-------------|--------|

| $7 per month | **$20 per month** | Other |

**Continue** →   **Remind me in September**   VISA   mastercard   AMERICAN EXPRESS   P PayPal

# EXHIBIT 11

# Newsweek

SUBSCRIBE FOR $1

Search

**U.S.**

**World**

**Tech & Science**

**Culture**

**Autos**

**Rankings**

**Health**

**Life**

**Opinion**

**Experts**

**Education**

**Podcasts**

**Vantage**

About Us

Announcements

Leadership

CEO Dev Pragad

Archive

## POLITICS

# Facebook's Updated Advertising Policy Could Enable Politicians to Spread Misinformation

BY **MEKA BOYLE** ON 10/3/19 AT 5:18 PM EDT

       

POLITICS   TRUMP   DONALD TRUMP   JOE BIDEN   FACEBOOK

# Newsweek

SUBSCRIBE FOR $1



Donald Trump responds to a question during the first Republican presidential debate in 2015 hosted by Fox News and Facebook in Cleveland, Ohio.
SCOTT OLSON/GETTY IMAGES

Facebook's updated advertising rules could allow politicians to post ads that contain falsehoods without violating any of the company's terms.

Last week the social networking site altered and thinned out its rules on misinformation so that politicians and political parties are exempt from fact-checking requirements.

**NEWSWEEK NEWSLETTER SIGN-UP >**

Newsweek                                    SUBSCRIBE FOR $1 ›

This change comes at the same time that President Donald Trump dramatically increased his spending on Facebook ads. Between September 25 and October 1 Trump spent $1,664,958 on political ads—far outspending any of his competitors, according to Facebook's Ad Library.

The Trump campaign's most-circulated Facebook ad, "Biden Corruption," alleged that "Joe Biden promised Ukraine a billion dollars if they fired the Prosecutor investigating his son's company."

The Democratic National Committee called on Facebook to remove the advertisement. "Any false ad should be fact checked and removed, including this one," said Daniel Wessel, the deputy war room director at the DNC, _The Hill_ reported.

Additionally, CNN refused to air the ad due to its misleading content as well as its direct attacks on three of the network's reporters.

**NEWSWEEK SUBSCRIPTION OFFERS >**

The Biden collusion claim that Trump has repeatedly referenced has been deemed false by numerous fact checkers, including Factcheck.org and Politifact.

When Judd Legum of Popular Information brought this up to Facebook while investigating the recent policy change, the company responded that its policies were not in violation because political ads are unable to be fact checked—a major change from a week ago when Facebook did not allow ads that contained "false or misleading" information, and made no exceptions for politicians.

Up until recently Facebook stated under the category 'Prohibited Content,' in Section 13 titled 'Misinformation,' that "ads, landing pages, and business practices must not contain deceptive, false, or misleading content, including deceptive claims, offers, or methods," reported Popular Information.

**Newsweek**                                                    👤   **SUBSCRIBE FOR $1 ›**   ☰

Case 3:22-cv-02646-LB    Document 80-2    Filed 10/27/22    Page 74 of 103

This language is absent from the updated policy. Instead, Facebook only targets "ads that include claims debunked by third-party fact checkers or, in certain circumstances, claims debunked by organizations with particular expertise."

According to a Facebook document on fact checking, the company claimed any direct statement from a political candidate or campaign cannot be fact checked. Facebook asserted that a political ad is exempt if it "contains a claim that is not verifiable, was true at the time of writing, or from a website or Page with the primary purpose of expressing the opinion or agenda of a political figure."

Travis Ridout, professor of government and public policy at Washington State University, said that Facebook's decision to limit the restrictions on political advertising is a way of staying out of the political cross hairs. "As soon as they start becoming the arbiters of what is true and what is not true," he told *Newsweek*, "first of all they create a huge job for themselves, second of all they get attacked from politicians from both sides."

Since the 2018 midterm elections, the Trump campaign spent approximately $19 million—including $215,585 on ads that did not come with a disclaimer connecting them to the Trump campaign.

More than 1,800 unique ads on Trump's Facebook account mentioning impeachment ran in the last week of September and were viewed between 16 and 18 million times, CNN reported.

