1  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:  +1.415.626.3939
5  Facsimile:  +1.415.875.5700

6  Dayme Sanchez (State Bar No. 323864)
   daymesanchez@jonesday.com
7  JONES DAY
   1755 Embarcadero Road
8  Palo Alto, CA 94303
   Telephone:  +1.650.739.3939
9  Facsimile:  +1.650.739.3900

10 Attorneys for Defendant
   THE PROCTER & GAMBLE COMPANY
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, Individuals, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> **[PROPOSED] ORDER GRANTING THE PROCTER & GAMBLE COMPANY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** <br><br> Judge:  Honorable Laurel Beeler <br><br> Date: January 26, 2023 <br> Time: 9:30 a.m. <br> Courtroom:  B, 15th Floor |

The motion to dismiss of Defendant The Procter & Gamble Company came before this Court for a hearing. Counsel for all parties appeared. Having considered the motion, the arguments of counsel, and all other supporting papers on file, the Court GRANTS the motion to dismiss. Plaintiffs' First Amended Complaint, with respect to Defendant The Procter & Gamble Company, is DISMISSED in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____

Hon. Laurel Beeler<br>United States Magistrate Judge