| | |
|---|---|
| 1 | David C. Kiernan (State Bar No. 215335) |
|   | dkiernan@jonesday.com |
| 2 | Craig E. Stewart (State Bar No. 129530) |
|   | cestewart@jonesday.com |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone:  +1.415.626.3939 |
| 5 | Facsimile:  +1.415.875.5700 |
| 6 | Dayme Sanchez (State Bar No. 323864) |
|   | daymesanchez@jonesday.com |
| 7 | JONES DAY |
|   | 1755 Embarcadero Road |
| 8 | Palo Alto, CA 94303 |
|   | Telephone:  +1.650.739.3939 |
| 9 | Facsimile:  +1.650.739.3900 |
| 10 | Attorneys for Defendant |
|    | THE PROCTER & GAMBLE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., | Case No. 3:22-cv-02646-LB |
| Plaintiffs, | **NOTICE OF APPEARANCE OF CRAIG E. STEWART** |
| v. | |
| META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, Individuals, | |
| Defendants. | |

1     PLEASE TAKE NOTICE that Craig E. Stewart of the law firm Jones Day, 555 California Street, 26th Floor, San Francisco, CA 94104, hereby appears as counsel for Defendant The Procter & Gamble Company.

Dated: November 1, 2022                  JONES DAY

                                               By: */s/ Craig E. Stewart*
                                                      David C. Kiernan
                                                      Craig E. Stewart
                                                      Dayme Sanchez

                                                  Attorneys for Defendant
                                                  THE PROCTER & GAMBLE COMPANY