Reid J. Schar (SBN 283948)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA  94105-2453
Tel:    +1 628 267 6800
Email: RSchar@jenner.com

*Attorney for Defendants*
*Twitter, Inc. and Jack Dorsey*

John M. Pierce (SBN 250443)
JOHN PIERCE LAW, P.C.
21550 Oxnard Street, 3rd Fl., PMB #172
Woodland Hills, CA 91367
Tel: +1 213 375-3310

*Attorney for Plaintiffs Laura Loomer and*
*Laura Loomer for Congress, Inc.*

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5051

*Attorney for Defendants Meta Platforms,*
*Inc. and Mark Zuckerberg*

David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939

*Attorney for Defendant*
*THE PROCTER & GAMBLE COMPANY*

[Additional counsel listed on signature pages]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>                              Defendants. | Case No. 3:22-cv-02646-LB<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS' REPLIES**<br><br>Judge:  The Honorable Laurel Beeler<br>Ctrm:  B, 15th Floor |

1

## STIPULATED REQUEST

2  WHEREAS, Local Rule 6-2(a) provides that "[t]he parties may file a stipulation,

3  conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an

4  event or deadline already fixed by Court order, or that would accelerate or extend time frames set

5  in the Local Rules or in the Federal Rules. The stipulated request must be accompanied by a

6  declaration that: (1) Sets forth with particularity the reasons for the requested enlargement or

7  shortening of time; (2) Discloses all previous time modifications in the case, whether by

8  stipulation or Court order; and (3) Describes the effect the requested time modification would

9  have on the schedule for the case."

10  WHEREAS, Plaintiffs' Oppositions to the Motions to Dismiss current deadline is

11  November 10, 2022 and Defendants' Replies are due November 17, 2022 (ECF No. 83);

12  WHEREAS, Plaintiffs and Defendants have stipulated in writing to extend the date for

13  Plaintiffs' Oppositions to the Motions to Dismiss to December 12, 2022 and to extend the date

14  for Defendants' replies to January 12, 2023 to accommodate the schedules of counsel in light of

15  Plaintiffs' counsel's caseload and the upcoming holidays;

16  WHEREAS, the declaration of Plaintiffs' counsel below sets forth the facts required by

17  L.R. 6-2(a);

18  WHEREAS, this extension of time will not alter or affect the date of any other event or

19  deadline already fixed by Court order, including the hearing on Defendants' Motions to Dismiss,

20  set for January 26, 2023, and Initial Case Management Conference, set for March 9, 2023 (ECF

21  No. 83);

22  AND WHEREAS, this extension is not sought for the purpose of undue delay and no party

23  will be prejudiced by the extension of time;

24  NOW THEREFORE, THE PARTIES RESPECTFULLY SUBMIT THIS STIPULATED

25  REQUEST, pursuant to Civil Local Rule 6-2(a) of the United States District Court for the

26  Northern District of California, to extend the deadline for Plaintiffs to oppose Defendants'

27

28

STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS' REPLIES
Case No. 3:22-cv-02646-LB

Motions to Dismiss to and including December 12, 2022, and the deadline for Defendants to reply to and including January 12, 2023.


PURSUANT TO STIPULATION, IT IS SO ORDERED,


Date: _____          By:_____

Honorable Laurel Beeler

United States Magistrate Judge



Dated:  November 10, 2022          By:   _/s/ John M. Pierce_____

John M. Pierce
CA Bar # 250443
jpierce@johnpiercelaw.com
21550 Oxnard St., 3rd Fl PMB 172
Woodland Hills, CA 91367
Telephone: (213) 349-0054

*Attorney for Plaintiffs*

JENNER & BLOCK LLP

Dated:  November 9, 2022          By:   */s/ Reid J. Schar*
                                      Reid J. Schar (SBN 283948)
                                      455 Market Street, Suite 2100
                                      San Francisco, CA  94105-2453
                                      Tel:    +1 628 267 6800
                                      Fax:    +1 628 267 6859
                                      Email: RSchar@jenner.com

                                      Samuel S. Ungar (SBN 318774)
                                      1099 New York Avenue NW, Suite 900
                                      Washington, DC  20001-4412
                                      Tel:    +1 202 639 6000
                                      Fax:    +1 202 639 6066
                                      Email: SUngar@jenner.com

                                      Alison I. Stein (*pro hac vice*)
                                      JENNER & BLOCK LLP
                                      1155 Avenue of the Americas
                                      New York, NY  10036-2711
                                      Tel:    +1 212 891-1600
                                      Fax:    +1 212 891-1699
                                      Email: AStein@jenner.com

