1 | Reid J. Schar (SBN 283948)
JENNER & BLOCK LLP
2 | 455 Market Street, Suite 2100
San Francisco, CA  94105-2453
3 | Tel:   +1 628 267 6800
Fax:  +1 628 267 6859
4 | Email: RSchar@jenner.com

5 | Samuel S. Ungar (SBN 318774)
JENNER & BLOCK LLP
6 | 1099 New York Avenue NW, Suite 900
Washington, DC  20001-4412
7 | Tel:   +1 202 639 6000
Fax:  +1 202 639 6066
8 | Email: SUngar@jenner.com

9 | Alison I. Stein
(admitted *pro hac vice*)
10 | JENNER & BLOCK LLP
1155 Avenue of the Americas
11 | New York, NY  10036-2711
Tel:   +1 212 891-1600
12 | Fax:  +1 212 891-1699
Email: AStein@jenner.com

*Attorneys for Defendants Twitter, Inc.
and Jack Dorsey*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br>                   Plaintiffs,<br><br>     v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>                   Defendants. | Case No. 3:22-cv-02646-LB<br>The Honorable Laurel Beeler<br><br>**NOTICE AND MOTION TO WITHDRAW AS COUNSEL AND COUNSEL *PRO HAC VICE*** |

**NOTICE IS HEREBY GIVEN** that on December 27, 2022, Reid J. Schar, Samuel S. Ungar, and Alison I. Stein (admitted *pro hac vice*) of Jenner & Block LLP ("Jenner"), respectfully seek leave of this Court, pursuant to Local Rule 11-5(a) and in compliance with California Rule of Professional Conduct 1.16(b)(6), to withdraw as counsel and counsel *pro hac vice* for Defendants Twitter, Inc. ("Twitter") and Jack Dorsey (collectively, "Twitter Defendants").

## MOTION TO WITHDRAW AS COUNSEL FOR TWITTER DEFENDANTS

Pursuant to Local Rule 11-5, Reid J. Schar, Samuel S. Ungar, and Alison I. Stein (collectively, "Jenner Movants" or "Movants") hereby notify the parties and the Court of their intent to withdraw as counsel and counsel *pro hac vice* for the Twitter Defendants. The Jenner Movants state the following grounds for this notice and motion.

1. On May 24, 2022, Jenner Movants Reid Schar and Samuel Ungar filed notices of appearance in this case on behalf of Defendant Twitter. (Dkts. 19, 20).

2. On July 16, 2022, Jenner Movants Reid Schar and Samuel Ungar filed notices of appearance in this case on behalf of Defendant Jack Dorsey. (Dkts. 46, 47).

3. On July 21, 2022, this Court granted Jenner Movant Alison Stein leave to appear *pro hac vice* in this case on behalf of Twitter and Jack Dorsey. (Dkt. 56).

4. On November 1, 2022, Jenner received instruction from Twitter in-house counsel to suspend certain work on a number of matters for Twitter. Based on this instruction, significant changes underway at Twitter, and subsequent departures from Twitter's legal department, including the departure of known Twitter attorneys supervising matters handled by Jenner, Jenner began the process of closing matters the firm had for Twitter and preparing to transition any open matters to new counsel as approved by Twitter. (*See* Declaration of Roger C. Sherman ISO Jenner & Block Movants' Motion to Withdraw ("Sherman Decl.") ¶ 3).

5. On December 12, 2022, Plaintiff Loomer filed an Omnibus Opposition to the Defendants' Motions to Dismiss in the Loomer Litigation. (Dkt. 87). Any reply in support of that motion is due on January 12, 2023. (Dkt. 86).

6. On December 19, 2022, after Jenner Movant Reid Schar was unable to reach Twitter in-house counsel who had previously exercised responsibility over the Loomer Litigation, another Jenner & Block attorney, Roger Sherman, who had a relationship with Twitter conferred via videoconference with Twitter about the Movants' representation of Twitter in this case. (Sherman Decl. ¶¶ 6-8). Mr. Sherman informed Twitter that, particularly in light of prior instructions from Twitter to suspend work on certain other Twitter engagements and the significant changes in personnel, Jenner planned to withdraw as counsel for Twitter in this action. (Sherman Decl. ¶ 8).

7. Jenner confirmed its decision to withdraw in writing on December 20, 2022, including its plan to withdraw as counsel and counsel *pro hac vice* for Jack Dorsey. (Sherman Decl. ¶ 11).

8. Pursuant to California Rule of Professional Conduct 1.16(b)(6) – "[A] lawyer may withdraw from representing a client if . . . the client knowingly and freely assents to termination of the representation." In this instance, Jenner informed both Twitter and Mr. Dorsey of their intent to withdraw as counsel and counsel *pro hac vice* after receiving an order from Twitter to suspend certain work related to other matters. (Sherman Decl. ¶¶ 8, 10). The Twitter Defendants have not objected. (Sherman Decl. ¶¶ 9-10).

9. The Movants have taken reasonable steps to avoid reasonably foreseeable prejudice pursuant to California Rule of Professional Conduct 1.16(d). The Movants have given the Twitter Defendants fair notice of their intent to withdraw and have committed to working closely with successor counsel to effectuate a seamless transition. In addition, the Jenner Movants notified the other attorneys in the case that this Motion was forthcoming.

10. The Movants acknowledge that, given the holidays and the change in counsel, the Twitter Defendants may need to seek extension of the Court's current deadline for their response to the Plaintiff's Omnibus Opposition to the Defendants' Motions to Dismiss ("Opposition," Dkt. 87) which is currently due January 12, 2023. (*See* Dkt. 86). Counsel for Plaintiffs have informed Jenner that Plaintiffs will consent to an extension of the Twitter Defendants' deadline to respond to the Opposition, if necessary.

11. Given the procedural nature of this Motion, as well as the substantial burden to all parties in traveling and attending a hearing on this Motion, the Movants respectfully request that the Court waive oral argument.

THEREFORE, Jenner Movants Reid Schar, Samuel Ungar, and Alison Stein respectfully request that this Court waive oral argument on this Motion, grant their leave to withdraw as counsel and counsel *pro hac vice* in the above-captioned matter, and enter an order stating that the Movants have so withdrawn. A Proposed Order to this Motion is respectfully submitted contemporaneously herewith.

Dated: December 27, 2022               JENNER & BLOCK LLP

                              By:   */s/ Reid J. Schar*
                                    Reid J. Schar (SBN 283948)
                                    455 Market Street, Suite 2100
                                    San Francisco, CA  94105-2453
                                    Tel:    +1 628 267 6800
                                    Fax:    +1 628 267 6859
                                    Email: RSchar@jenner.com

                                    Samuel S. Ungar (SBN 318774)
                                    1099 New York Avenue NW, Suite 900
                                    Washington, DC  20001-4412
                                    Tel:    +1 202 639 6000
                                    Fax:    +1 202 639 6066
                                    Email: SUngar@jenner.com

                                    Alison I. Stein
                                    (admitted *pro hac vice*)
                                    JENNER & BLOCK LLP
                                    1155 Avenue of the Americas
                                    New York, NY  10036-2711
                                    Tel:    +1 212 891-1600
                                    Fax:    +1 212 891-1699
                                    Email: AStein@jenner.com

                                    *Attorneys for Defendants Twitter, Inc.*
                                    *and Jack Dorsey*