# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**DECLARATION OF ROGER SHERMAN IN SUPPORT OF THE JENNER & BLOCK MOVANTS' MOTION TO WITHDRAW AS COUNSEL AND COUNSEL *PRO HAC VICE***<br><br>The Honorable Laurel Beeler<br>Courtroom B, 15th Floor |

I, Roger C. Sherman, declare as follows:

1. Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would so testify.

2. I am Of Counsel at the law firm Jenner & Block LLP ("Jenner") and a member in good standing of the Bar of the District of Columbia.

3. On November 1, 2022, Jenner was instructed by then-Twitter Legal Counsel for Global Policy, Nick Wunder, to stop certain work in ongoing Congressional investigations for Twitter. At that time, Jenner had other active matters for Twitter including representing both Twitter and Mr. Jack Dorsey (the "Twitter Defendants") in the above-captioned case (the "Loomer Litigation").

4. In response to Mr. Wunder's directive and subsequent departures from the Twitter legal department, including Mr. Wunder and all other known Twitter attorneys supervising matters handled by Jenner, Jenner began the process of closing all matters it was handling for Twitter and

preparing to transition any open matters to new counsel as approved by Twitter.

5. On December 12, 2022, Plaintiff Loomer filed an Omnibus Opposition to the Defendants' Motions to Dismiss in the Loomer Litigation. (Dkt. 87). Any reply to that motion is due on January 12, 2023. (Dkt. 86).

6. Due to significant personnel changes at Twitter, my colleague, Reid Schar (the lead Jenner attorney on the Loomer litigation and a Jenner Movant) was unable to reach the Twitter in-house counsel who had previously exercised responsibility over the Loomer Litigation.

7. On December 13, 2022, I contacted Katherine Martin, senior legal counsel at Twitter, to request guidance from Twitter about transitioning and closing open matters, including Jenner's representation of the Twitter Defendants in the Loomer Litigation. On December 15, 2022, Katherine Martin responded to my email and a video conference was scheduled for December 19, 2022.

8. On December 19, 2022, I spoke by video conference with Katherine Martin, Rebecca Falk, and Samantha Birkenfeld-Malpass, all personnel connected to Twitter's Legal Department with responsibility for outside-counsel engagements. I told them that prior to his departure, Mr. Wunder had instructed Jenner to suspend work on Congressional investigations and that the firm was now in the process of closing open matters. I also informed Ms. Martin, Ms. Falk, and Ms. Birkenfeld-Malpass that, in light of prior instructions from Twitter to suspend work on certain other Twitter engagements, as well as significant personnel changes at Twitter, Jenner would be withdrawing from its representation of Twitter in the above-captioned case.

9. Ms. Martin, Ms. Falk, and Ms. Birkenfeld-Malpass did not object to Jenner & Block's statement that it would withdraw from its representation in the Loomer Litigation.

10. On December 20, 2022, Mr. Schar spoke by phone with George Garvey, Mr. Dorsey's counsel at Munger, Tolles & Olsen LLP, who has served as Jenner's point of contact for Mr. Dorsey for purposes of the Loomer Litigation. Mr. Schar informed Mr. Garvey that Jenner intended to withdraw from its representation of both Twitter and Mr. Dorsey in the Loomer Litigation in light of the circumstances discussed herein. Following this conversation, Mr. Schar

provided Mr. Garvey with contact information for Ms. Martin, Ms. Falk, and Ms. Birkenfeld-Malpass at Twitter.

11. On December 20, 2022, I followed up via email with Ms. Martin, Ms. Falk, and Ms. Birkenfeld-Malpass to confirm our conversation in writing regarding withdrawal from the Loomer Litigation, including that Jenner intended to advise the Court of its intent to withdraw from the case (with Twitter's agreement). I also provided additional information about our intent to withdraw from our representation of Mr. Dorsey and described our contact with Mr. Dorsey's counsel at Munger, Tolles & Olson regarding our planned withdrawal from the representation.

12. On December 21, 2022, Ms. Birkenfeld-Malpass responded to my email with a request for a copy of the Loomer opposition papers and a question about the case. On the same day, I provided Ms. Birkenfeld-Malpass with the documents she requested and an answer to her question.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed December 27, 2022, in Washington, D.C.

By: */s/ Roger C. Sherman*

Roger C. Sherman