**JOHN PIERCE LAW, P.C.**
John M. Pierce
jpierce@johnpiercelaw.com
21550 Oxnard St.
3rd Flr., PMB 172
Woodland Hills, CA 91367
(213) 349-0054

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as ceo of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals, <br><br> Defendants | Case No.: 3:22-cv-02646-LB <br> Hon. Laurel Beeler <br><br><br><br><br> **PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW** |

Plaintiff, by and through Counsel John M. Pierce hereby notifies the Court that the Defendants' motion to withdraw as Counsel of record is unopposed.

Dated December 28, 2022.                    Respectfully submitted,

                                  /s/ John M. Pierce
                                  John M. Pierce
                                  John Pierce Law, P.C.
                                  jpierce@johnpiercelaw.com
                                  21550 Oxnard St., 3rd Fl PMB 172
                                  Woodland Hills, CA 91367
                                  (213) 349-0054

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW - 1

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 28, 2022, the foregoing document was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW - 2