1  SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
    HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
4  Palo Alto, CA 94306
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  EMILY BARNET (*pro hac vice*)
   Emily.Barnet@wilmerhale.com
7  WILMER CUTLER PICKERING
    HALE AND DORR LLP
8  7 World Trade Center
9  250 Greenwich Street
   New York, NY 10007
10 Telephone: (212) 230-8800
   Facsimile: (212) 230-8888
11

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
JEREMY W. BRINSTER (*pro hac vice*)
Jeremy.Brinster@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

12 *Attorneys for Defendants*
   META PLATFORMS, INC. and
13 MARK ZUCKERBERG

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                          **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., | Case No. 3:22-cv-02646-LB |
| Plaintiffs, | **META'S STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW** |
| v. | |
| META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, | |
| Defendants. | |

1  Meta Platforms Inc. and Mark Zuckerberg, by and through their counsel, hereby notifies
2  the Court that they do not oppose Jenner & Block's motion to withdraw as counsel of record.

3

4  Dated:  December 29, 2022                    WILMER CUTLER PICKERING HALE
                                                AND DORR LLP
5

6                                               By:    /s/ Sonal N. Mehta

7                                               SONAL N. MEHTA (SBN 222086)
                                                Sonal.Mehta@wilmerhale.com
8                                               2600 El Camino Real, Suite 400
                                                Palo Alto, CA 94306
9                                               Telephone: (650) 858-6000
                                                Facsimile: (650) 858-6100
10

                                                ARI HOLTZBLATT (*pro hac vice*)
11                                              Ari.Holtzblatt@wilmerhale.com
                                                JEREMY W. BRINSTER (*pro hac vice*)
12                                              Jeremy.Brinster@wilmerhale.com
                                                1875 Pennsylvania Avenue NW
13                                              Washington, DC 20006
                                                Telephone: (202) 663-6000
14                                              Facsimile: (202) 663-6363

15                                              EMILY BARNET (*pro hac vice*)
                                                Emily.Barnet@wilmerhale.com
16                                              7 World Trade Center
                                                250 Greenwich Street
17                                              New York, NY 10007
                                                Telephone: (212) 230-8800
18                                              Facsimile: (212) 230-8888

19                                              *Attorneys for Defendants*
                                                META PLATFORMS, INC. AND
20                                              MARK ZUCKERBERG

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  December 29, 2022            By:    */s/ Sonal N. Mehta*
                                                        Sonal N. Mehta