David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700

Dayme Sanchez (State Bar No. 323864)
daymesanchez@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    +1.650.739.3939
Facsimile:    +1.650.739.3900

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, Individuals,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**THE PROCTER & GAMBLE COMPANY'S STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW** |

- 1 -

Case No. 3:22-cv-02646-LB
Procter & Gamble's Statement of
Non-Opposition to Motion to Withdraw

1  In accordance with the Clerk's Notice (ECF No. 89), entered on December 28, 2022,
2  Defendant The Procter & Gamble Company notifies the Court that it does not oppose Jenner &
3  Block LLP's Motion to Withdraw As Counsel and Counsel *Pro Hac Vice* (ECF No. 88) for
4  Defendants Twitter, Inc. and Jack Dorsey.

Dated: December 29, 2022        JONES DAY

By: */s/ David C. Kiernan*
David C. Kiernan
Craig E. Stewart
Dayme Sanchez

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

- 2 -

Case No. 3:22-cv-02646-LB
Procter & Gamble's Statement of
Non-Opposition to Motion to Withdraw