IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND COUNSEL *PRO HAC VICE* FOR TWITTER DEFENDANTS<br><br>The Honorable Laurel Beeler<br>Courtroom B, 15th Floor |

Reid J. Schar, Samuel S. Ungar, and Alison I. Stein (collectively, "Jenner Movants" or "Movants") seek to withdraw as counsel and counsel *pro hac vice* for Defendants Twitter, Inc. and Jack Dorsey (collectively, "Twitter Defendants") in the above-captioned litigation pursuant to Local Rule 11-5(a). As this Court finds that Movants have submitted satisfactory reasoning for withdrawal, and that this granting of this Motion will not cause substantial prejudice or delay to any party,

**IT IS HEREBY ORDERED** that the Jenner Movants' Motion to Withdraw as Counsel and Counsel *Pro Hac Vice* for the Twitter Defendants is GRANTED, subject to the condition that papers may continue to be served on Movants for forwarding purposes until the Twitter Defendants appear by other counsel. The Movants are hereby terminated as counsel and counsel *pro hac vice* in this proceeding.

Dated: December 30, 2022

_____
HON. LAUREL BEELER
United States Magistrate Judge