| | |
|---|---|
| 1 | Julie E. Schwartz, CA Bar No. 260624 |
| 2 | JSchwartz@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 4 | Telephone: +1.206.359.8000<br>Facsimile:  +1.206.359.9000 |
| 5 | Hayden M. Schottlaender, TX Bar No. 24098391 |
| 6 | *Pro Hac Vice* Application Forthcoming<br>HSchottlaender@perkinscoie.com |
| 7 | PERKINS COIE LLP<br>500 N. Akard Street, Suite 3300 |
| 8 | Dallas, Texas 75201<br>Telephone:   +1.214.965.7700 |
| 9 | Facsimile:    +1.214.965.7799 |
| 10 | Michael C. Bleicher, CA Bar No. 313892<br>MBleicher@perkinscoie.com |
| 11 | PERKINS COIE LLP<br>700 Thirteenth Street, N.W., Suite 800 |
| 12 | Washington, D.C. 20005-3960<br>Telephone:   +1.202.654.6200 |
| 13 | Facsimile:    +1.202.654.6211 |

Attorneys for Defendants TWITTER, INC. and JACK DORSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, et al., | Case No. 3:22-cv-02646-LB |
| Plaintiffs, | NOTICE OF APPEARANCE OF MICHAEL C. BLEICHER |
| v. | Judge:   Hon. Laurel Beeler |
| META PLATFORMS, INC., et al., | |
| Defendants. | |

-1-

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that Michael C. Bleicher of the law firm Perkins Coie LLP hereby enters his appearance as counsel of record for Twitter Inc. and Jack Dorsey in the above-captioned matter. Contact information for Mr. Bleicher is as follows:

> Michael C. Bleicher, CA Bar No. 313892
> MBleicher@perkinscoie.com
> **PERKINS COIE LLP**
> 700 Thirteenth Street, N.W., Suite 800
> Washington, D.C. 20005-3960
> Telephone:   +1.202.654.6200
> Facsimile:   +1.202.654.6211

Mr. Bleicher is a member of the State Bar of California and is admitted to practice in the Northern District of California.

Dated:  January 4, 2023                **PERKINS COIE LLP**

By: */s/ Michael C. Bleicher*
Michael C. Bleicher, CA Bar No. 313892

Attorneys for Defendants TWITTER, INC. and JACK DORSEY