| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br><br>*Attorney for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG<br><br>JULIE E. SCHWARTZ (SBN 260624)<br>JSchwartz@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile:  +1.206.359.9000<br><br>*Attorney for Defendants*<br>TWITTER, INC. AND JACK DORSEY | DAVID C. KIERNAN (SBN 215335)<br>dkiernan@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br><br>*Attorney for Defendant*<br>THE PROCTER & GAMBLE COMPANY<br><br>JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310<br><br>*Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

[Additional counsel listed on signature pages]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>  Defendants. | Case No. 3:22-cv-02646-LB<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS, FOR THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS, AND FOR THE INITIAL CASE MANAGEMENT CONFERENCE IN LIGHT OF TWITTER, INC. AND JACK DORSEY'S SUBSTITUTION OF COUNSEL PURSUANT TO CIVIL LOCAL RULE 6-1(B)**<br><br>Hon. Laurel Beeler |

## JOINT STIPULATION

WHEREAS Plaintiffs Laura Loomer, as an individual and in her capacity as a candidate for United States Congress, and Laura Loomer for Congress, Inc., filed the Complaint on May 2, 2022 (Dkt. No. 1);

WHEREAS, by Order dated May 2, 2022, the Court set the Initial Case Management Conference for August 4, 2022 at 11:00 am (Dkt. No. 10);

WHEREAS, Defendant Meta Platforms, Inc. ("Meta") waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making its deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 16);

WHEREAS, Defendant Mark Zuckerberg waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making his deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 17);

WHEREAS, on May 24, 2022, Plaintiffs and Defendant Twitter, Inc. ("Twitter") stipulated and agreed to an extension of time for Twitter to respond to the Complaint through July 19, 2022 (Dkt. No. 22);

WHEREAS, by Order dated May 24, 2022, the Court reset the Initial Case Management Conference for August 4, 2022 at 9:30 am (Dkt. No. 18);

WHEREAS, on July 14, 2022, Plaintiffs and Defendants Meta, Mark Zuckerberg, Twitter, and Jack Dorsey stipulated and agreed to a continuation of the initial Case Management Conference, and requested that the Court order such continuation (Dkt. No. 40);

WHEREAS, by Order dated July 15, 2022, the Court reset the Case Management Conference for October 27, 2022 at 9:30 am (Dkt. No. 41);

WHEREAS, on July 15, 2022, Plaintiffs and Defendants Meta and Mark Zuckerberg stipulated and agreed to counsel for Plaintiffs' request for an extension of time for Meta and Mark Zuckerberg to respond to the Complaint through August 8, 2022 (Dkt. No. 44);

WHEREAS, on July 19, 2022, Plaintiffs and Defendants Twitter and Jack Dorsey stipulated and agreed to an extension of time for Twitter and Jack Dorsey to respond to the Complaint through August 8, 2022 (Dkt. No. 54);

1     WHEREAS, on August 8, 2022, Defendants Twitter and Jack Dorsey moved to dismiss
2 the Complaint (Dkt. No. 57);

3     WHEREAS, on August 8, 2022, the Court issued a Clerk's Notice setting the Motion to
4 Dismiss of Defendants Twitter and Jack Dorsey for hearing on September 15, 2022 at 9:30 am
5 (Dkt. No. 58);

6     WHEREAS, on August 8, 2022, Defendants Meta and Mark Zuckerberg moved to dismiss
7 the Complaint (Dkt. No. 59);

8     WHEREAS, on August 9, 2022, the Court issued a Clerk's Notice setting the Motion to
9 Dismiss of Defendants Meta and Mark Zuckerberg for hearing on September 15, 2022 at 9:30 am
10 (Dkt. No. 60);

11     WHEREAS, on August 18, 2022, Plaintiffs filed an Unopposed Motion for Extension of
12 Time to Respond to Defendants' Motions to Dismiss (Dkt. No. 61);

13     WHEREAS, by Order dated August 19, 2022, the Court granted Plaintiffs' Unopposed
14 Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, extending Plaintiffs'
15 deadline to respond to Defendants' Motions to Dismiss through August 29, 2022 (Dkt. No. 62);

16     WHEREAS, on August 19, 2022, the Court issued a Clerk's Notice stating that
17 Defendants' Replies are due September 6, 2022, setting the Motions to Dismiss for hearing on
18 September 29, 2022 at 9:30 am, and resetting the Initial Case Management Conference for
19 November 17, 2022 (Dkt. No. 63);

