| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br><br>*Attorney for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG<br><br>JULIE E. SCHWARTZ (SBN 260624)<br>JSchwartz@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000<br><br>*Attorney for Defendants*<br>TWITTER, INC. AND JACK DORSEY | DAVID C. KIERNAN (SBN 215335)<br>dkiernan@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br><br>*Attorney for Defendant*<br>THE PROCTER & GAMBLE COMPANY<br><br>JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310<br><br>*Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

[Additional counsel listed on final page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>    Defendants. | Case No. 3:22-cv-02646-LB<br><br>**DECLARATION OF SONAL N. MEHTA IN SUPPORT OF CIVIL LOCAL RULE 6-1(B) STIPULATION**<br><br>Hon. Laurel Beeler |

I, Sonal N. Mehta, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Meta Platforms, Inc. ("Meta") and Defendant Mark Zuckerberg in the above-captioned action.

2. Plaintiffs Laura Loomer, as an individual and in her capacity as a candidate for United States Congress, and Laura Loomer for Congress, Inc., filed the Complaint on May 2, 2022 (Dkt. No. 1).

3. By Order dated May 2, 2022, the Court set the Initial Case Management Conference for August 4, 2022 at 11:00 am (Dkt. No. 10).

4. Defendant Meta waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making its deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 16).

5. Defendant Mark Zuckerberg waived service of a summons on May 20, 2022, pursuant to Federal Rule of Civil Procedure 4(d), making his deadline to answer, move, or otherwise respond to the Complaint July 19, 2022 (Dkt. No. 17).

6. On May 24, 2022, Plaintiffs and Defendant Twitter, Inc. ("Twitter") stipulated and agreed to an extension of time for Twitter to respond to the Complaint through July 19, 2022 (Dkt. No. 22).

7. By Order dated May 24, 2022, the Court reset the Initial Case Management Conference for August 4, 2022 at 9:30 am (Dkt. No. 18).

8. On July 14, 2022, Plaintiffs and Defendants Meta, Mark Zuckerberg, Twitter, and Jack Dorsey stipulated and agreed to a continuation of the initial Case Management Conference, and requested that the Court order such continuation (Dkt. No. 40).

9. By Order dated July 15, 2022, the Court reset the Case Management Conference for October 27, 2022 at 9:30 am (Dkt. No. 41).

10. On July 15, 2022, Plaintiffs and Defendants Meta and Mark Zuckerberg stipulated and agreed to counsel for Plaintiffs' request for an extension of time for Meta and Mark Zuckerberg to respond to the Complaint through August 8, 2022 (Dkt. No. 44).

11. On July 19, 2022, Plaintiffs and Defendants Twitter and Jack Dorsey stipulated and agreed to an extension of time for Twitter and Jack Dorsey to respond to the Complaint through August 8, 2022 (Dkt. No. 54).

12. On August 8, 2022, Defendants Twitter and Jack Dorsey moved to dismiss the Complaint (Dkt. No. 57).

13. On August 8, 2022, the Court issued a Clerk's Notice setting the Motion to Dismiss of Defendants Twitter and Jack Dorsey for hearing on September 15, 2022 at 9:30 am (Dkt. No. 58).

14. On August 8, 2022, Defendants Meta and Mark Zuckerberg moved to dismiss the Complaint (Dkt. No. 59).

15. On August 9, 2022, the Court issued a Clerk's Notice setting the Motion to Dismiss of Defendants Meta and Mark Zuckerberg for hearing on September 15, 2022 at 9:30 am (Dkt. No. 60).

16. On August 18, 2022, Plaintiffs filed an Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss (Dkt. No. 61).

17. By Order dated August 19, 2022, the Court granted Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, extending Plaintiffs' deadline to respond to Defendants' Motions to Dismiss through August 29, 2022 (Dkt. No. 62).

18. On August 19, 2022, the Court issued a Clerk's Notice stating that Defendants' Replies are due September 6, 2022, setting the Motions to Dismiss for hearing on September 29, 2022 at 9:30 am, and resetting the Initial Case Management Conference for November 17, 2022 (Dkt. No. 63).

19. By Order dated August 26, 2022, the Court so-ordered the parties' August 25 stipulation extending the deadline for Defendants Meta, Mark Zuckerberg, Twitter, and Jack Dorsey to reply to Plaintiff's anticipated responses to their Motions to Dismiss through September 12, 2022 (Dkt. Nos. 66, 68).

20. On August 29, 2022, Plaintiffs filed an Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) in lieu of a response to Defendants' Motions to

1  Dismiss, adding The Procter & Gamble Company ("P&G") as a defendant (Dkt. No. 69).

2      21.    By Order dated August 30, 2022, the Court terminated the pending Motions to
3  Dismiss "[g]iven the amendment as of right" (Dkt. No. 71).

4      22.    On September 8, 2022, Plaintiffs and Defendants Meta, Mark Zuckerberg, Twitter,
5  and Jack Dorsey stipulated and agreed to an extension of time for those Defendants to respond to
6  the Amended Complaint to October 27, 2022 (Dkt. No. 73).

7      23.    On September 8, 2022, the Court reset the Initial Case Management Conference for
8  December 15, 2022 at 9:30 AM (Dkt. No. 74).

