1  SONAL N. MEHTA (SBN 222086)
   Sonal.Mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Telephone: (650) 600-5051

5  *Attorney for Defendants*
   META PLATFORMS, INC. AND MARK
6  ZUCKERBERG

7  JULIE E. SCHWARTZ (SBN 260624)
   JSchwartz@perkinscoie.com
8  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
9  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
10 Facsimile: +1.206.359.9000

11 *Attorney for Defendants*
   TWITTER, INC. AND JACK DORSEY
12

   DAVID C. KIERNAN (SBN 215335)
   dkiernan@jonesday.com
   JONES DAY
   555 California Street, 26th Floor
   San Francisco, CA 94104
   Telephone: +1.415.626.3939

   *Attorney for Defendant*
   THE PROCTER & GAMBLE COMPANY


   JOHN M. PIERCE (SBN 250443)
   jpierce@johnpiercelaw.com
   JOHN PIERCE LAW, P.C.
   21550 Oxnard Street, 3rd Fl., PMB# 172
   Woodland Hills, CA 91367
   Telephone: (213) 375-3310

   *Attorney for Plaintiffs*
   LAURA LOOMER AND LAURA LOOMER
   FOR CONGRESS, INC.

13 [Additional counsel listed on final page]

14

15                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
16                           **SAN FRANCISCO DIVISION**

17 LAURA LOOMER, as an individual and in her          Case No. 3:22-cv-02646-LB
   capacity as a Candidate for United States
18 Congress, and LAURA LOOMER FOR                     **[PROPOSED] ORDER EXTENDING**
   CONGRESS, INC.,                                    **THE TIME FOR DEFENDANTS TO**
19                                                    **FILE REPLIES IN SUPPORT OF**
20           Plaintiffs,                              **MOTIONS TO DISMISS, FOR THE**
                                                      **HEARING ON DEFENDANTS'**
21     v.                                             **MOTIONS TO DISMISS, AND FOR**
                                                      **THE INITIAL CASE MANAGEMENT**
22 META PLATFORMS, INC., MARK                         **CONFERENCE IN LIGHT OF**
   ZUCKERBERG, in his capacity as CEO of Meta         **TWITTER, INC. AND JACK**
23 Platforms, Inc. and as an individual, TWITTER,     **DORSEY'S SUBSTITUTION OF**
   INC., and JACK DORSEY, in his capacity as          **COUNSEL**
24 former CEO of Twitter, Inc. and as an individual,
   THE PROCTOR & GAMBLE CO., and DOES 1-
25 100, individuals,                                  Hon. Laurel Beeler

26           Defendants.

27

28

CASE NO. 3:22-CV-02646-LB                                          [PROPOSED] ORDER
                                                             EXTENDING TIME FOR REPLY

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The deadlines for Defendants Meta Platforms, Inc. and Mark Zuckerberg, Defendants Twitter, Inc. and Jack Dorsey, and Defendant The Procter and Gamble Company to file Replies in support of their Motions to Dismiss shall be extended to and including February 13, 2023; the hearing on Defendants' Motions to Dismiss shall be moved to March 9, 2023 at 9:30 a.m.; and the Initial Case Management Conference shall be moved to April 20, 2023 at 11:00 a.m.

Date: _____

The Honorable Laurel Beeler
United States Magistrate Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | JULIE E. SCHWARTZ (SBN 260624)<br>JSchwartz@perkinscoie.com | SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com |
| 3 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 4 | Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 5 | Facsimile: +1.206.359.9000 | Telephone: (650) 600-5051 |
| 6 | HAYDEN SCHOTTLAENDER<br>(*pro hac vice* forthcoming) | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| 7 | HSchottlaender@perkinscoie.com<br>PERKINS COIE LLP | JEREMY W. BRINSTER (*pro hac vice*)<br>Jeremy.Brinster@wilmerhale.com |
| 8 | 500 N. Akard Street, Suite 3300<br>Dallas, Texas 75201 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 9 | Telephone: +1.214.965.7700<br>Facsimile: +1.214.965.7799 | 1875 Pennsylvania Avenue NW<br>Washington, DC 20006 |
| 10 | MICHAEL BLEICHER (SBN 313892) | Telephone: (202) 663-6000 |
| 11 | MBleicher@perkinscoie.com<br>PERKINS COIE LLP | EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com |
| 12 | 700 Thirteenth Street, N.W., Suite 800<br>Washington, D.C. 20005-3960 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 13 | Telephone: +1.202.654.6200<br>Facsimile: +1.202.654.6211 | 7 World Trade Center<br>250 Greenwich Street |
| 14 | *Attorneys for Defendants* | New York, NY 10007<br>Telephone: (212) 230-8800 |
| 15 | TWITTER, INC. AND JACK DORSEY | *Attorneys for Defendants* |
| 16 | DAVID C. KIERNAN (SBN 215335)<br>dkiernan@jonesday.com | META PLATFORMS, INC. AND MARK ZUCKERBERG |
| 17 | CRAIG E. STEWART (SBN 129530)<br>cestewart@jonesday.com | |
| 18 | JONES DAY<br>555 California Street, 26th Floor | JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com |
| 19 | San Francisco, CA 94104<br>Telephone:    +1.415.626.3939 | JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172 |
| 20 | Facsimile:    +1.415.875.5700 | Woodland Hills, CA 91367<br>Telephone: (213) 375-3310 |
| 21 | DAYME SANCHEZ (SBN 323864)<br>daymesanchez@jonesday.com | *Attorney for Plaintiffs* |
| 22 | JONES DAY<br>1755 Embarcadero Road | LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |
| 23 | Palo Alto, CA 94303<br>Telephone:    +1.650.739.3939 | |
| 24 | Facsimile:    +1.650.739.3900 | |
| 25 | *Attorneys for Defendant*<br>THE PROCTER & GAMBLE COMPANY | |
| 26 | | |
| 27 | | |
| 28 | | |

CASE NO. 3:22-CV-02646-LB    [PROPOSED] ORDER EXTENDING TIME FOR REPLY