| | |
|---|---|
| SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 600-5051<br><br>*Attorney for Defendants*<br>META PLATFORMS, INC. AND MARK ZUCKERBERG<br><br>JULIE E. SCHWARTZ (SBN 260624)<br>JSchwartz@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000<br><br>*Attorney for Defendants*<br>TWITTER, INC. AND JACK DORSEY | DAVID C. KIERNAN (SBN 215335)<br>dkiernan@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br><br>*Attorney for Defendant*<br>THE PROCTER & GAMBLE COMPANY<br><br>JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com<br>JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172<br>Woodland Hills, CA 91367<br>Telephone: (213) 375-3310<br><br>*Attorney for Plaintiffs*<br>LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

[Additional counsel listed on final page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>                   Plaintiffs,<br><br>         v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>                   Defendants. | Case No. 3:22-cv-02646-LB<br><br>[~~PROPOSED~~] ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS, FOR THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS, AND FOR THE INITIAL CASE MANAGEMENT CONFERENCE IN LIGHT OF TWITTER, INC. AND JACK DORSEY'S SUBSTITUTION OF COUNSEL<br><br>Hon. Laurel Beeler |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The deadlines for Defendants Meta Platforms, Inc. and Mark Zuckerberg, Defendants Twitter, Inc. and Jack Dorsey, and Defendant The Procter and Gamble Company to file Replies in support of their Motions to Dismiss shall be extended to and including February 13, 2023; the hearing on Defendants' Motions to Dismiss shall be moved to March 9, 2023 at 9:30 a.m.; and the Initial Case Management Conference shall be moved to April 20, 2023 at 11:00 a.m.

Date: January 5, 2023

The Honorable Laurel Beeler
United States Magistrate Judge