"If Facebook has indicated that they're really not going to stop you, then it is open season and I think we are going to see a lot more ads like this," said Ridout.

**REQUEST REPRINT & LICENSING**, **SUBMIT CORRECTION** OR **VIEW EDITORIAL GUIDELINES**

Loading...

---

THE DEBATE



### Enforcing the Rules Would Eliminate Need for Red Flag Laws
BY **ARI HOFFMAN**



### Implement Community Violence Intervention Programs
BY **KRISTAL KNIGHT**



---

OPINION



### U.S. Children Carry a Double Burden for Gun Violence and Policy Gaps
BY **MICHELLE BLAKE**



### Dear Sen. Sinema: We Love You—Your Pals, the Hedge Fund Bros
BY **DAVID FARIS**



### End Nuclear Weapons Before They End Us
BY **WILLIAM J. ASTORE**



### It's Time to Right an Injustice at the UN
BY **JOSH FELDMAN**



### Retirees Are Inflation's Hidden Victims. Here's How to Protect Them

       SUBSCRIBE FOR $1 



**Russia's War on Ukraine Creates a Global Food Crisis U.S. Must Address**

BY RAJA KRISHNAMOORTHI



**Brittney Griner Saved My Life. Please Join Me in the Fight for Hers**

BY TAMRYN SPRUILL



**The Astounding Gluttony of Giants**

BY DAN PERRY



**Here's How to Face Down China's Growing Threat to Taiwan**

BY BARRY PAVEL AND MATTHEW KROENIG



**Why Aren't All Democrats Calling This Play?**

BY SHEKAR NARASIMHAN AND NATHALIE RAYES



**N** CHOOSE YOUR SUBSCRIPTION

## PREMIUM

✓ Newsweek magazine delivered to your door
✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ All newsletters + podcasts

**FROM $9.99 ›**

## DIGITAL+ AD FREE

✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ All newsletters + podcasts

**FROM $1 ›**

**N** NEWSLETTER

**Newsweek**                                          👤    **SUBSCRIBE FOR $1** ☰

8/8/22, 10:43 AM
Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 78 of 103
Facebook Updates Advertising Policy to De-Emphasize Politicians to Spread Misinformation

## BEST OF NEWSWEEK VIA EMAIL

Join half a million readers enjoying Newsweek's free newsletters

| Email address | FREE SIGN UP ❯ |



© 2022 NEWSWEEK DIGITAL LLC

**Editions:**   U.S. Edition   日本   Pakistan   Polska   România

About Us   Announcements   Archive   Careers   Corrections   Contact Us   Editorial Guidelines   Mission Statement   Advertise

Copyright   Terms & Conditions   Privacy Policy   Cookie Policy   Terms of Sale   Leadership   CEO Dev Pragad

# EXHIBIT 12

Case 3:22-cv-02646-LB Document 80-2 Filed 10/27/22 Page 80 of 103

LOGIN    SUBSCRIBE FOR $1 ›

# Newsweek

Search

**U.S.**

**World**

**Tech & Science**

**Culture**

**Autos**

**Rankings**

**Health**

**Life**

**Opinion**

**Experts**

**Education**

**Podcasts**

**Vantage**

About Us

Announcements

Leadership

CEO Dev Pragad

Archive

### POLITICS

## Zuckerberg Tells Fox News Facebook Won't Censor Politicians, While Warren Says Facebook Could Help Trump Win Again

BY **JEFFERY MARTIN** ON 10/17/19 AT 11:25 PM EDT



| POLITICS | MARK ZUCKERBERG | FACEBOOK | CENSORSHIP | ELIZABETH WARREN |

I n an advance clip of an interview set to air Friday on Fox News, Facebook CEO Mark Zuckerberg said he would not censor social media posts from politicians, including President Donald Trump.

# Newsweek

LOGIN    SUBSCRIBE FOR $1 ›

8/8/22, 10:44 AM    Zuckerberg Tells Fox News Facebook Won't Censor Politicians While Warren Says Facebook Could Help Trump Win Again

Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 81 of 103

Democratic presidential candidate Elizabeth Warren, meanwhile, condemned Facebook and Zuckerberg for earlier remarks via Twitter. It's the latest in a string of criticisms the senator has leveled against the company.

"Facebook is actively helping Trump spread lies and misinformation," Warren wrote. "Facebook already helped elect Donald Trump once. They might do it again—and profit off of it."

**NEWSWEEK NEWSLETTER SIGN-UP >**

It appeared Warren was specifically responding to an earlier speech Zuckerberg gave on Thursday at Georgetown University about free speech. During that speech, Zuckerberg said he didn't "think most people want to live in a world where you can only post things that tech companies judge to be 100 percent true."



Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 82 of 103

According to a portion of the interview with Fox News host Dana Perino posted on Thursday, Zuckerberg reiterated similar themes, saying the company had no plans to censor Trump or politicians in general.

"My belief is that in a democracy, I don't think that we want private companies censoring politicians in the news," Zuckerberg said. "I generally believe that as a principle, people should decide what is credible and what they want to believe, who they want to vote for. And I don't think that should be something that we want tech companies or any kind of company doing."

**NEWSWEEK SUBSCRIPTION OFFERS >**

Warren has previously sparred with Facebook and Zuckerberg, tweeting on Saturday that her team had intentionally made a political advertisement with false claims to see how quickly Facebook would run it.

> Facebook changed their ads policy to allow politicians to run ads with known lies—explicitly turning the platform into a disinformation-for-profit machine. This week, we decided to see just how far it goes.
>
> — Elizabeth Warren (@ewarren) October 12, 2019

Warren has also spoken about breaking up Silicon Valley technology companies, saying the companies held too much power and tweeting with the hashtag "#BreakUpBigTech."



> Giant tech companies have too much power. My plan to #BreakUpBigTech prevents corporations like Amazon from knocking out the rest of the competition. You can be an umpire, or you can be a player—but you can't be both. #WarrenTownHall pic.twitter.com/73y1002QVv

Newsweek          LOGIN     SUBSCRIBE FOR $1 ›

8/8/22, 10:44 AM    Zuckerberg Tells Fox News Facebook Won't Censor Politicians While Warren Says Facebook Could Help Trump Win Again

Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 83 of 103



*Mark Zuckerberg's speech today shows how little he learned from 2016, and how unprepared Facebook is to handle the 2020 election.* https://t.co/2JHCuihexR

— Elizabeth Warren (@ewarren) October 18, 2019

Warren also said on Twitter Thursday night that Facebook was "unprepared" for the 2020 election.

Zuckerberg, meanwhile, previously threatened legal action if Warren were elected president in leaked comments. "At the end of the day," Zuckerberg said, according to Politico, "if someone's going to try to threaten something that existential, you go to the mat and you fight."

Zuckerberg later backed off his comments slightly.

"Maybe I said that in a little bit more unfiltered of a way than I would say it externally," Zuckerberg said, "but fundamentally we believe everything we said that was in there."

Newsweek      LOGIN    SUBSCRIBE FOR $1 ›



Facebook CEO Mark Zuckerberg leads a conversation on free expression at Georgetown University on October 17, 2019 in Washington, DC.
RICCARDO SAVI/GETTY

Zuckerberg said he still planned on treating Warren fairly.

"Even when people disagree with what I think would be good to happen in the world, I still want to give them a voice," Zuckerberg said. "That's what we're here to do."

Warren's campaign did not immediately respond to *Newsweek's* request for comment on Thursday night.

RELATED STORIES

- Zuckerberg: Tech Companies Shouldn't 'Judge' What's '100% True'

Newsweek     LOGIN     SUBSCRIBE FOR $1 ›

Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 85 of 103

- #DeleteFacebook Trends After Report That Zuckerberg Held Secret Meetings

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

THE DEBATE

 **Enforcing the Rules Would Eliminate Need for Red Flag Laws**
BY ARI HOFFMAN



**Implement Community Violence Intervention Programs**
BY KRISTAL KNIGHT 

OPINION

 **U.S. Children Carry a Double Burden for Gun Violence and Policy Gaps**
BY MICHELLE BLAKE

 **Dear Sen. Sinema: We Love You—Your Pals, the Hedge Fund Bros**
BY DAVID FARIS

 **End Nuclear Weapons Before They End Us**
BY WILLIAM J. ASTORE

 **It's Time to Right an Injustice at the UN**
BY JOSH FELDMAN

 **Retirees Are Inflation's Hidden Victims. Here's How to Protect Them**
BY JOE HIPSKY

 **Russia's War on Ukraine Creates a Global Food Crisis U.S. Must Address**
BY RAJA KRISHNAMOORTHI

 **Brittney Griner Saved My Life. Please Join Me in the Fight for Hers**
BY TAMRYN SPRUILL

 **The Astounding Gluttony of Giants**
BY DAN PERRY

**Newsweek**    LOGIN    SUBSCRIBE FOR $1 > 

8/8/22, 10:44 AM    Zuckerberg Tells Fox News Facebook Won't Censor Politicians, While Warren Says Facebook Could Help Trump Win Again

Case 3:22-cv-02646-LB    Document 80-9    Filed 10/27/22    Page 86 of 103



**BY BARRY PAVEL AND MATTHEW KROENIG**



**Why Aren't All Democrats Calling This Play?**

**BY SHEKAR NARASIMHAN AND NATHALIE RAYES**



GET THE BEST OF
NEWSWEEK VIA EMAIL

Email address

**FREE SIGN UP >**

**CHOOSE YOUR SUBSCRIPTION**

Newsweek

LOGIN    SUBSCRIBE FOR $1 >

✓ Newsweek magazine delivered to your door
✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ All newsletters + podcasts

**FROM $9.99  ›**

## DIGITAL+ AD FREE

✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ All newsletters + podcasts

**FROM $1  ›**

 NEWSLETTER

## BEST OF NEWSWEEK VIA EMAIL

Join half a million readers enjoying Newsweek's free newsletters

| Email address | **FREE SIGN UP ›** |

# Newsweek

© 2022 NEWSWEEK DIGITAL LLC

Editions:   U.S. Edition    日本    Pakistan    Polska    România

About Us    Announcements    Archive    Careers    Corrections    Contact Us    Editorial Guidelines    Mission Statement    Advertise    Copyright

Terms & Conditions    Privacy Policy    Cookie Policy    Terms of Sale    Leadership    CEO Dev Pragad

# EXHIBIT 13

The New York Times | https://www.nytimes.com/2019/04/19/technology/terrorist-groups-social-media.html

# After Social Media Bans, Militant Groups Found Ways to Remain

**By Sheera Frenkel and Ben Hubbard**

April 19, 2019

SAN FRANCISCO — In July 2013, a broadcaster affiliated with the Islamist group Hezbollah posted a threatening video on Facebook, YouTube and Twitter. It featured gun-toting militants practicing an ambush to kidnap Israeli soldiers. The message: This is how we kill you.

In December, the broadcaster posted another video that showed how Hezbollah's social media strategy had changed. This one contained close-up footage of Israeli soldiers on patrol, with no Hezbollah members visible. The message was also dialed back: We are watching you.

Hezbollah is among dozens of groups classified by the United States as terrorist entities that have learned how to stay a step ahead of the social media giants. In the past, Facebook, YouTube and Twitter have taken down the official pages of these militant groups dozens of times and banned their accounts.

But Hamas and Hezbollah, in particular, have evolved by getting their supporters to publish images and videos that deliver their message — but that do not set off the alarm bells of the social media platforms. Today, the groups mostly post images of festive parades and religious celebrations online, as well as videos of speeches by their leaders.

That has allowed Hamas and Hezbollah, as well as groups like the East African-based Shabab, to proliferate largely unchecked on social media, even as a clampdown by Facebook and others has neutered the online presences of the terror organizations that are the most threatening to the West — the Islamic State and Al Qaeda.

The change thrusts Facebook, YouTube and Twitter into complicated territory. Unlike Al Qaeda and the Islamic State, Hamas and Hezbollah are political forces in their territories. Hamas has governance duties in the Gaza Strip, in addition to its militancy. Hezbollah is a recognized political party in Lebanon. And by no longer posting overtly violent material, the groups arguably merit a different treatment by the social media companies.

Facebook and others said they typically adhered to the designations set by the United States on terrorist groups, citing how any online presence — even a seemingly innocuous or benign post — helps legitimize them and increase their visibility. Even so, it has proved difficult for the companies to follow the rules they set for themselves, precisely because the groups can be deemed political organizations or terrorist entities, depending on one's perspective.

"There has to be a differentiation in the way we understand how different groups use social media," said Lina Khatib, the head of the Middle East and North Africa program at Chatham House, the London think tank.

8/8/22, 10:59 AM
Case 3:22-cv-02646-LB Document 80-2 Filed 10/27/22 Page 90 of 103
Global Media and Militant Groups Find Ways to Remain New York Times



Al Manar, the pro-Hezbollah media organization, has a Twitter feed.

That complexity has dismayed Israel, which has fought several wars against Hamas and Hezbollah. Since 2015, Israeli legal groups and their partners in the United States have filed at least three lawsuits against Facebook, accusing it of turning a blind eye to how the militant organizations use the social network.

In November, the Israel legal center Shurat HaDin, which previously had filed some of these cases, threatened to sue Facebook again if the company continued to let a Hamas-linked broadcaster share content on the site.

"The mere fact that Hamas affiliates still have Facebook pages shows you that Facebook does not care," said Nitsana Darshan-Leitner, founder of Shurat HaDin, adding she would not hesitate to take her cases to the Supreme Court. "We argue that anything at all Hamas posts is terrorist content."

Case 3:22-cv-02646-LB   Document 80-2   Filed 10/27/22   Page 91 of 103

The social media companies could face other penalties from the thriving activity of the groups and their supporters on their networks. The European Union is considering a new law that would fine tech companies if they did not remove terrorist content from their sites within one hour of being notified of its presence.

Brian Fishman, Facebook's global head of counterterrorism, said the social network had zero tolerance for any group that the United States listed as a terrorist entity. He added that the company had removed 99 percent of Islamic State and Al Qaeda content largely by using artificial intelligence.

But Mr. Fishman also suggested that posts by organizations like Hezbollah could fall through the cracks because the groups stopped short of issuing direct threats of violence.

"If we have to make a hard prioritization decision, we're going to focus on stuff that directly calls for violence," he said. "The blunt truth is that it is very difficult" to weed out.

Twitter did not respond to questions about activity by Hezbollah and other militant groups on its service. It referred to a transparency report detailing how it had suspended 205,156 accounts for promoting terrorism in the first half of 2018. A YouTube spokeswoman said the company had removed channels for promoting violence or violent extremism and barred groups that the United States labeled terrorists.

Hezbollah and Hamas did not respond to requests for comment.

The issue of militant groups on social media came to the fore in 2013 when the Islamic State grabbed global attention by posting videos of beheadings and bombings online. The Islamic State also used the channels to spread propaganda and to recruit followers.

Groups like Hamas and Hezbollah do not primarily use social media to recruit, Ms. Khatib said, but to intimidate their enemies and rally their supporters.



On Instagram, the photo-sharing site owned by Facebook, Arabic-language hashtags promoting Hamas feature thousands of propaganda videos and images for the group.

Tech companies said they had always barred these groups from their platforms. But the organizations continued posting to social media anyway.

Around 2015, the tech companies started making some headway in removing Islamic State and Qaeda content, according to counterterrorism experts. The companies created dedicated teams and used A.I. tools to find and eliminate posts from the Islamist groups.

But the companies did not reckon with the organizations' abilities to manipulate their platforms by posting material that went up to, but did not cross, the line of being flagged by users or outside observers. Many of the groups also use proxies, such as media organizations or local charities, to post content on the platforms for them.

Hezbollah and Hamas, in particular, have honed their social media strategies to foster their online presences.

Hezbollah, which now has no official accounts on the big social media platforms, largely shares through Al Manar, a broadcaster with strong pro-Hezbollah ties. Al Manar has a Twitter feed, which is followed by 481,000 people. Content from the channel is easy to find on YouTube, including many lengthy speeches by Hezbollah's leader, Hassan Nasrallah.

A recent search on YouTube for Al Manar in Arabic yielded over 37,000 results. Many of those videos have tens of thousands of views and have been on the site for years.

Hamas enjoys a similar widespread presence on Facebook, YouTube and Twitter. The group has a Twitter feed, though not a Facebook page or a YouTube account. Many of its leaders have personal social media accounts, where they post commentaries, photos and videos.

The Hamas television station, Al Aqsa, also has a Twitter feed and a Facebook page. And on Instagram, the photo-sharing site owned by Facebook, popular Arabic-language hashtags promoting Hamas feature thousands of propaganda videos and images.

When conflicts with Israel escalate, Hamas's presence on social media also rises. In August, Israel accused Hamas members of posing as attractive women on Instagram to lure Israeli soldiers into sharing details about themselves and to download malware.

Israel called the campaign Operation Broken Heart. It showed, Israeli officials said, how dangerous it was to allow militant organizations to use social media.

# EXHIBIT 14



# THE HILL

TECHNOLOGY

## Twitter takes down Hamas, Hezbollah-affiliated accounts after lawmaker pressure

BY EMILY BIRNBAUM - 11/04/19 12:39 PM ET

f **SHARE**   🐦 **TWEET**   ••• **MORE**



Getty

Twitter has taken down several accounts affiliated with Hamas and Hezbollah after facing public pressure from a group of bipartisan lawmakers who accused the platform of flouting U.S. law.

Twitter's decision to begin purging accounts associated with "foreign terrorist organizations" is a pivot from its earlier stance of keeping some Hamas and Hezbollah-affiliated accounts online.

{mosads}Over the weekend, Twitter removed several English-language and Arabic accounts associated with Hamas and Hezbollah's news and political arms after vowing to "review" accounts highlighted by Reps. Josh Gottheimer (D-N.J.), Tom Reed (R-N.Y.), Max Rose (D-N.Y.) and Brian Fitzpatrick (R-Pa.) last month.



# THE HILL

The lawmakers first raised their concerns about the Hamas and Hezbollah accounts in a letter to Twitter in September, and then held a public press conference decrying Twitter's stance last month when the platform declined to take down the accounts.

"My colleagues and I were outraged when [Twitter] first responded to us — contrary to Facebook and Google, [Twitter] insisted that they were going to keep up the content of … Hezbollah and Hamas," Gottheimer told The Hill in a phone interview from his district on Monday.

"To me, it's essential that they've taken these steps to scrape the content and the handles of foreign terrorist organizations off their site," Gottheimer said.

But, he added, the lawmakers are remaining "vigilant" as they seek to ensure "this is not a one-off but actually a change in policy."

In a letter last month, Twitter's U.S. Policy Director Carlos Monje Jr. told the lawmakers that the platform allows accounts associated with the political arms of groups designated by the U.S. as "foreign terrorist organizations," though it does not allow their military wings to have a presence on the platform.

Monje also noted that Twitter allows groups engaged in active peace resolution processes to remain online, as well as groups that have been elected to public office.

The Hamas administration was elected to serve as the governing body of the Gaza Strip over a decade ago, and Hezbollah has been a legitimate part of the government in Lebanon since 2005. Though the U.S. and other Western countries have designated both Hamas and Hezbollah as terrorist organizations, both groups have political arms that are responsible for representing large swaths of people and providing social services in Palestinian territory and Lebanon, respectively. Hamas has been involved in continual negotiations with the Israeli government and the Palestine Liberation Organization for years.

Gottheimer and the other lawmakers made Monje's letter public and held a press conference to press the platform on the issue late last month, pointing out it is largely illegal for U.S. businesses to engage with groups designated as "foreign terrorist organizations."

And in a letter dated Nov. 1, Monje seemed to agree with their assessment, writing, "If Twitter identifies an account as affiliated with Hamas or Hizballah, Twitter's policy is to terminate that account. We are in the process of reviewing the accounts identified in your letter and if we confirm that they are foreign terrorist organization accounts, they will be terminated."

A Twitter spokesperson declined to comment on whether there has been a formal policy change, but said in a statement to The Hill, "We have a long history of taking strong enforcement action, using a combination of people, partnerships, and technology."

Case 3:22-cv-02646-LB Document 80-2 Filed 10/37/22 Page 97 of 103



# THE HILL

"We did push them to take action and they did," Gottheimer told The Hill. "I guarantee you between our teams and outside organizations, we will keep a watchful eye on their activity."

**TAGS**  BRIAN FITZPATRICK   JOSH GOTTHEIMER   MAX ROSE   TOM REED



f **SHARE**   🐦 **TWEET**   ••• **MORE**

## More Technology News



**Musk suggests deal could go through if Twitter provides info on confirming users**

**TECHNOLOGY** / **2 DAYS AGO**



**Hillicon Valley — Twitter confirms a bug was exploited**

**OVERNIGHT CYBERSECURITY** / 3 DAYS AGO



**Hacker gained access to personal data following Twitter bug**

**CYBERSECURITY** / 3 DAYS AGO

**Watch live: NASA holds a press briefing on the Artemis mission to the moon**

**NEWS** / 3 DAYS AGO



# THE HILL

Video/Hill.TV



**Paul on veterans bill: 'It's not always easy to make these judgments'**

THE HILL TV / 3 DAYS AGO



**Rising: August 3, 2022**

Case 3:22-cv-02646-LB Document 80-2 Filed 10/27/22 Page 99 of 103



# THE HILL



**Rising: August 2, 2022**

**RISING** / 6 DAYS AGO

| See all Hill.TV |
|:---:|

| See all Video |
|:---:|

## Top Stories

8/8/22, 10:47 AM
Case 3:22-cv-02646-LB   Document 80-3   Filed 10/27/22   Page 100 of 103
Twitter takes down Hamas, Hezbollah-affiliated accounts after lawmaker pressure | The Hill

# THE HILL




**DeSantis is 'scarier' opponent than Trump, say Democrats**

ADMINISTRATION / 5 HOURS AGO



**Five takeaways on a super August Sunday for Senate Democrats**

SENATE / 5 HOURS AGO



**Democrats see new signs of hope ahead of midterms**

CAMPAIGN / 5 HOURS AGO

See All

## Most Popular

**1**   Graham warned to follow decorum rule ...

**2**   McConnell gets win on Trump in NATO ...

**3**   Seven Dems vote for GOP ...

**4**   DeSantis is 'scarier' opponent ...

Case 3:22-cv-02646-LB Document 80-3 Filed 10/27/22 Page 101 of 103



# THE HILL

## Video

**Watch live: CPAC Day 3 in Texas**

VIDEO

---

**Watch live: Karine Jean-Pierre holds press briefing**

VIDEO

---

**Watch live: Biden delivers remarks at virtual event with Michigan Gov. Whitmer**

VIDEO

---

**Watch live: Harris delivers remarks on climate resilience**

VIDEO

---

**Watch live: Karine Jean-Pierre holds press briefing**

VIDEO

See all Video



**DON'T MISS A BRIEF.**
**SIGN UP FOR OUR DAILY EMAIL.**

Your Email

Send

Case 3:22-cv-02646-LB   Document 80-3   Filed 10/27/22   Page 102 of 108

# THE HILL

| | |
|---|---|
| THE HILL APPS | GALLERIES |
| PEOPLE | THE HILL JOBS |
| RSS | NATIONAL JOBS |

## Contributors

SUBMIT OPINION CONTENT

**Follow Us On**



**Get the App**

8/8/22, 10:47 AM
Case 3:22-cv-02646-LB Document 80-3 Filed 10/27/22 Page 103 of 108
Twitter takes down Hamas, Hezbollah-affiliated accounts after lawmaker pressure | The Hill

# THE HILL

SUBSCRIPTIONS

PRIVACY POLICY

TERMS & CONDITIONS

CONTACT

ADVERTISE

SUBSCRIBE TO PUSH NOTIFICATIONS

NEWSNATION

BESTREVIEWS

NEXSTAR DIGITAL

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX

© 1998 - 2022 NEXSTAR INC. | ALL RIGHTS RESERVED.