                                      *Attorneys for Defendants Twitter, Inc.*
                                      *and Jack Dorsey*

STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS' REPLIES

Case No. 3:22-cv-02646-LB

1                            WILMER CUTLER PICKERING HALE AND
DORR LLP

Dated:  November 9, 2022    By:   /s/ Sonal N. Mehta

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5051

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
JEREMY W. BRINSTER (*pro hac vice*)
Jeremy.Brinster@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000

EMILY BARNET (*pro hac vice*)
Emily.Barnet@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendants*
META PLATFORMS, INC.
AND MARK ZUCKERBERG

STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS' REPLIES

Case No. 3:22-cv-02646-LB

1

JONES DAY

2

Dated:  November 9, 2022          By:    /s/ *David C. Kiernan*

3                                          David C. Kiernan (State Bar No. 215335)
                                           dkiernan@jonesday.com

4                                          Craig E. Stewart (State Bar No. 129530)
                                           cestewart@jonesday.com

5                                          555 California Street, 26th Floor
                                           San Francisco, CA 94104

6                                          Telephone:     +1.415.626.3939
                                           Facsimile:     +1.415.875.5700

7

8                                          Dayme Sanchez (State Bar No. 323864)
                                           daymesanchez@jonesday.com

9                                          1755 Embarcadero Road
                                           Palo Alto, CA 94303

10                                         Telephone:     +1.650.739.3939
                                           Facsimile:     +1.650.739.3900

11                                         *Attorneys for Defendant*
                                           THE PROCTER & GAMBLE COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS' REPLIES

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), John M. Pierce hereby attests that concurrence in the filing of this document has been obtained from the above signatories.

Dated:  November 9, 2022          By: _____
                                        John M. Pierce

STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS' REPLIES

Case No. 3:22-cv-02646-LB

## DECLARATION OF JOHN M. PIERCE

1.      I am an attorney licensed to practice law in the State of California.

2.      I represent the Plaintiffs in the above-captioned matter.

3.      I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could and would competently testify thereto.

4.      On May 2, 2022, Plaintiffs filed the Complaint in this case (ECF No. 1).

5.      By Order dated May 2, 2022, the Court set the Initial Case Management Conference for August 4, 2022 at 11:00 AM (ECF No. 10).

6.      Defendants Meta Platforms, Inc. ("Meta") and Mark Zuckerberg waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making their deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (ECF No. 16).

7.      On May 24, 2022, Defendant Twitter, Inc. ("Twitter") and Plaintiffs stipulated to an extension of Twitter's deadline to respond to the Complaint, including the deadline to file all motions permitted by Rule 12 of the Federal Rules of Civil Procedure to July 19, 2022, in part because "an extension of the Response Deadline to ensure that Twitter and [Meta] are on similar schedules for anticipated motion practice will inure to the convenience of the parties and the Court" (ECF No. 22).

8.      By Order dated May 24, 2022, the Court reset the Initial Case Management Conference for August 4, 2022 at 9:30 AM (ECF No. 18).

9.      On July 14, 2022, Plaintiffs and Defendants Meta, Mark Zuckerberg, Twitter, and Jack Dorsey (collectively, "Stipulating Defendants") stipulated to an extension of the parties' deadline to confer pursuant to Federal Rule of Civil Procedure 26 until no later than 21 days after a ruling by the Court denying or dismissing (in whole or in part) the Stipulating Defendants' forthcoming Motions to Dismiss the Complaint (ECF No. 40).

10.     On July 14, 2022, Plaintiffs and Stipulating Defendants further stipulated to a continuance of the Initial Case Management Conference unless and until the Court denies Meta

STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS' REPLIES

Case No. 3:22-cv-02646-LB

and Mark Zuckerberg or Twitter and Jack Dorsey's forthcoming Motions to Dismiss the Complaint in whole or in part (ECF No. 40).

11.    On July 14, 2022, Plaintiffs and Stipulating Defendants further stipulated that the Initial Case Management Conference should be set for 45 days after a ruling by the Court denying or dismissing (in whole or in part) the Stipulating Defendants' forthcoming Motions to Dismiss the Complaint (ECF No. 40).

12.    On July 15, 2022, the Court so-ordered the aforementioned provisions of the parties' July 14, 2022 stipulation (ECF No. 41).

13.    On July 15, 2022, the Court reset the Initial Case Management Conference for October 27, 2022 at 9:30 AM "[a]s a calendaring device that reflects the likely motions schedule" (ECF No. 41 (Docket Text)).

14.    On July 15, 2022, Plaintiffs and Defendants Meta and Mark Zuckerberg stipulated and agreed to further extend Meta's and Mark Zuckerberg's deadline to respond to the Complaint to August 8, 2022 (ECF No. 44).

15.    On July 19, 2022, Plaintiffs and Defendants Twitter and Jack Dorsey stipulated and agreed to a parallel extension of Twitter and Jack Dorsey's deadline to respond to the Complaint to August 8, 2022, to maintain similar schedules for anticipated motion practice for the convenience of the parties and the Court (ECF No. 54).

16.    On August 8, 2022, Defendants Twitter and Jack Dorsey moved to dismiss the Complaint (ECF No. 57).

17.    On August 8, 2022, Defendants Meta and Mark Zuckerberg moved to dismiss the Complaint (ECF No. 59).

18.    By Order dated August 19, 2022, the Court granted Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (ECF No. 61), extending Plaintiffs' deadline to respond to Defendants' Motions to Dismiss through August 29, 2022 (ECF No. 62).

19.   On August 19, 2022, the Court set the Motions to Dismiss for hearing on September 29, 2022 at 9:30 AM and reset the Initial Case Management Conference for November 17, 2022 at 9:30 AM (ECF No. 63).

20.   By Order dated August 26, 2022, the Court so-ordered the parties' August 25 stipulation extending the Stipulating Defendants' deadline to reply to Plaintiffs' anticipated responses to their Motions to Dismiss through September 12, 2022 (ECF Nos. 66, 68).

21.   On August 29, 2022, Plaintiffs filed an Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) in lieu of a response to Stipulating Defendants' Motions to Dismiss (ECF No. 69).

22.   By Order dated August 30, 2022, the Court terminated the pending Motions to Dismiss "[g]iven the amendment as of right" (ECF No. 71).

23.   The Amended Complaint joined a new defendant, The Procter & Gamble Company.

24.   On September 8, 2022, Plaintiffs and Defendants Meta, Zuckerberg, Twitter and Jack Dorsey stipulated and agreed to an extension of those Defendants' deadline to respond to the Amended Complaint to October 27, 2022 (ECF No. 73).

25.   On September 8, 2022, the Court reset the Initial Case Management Conference for December 15, 2022 at 9:30 AM (ECF No. 74).

26.   On October 7, 2022, Plaintiffs and Defendant Proctor & Gamble stipulated and agreed to a parallel extension of Proctor & Gamble's deadline to respond to the Amended Complaint to October 27, 2022, to maintain similar schedules for anticipated motion practice for the convenience of the parties and the Court (ECF No. 76).

27.   On October 27, 2022, Defendants filed their motions to dismiss the Amended Complaint (ECF Nos. 79, 80, 81).

28.   On October 28, 2022, the Court set the Motions to Dismiss for hearing on January 26, 2023 at 9:30 AM and reset the Initial Case Management Conference for March 9, 2023 at 9:30 AM (ECF No. 83).

29.   Plaintiffs' Oppositions to the Motions to Dismiss current deadline is November 10, 2022 and Defendants' Replies are due November 17, 2022 (ECF No. 83).

30.   Plaintiffs and Defendants have stipulated in writing to extend the date for Plaintiffs' Oppositions to the Motions to Dismiss to December 12, 2022 and to extend the date for Defendants' replies to January 12, 2023 to (as set forth in more detail below) accommodate the schedules of counsel in light of Plaintiffs' counsel's caseload and the upcoming holidays.

31.   This extension of time will not alter or affect the date of any other event or deadline already fixed by Court order, including the hearing on Defendants' Motions to Dismiss and Initial Case Management Conference.

32.   Plaintiffs' counsel respectfully requests additional time to file Oppositions to the Motions to Dismiss because (a) it will involve responding to three Motions to Dismiss; (b) Plaintiffs' counsel also represents hundreds of clients in numerous additional high-stakes cases in state and federal courts throughout the country; and (c) Plaintiffs' counsel's law firm is relatively small and currently has only three admitted attorneys.

33.   Reciprocally, Plaintiffs' counsel consents to additional time for Defendants to file their replies also due to the upcoming holidays.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge.

Dated:  November 9, 2022          By: _____
                                              John M. Pierce

STIPULATED REQUEST TO EXTEND TIME FOR FILING OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS' REPLIES