20     WHEREAS, by Order dated August 26, 2022, the Court so-ordered the parties' August 25
21 stipulation extending the deadline for Defendants Meta, Mark Zuckerberg, Twitter, and Jack
22 Dorsey to reply to Plaintiff's anticipated responses to their Motions to Dismiss through September
23 12, 2022 (Dkt. Nos. 66, 68);

24     WHEREAS, on August 29, 2022, Plaintiffs filed an Amended Complaint as of right
25 pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) in lieu of a response to Defendants'
26 Motions to Dismiss, adding The Procter & Gamble Company ("P&G") as a defendant (Dkt. No.
27 69);

28     WHEREAS, by Order dated August 30, 2022, the Court terminated the pending Motions

1  to Dismiss "[g]iven the amendment as of right" (Dkt. No. 71);

2    WHEREAS, on September 8, 2022, Plaintiffs and Defendants Meta, Mark Zuckerberg,
3  Twitter, and Jack Dorsey stipulated and agreed to an extension of time for those Defendants to
4  respond to the Amended Complaint to October 27, 2022 (Dkt. No. 73);

5    WHEREAS, on September 8, 2022, the Court reset the Initial Case Management
6  Conference for December 15, 2022 at 9:30 AM (Dkt. No. 74);

7    WHEREAS, on October 7, 2022, Plaintiffs and Defendant P&G stipulated and agreed to a
8  parallel extension of P&G's deadline to respond to the Amended Complaint to October 27, 2022,
9  to maintain similar schedules for the anticipated motion practice for the convenience of the parties
10 and the Court (Dkt. No. 76);

11   WHEREAS, on October 27, 2022, Defendants Meta and Mark Zuckerberg, Twitter and
12 Jack Dorsey, and P&G filed their Motions to Dismiss the Amended Complaint (Dkt. Nos. 79, 80,
13 81);

14   WHEREAS, on October 28, 2022, the Court set the Motions to Dismiss for hearing on
15 January 26, 2023 at 9:30 AM and reset the Initial Case Management Conference for March 9, 2023
16 at 9:30 AM (Dkt. No. 83).

17   WHEREAS, on November 10, 2022, the Court so-ordered the parties' November 10
18 stipulation extending the deadline for Plaintiffs to respond to Defendants' Motions to Dismiss to
19 December 12, 2022, and extending the deadline for Defendants' replies to January 12, 2023 (Dkt.
20 No. 85, 86);

21   WHEREAS, on December 12, 2022, Plaintiffs filed an Omnibus Memorandum of Points
22 and Authorities in Opposition to Defendants' Motions to Dismiss (Dkt. No. 87);

23   WHEREAS, on December 27, 2022, counsel for Defendants Twitter and Jack Dorsey
24 moved to withdraw as counsel and counsel *pro hac vice* (Dkt. No. 88);

25   WHEREAS, on December 30, 2022, the Court granted the motion to withdraw as counsel
26 and counsel *pro hac vice* (Dkt. No. 93);

27   WHEREAS, on January 3, 2023, counsel for Defendants Meta and Mark Zuckerberg
28 learned that Defendants Twitter and Jack Dorsey have retained new counsel in this matter;

1  WHEREAS, on January 4, 2023, counsel for Defendants Meta and Mark Zuckerberg contacted Plaintiffs' counsel, counsel for Defendant P&G, and newly retained counsel for Defendants Twitter and Jack Dorsey, who agreed to extend the deadline for all Defendants to file Replies in support of their Motions to Dismiss to February 13, 2023;

WHEREAS good cause exists to extend the time for Defendants to file Replies in support of their Motions to Dismiss to February 13, 2023 in light of the substitution of counsel for Defendants Twitter and Jack Dorsey, and in order to maintain a single briefing schedule for all parties for the convenience of the parties and the Court;

WHEREAS, Local Rule 6-1(b) provides that "[a] request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil L.R. 6-3";

WHEREAS, an extension of the deadline for Defendants to file their Replies will require moving the currently scheduled January 26, 2023 hearing on Defendants' Motions to Dismiss and the March 9, 2023 Initial Case Management Conference;

WHEREAS, the parties propose that the hearing on Defendants' Motions to Dismiss be moved to March 9, 2023, or to another subsequent date that is convenient to the Court;

WHEREAS, the parties propose that the Initial Case Management Conference be moved to April 20, 2023, or to another subsequent date that is convenient for the Court;

WHEREAS, this extension is not sought for the purpose of undue delay and no party will be prejudiced by the extension of time;

ACCORDINGLY, pursuant to Civil Local Rule 6-1(b) of the United States District Court for the Northern District of California, Plaintiffs and Defendants, as represented by their undersigned counsel, hereby stipulate and agree that, subject to the Court's approval, Defendants' deadline to file Replies in support of their Motions to Dismiss shall be extended to and including February 13, 2023, and propose that the hearing on Defendants' Motions to Dismiss be moved to March 9, 2023 or a subsequent date that the Court selects, and that the Initial Case Management Conference be moved to April 20, 2023 or a subsequent date the Court selects.

| | | |
|---|---|---|
| 1 | Dated:  January 4, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By:   *Sonal N. Mehta* |
| 4 | | SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051 |
| 5 | | |
| 6 | | |
| 7 | | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>JEREMY W. BRINSTER (*pro hac vice*)<br>Jeremy.Brinster@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800 |
| 12 | | |
| 13 | | |
| 14 | | *Attorneys for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG |
| 15 | | |
| 16 | | |
| 17 | Dated:  January 4, 2023 | PERKINS COIE LLP |
| 18 | | By:   *Julie E. Schwartz* |
| 19 | | JULIE E. SCHWARTZ (SBN 260624)<br>JSchwartz@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile:  +1.206.359.9000 |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | HAYDEN SCHOTTLAENDER (*pro hac vice* forthcoming)<br>HSchottlaender@perkinscoie.com<br>PERKINS COIE LLP<br>500 N. Akard Street, Suite 3300<br>Dallas, Texas 75201<br>Telephone: +1.214.965.7700<br>Facsimile: +1.214.965.7799 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | MICHAEL BLEICHER (SBN 313892)<br>MBleicher@perkinscoie.com<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W., Suite 800 |
| 28 | | |

|   |   |   |
|---|---|---|
| 1 | | Washington, D.C. 20005-3960 |
| 2 | | Telephone: +1.202.654.6200 |
|   | | Facsimile: +1.202.654.6211 |
| 3 | | *Attorneys for Defendants* |
| 4 | | TWITTER, INC. AND JACK DORSEY |
| 5 | Dated: January 4, 2023 | JONES DAY |
| 6 | | By:   *David C. Kiernan*_____ |
| 7 | | DAVID C. KIERNAN (State Bar No. 215335) |
|   | | dkiernan@jonesday.com |
| 8 | | CRAIG E. STEWART (State Bar No. 129530) |
|   | | cestewart@jonesday.com |
| 9 | | 555 California Street, 26th Floor |
|   | | San Francisco, CA 94104 |
| 10 | | Telephone:    +1.415.626.3939 |
|   | | Facsimile:     +1.415.875.5700 |
| 11 | | |
| 12 | | DAYME SANCHEZ (State Bar No. 323864) |
|   | | daymesanchez@jonesday.com |
| 13 | | 1755 Embarcadero Road |
|   | | Palo Alto, CA 94303 |
| 14 | | Telephone:    +1.650.739.3939 |
|   | | Facsimile:     +1.650.739.3900 |
| 15 | | *Attorneys for Defendant* |
| 16 | | THE PROCTER & GAMBLE COMPANY |
| 17 | Dated: January 4, 2023 | By:   *John M. Pierce*_____ |
| 18 | | JOHN M. PIERCE (SBN 250443) |
|   | | jpierce@johnpiercelaw.com |
| 19 | | 21550 Oxnard Street, 3rd Fl., PMB# 172 |
|   | | Woodland Hills, CA 91367 |
| 20 | | Telephone: (213) 375-3310 |
| 21 | | *Attorney for Plaintiffs* |
|   | | LAURA LOOMER AND LAURA LOOMER |
| 22 | | FOR CONGRESS, INC. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: January 4, 2023			By:	*Sonal N. Mehta*
					Sonal N. Mehta

## ATTORNEY ATTESTATION

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: January 4, 2023			By:	*Sonal N. Mehta*
					Sonal N. Mehta