9      24.    On October 7, 2022, Plaintiffs and Defendant P&G stipulated and agreed to a
10 parallel extension of P&G's deadline to respond to the Amended Complaint to October 27, 2022,
11 to maintain similar schedules for the anticipated motion practice for the convenience of the parties
12 and the Court (Dkt. No. 76).

13     25.    On October 27, 2022, Defendants Meta and Mark Zuckerberg, Twitter and Jack
14 Dorsey, and P&G filed their Motions to Dismiss the Amended Complaint (Dkt. Nos. 79, 80, 81).

15     26.    On October 28, 2022, the Court set the Motions to Dismiss for hearing on January
16 26, 2023 at 9:30 AM and reset the Initial Case Management Conference for March 9, 2023 at 9:30
17 AM (Dkt. No. 83).

18     27.    On November 10, 2022, the Court so-ordered the parties' November 10 stipulation
19 extending the deadline for Plaintiffs to respond to Defendants' Motions to Dismiss to December
20 12, 2022, and extending the deadline for Defendants' replies to January 12, 2023 (Dkt. No. 85,
21 86).

22     28.    On December 12, 2022, Plaintiffs filed an Omnibus Memorandum of Points and
23 Authorities in Opposition to Defendants' Motions to Dismiss (Dkt. No. 87).

24     29.    On December 27, 2022, counsel for Defendants Twitter and Jack Dorsey moved to
25 withdraw as counsel and counsel *pro hac vice* (Dkt. No. 88).

26     30.    On December 30, 2022, the Court granted the motion to withdraw as counsel and
27 counsel *pro hac vice* (Dkt. No. 93).

28     31.    On January 3, 2023, counsel for Defendants Meta and Mark Zuckerberg learned

1  that Defendants Twitter and Jack Dorsey have retained new counsel in this matter.

2     32.    On January 4, 2023, counsel for Defendants Meta and Mark Zuckerberg contacted Plaintiffs' counsel, counsel for Defendant P&G, and newly retained counsel for Defendants Twitter and Jack Dorsey, who agreed to extend the deadline for all Defendants to file Replies in support of their Motions to Dismiss to February 13, 2023.

3     33.    Good cause exists to extend the time for Defendants to file Replies in support of their Motions to Dismiss to February 13, 2023 in light of the substitution of counsel for Defendants Twitter and Jack Dorsey, and in order to maintain a single briefing schedule for all parties for the convenience of the parties and the Court.

4     34.    The stipulated extension will require moving the currently scheduled January 26, 2023 hearing on Defendants' Motions to Dismiss and the March 9, 2023 Initial Case Management Conference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of January 2023 in Los Altos Hills, CA.

By:   *Sonal N. Mehta*
      Sonal N. Mehta

| | | |
|---|---|---|
| 1 | JULIE E. SCHWARTZ (SBN 260624)<br>JSchwartz@perkinscoie.com | SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com |
| 2 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 3 | Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 4 | Facsimile:  +1.206.359.9000 | Telephone: (650) 600-5051 |
| 5 | HAYDEN SCHOTTLAENDER<br>(*pro hac vice* forthcoming) | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| 6 | HSchottlaender@perkinscoie.com<br>PERKINS COIE LLP | JEREMY W. BRINSTER (*pro hac vice*)<br>Jeremy.Brinster@wilmerhale.com |
| 7 | 500 N. Akard Street, Suite 3300<br>Dallas, Texas 75201 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 8 | Telephone: +1.214.965.7700<br>Facsimile: +1.214.965.7799 | 1875 Pennsylvania Avenue NW<br>Washington, DC 20006 |
| 9 | | Telephone: (202) 663-6000 |
| 10 | MICHAEL BLEICHER (SBN 313892)<br>MBleicher@perkinscoie.com | EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com |
| 11 | PERKINS COIE LLP<br>700 Thirteenth Street, N.W., Suite 800 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 12 | Washington, D.C. 20005-3960<br>Telephone: +1.202.654.6200 | 7 World Trade Center<br>250 Greenwich Street |
| 13 | Facsimile: +1.202.654.6211 | New York, NY 10007<br>Telephone: (212) 230-8800 |
| 14 | *Attorneys for Defendants*<br>TWITTER, INC. AND JACK DORSEY | |
| 15 | DAVID C. KIERNAN (SBN 215335) | *Attorneys for Defendants*<br>META PLATFORMS, INC. AND MARK |
| 16 | dkiernan@jonesday.com<br>CRAIG E. STEWART (SBN 129530) | ZUCKERBERG |
| 17 | cestewart@jonesday.com<br>JONES DAY | JOHN M. PIERCE (SBN 250443) |
| 18 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 | jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C. |
| 19 | Telephone:     +1.415.626.3939<br>Facsimile:      +1.415.875.5700 | 21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367 |
| 20 | DAYME SANCHEZ (SBN 323864) | Telephone: (213) 375-3310 |
| 21 | daymesanchez@jonesday.com<br>JONES DAY | *Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER |
| 22 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 | FOR CONGRESS, INC. |
| 23 | Telephone:     +1.650.739.3939<br>Facsimile:      +1.650.739.3900 | |
| 24 | *Attorneys for Defendant*<br>THE PROCTER & GAMBLE COMPANY | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |