1  SONAL N. MEHTA (SBN 222086)  ARI HOLTZBLATT (*pro hac vice*)
   Sonal.Mehta@wilmerhale.com  Ari.Holtzblatt@wilmerhale.com
2  WILMER CUTLER PICKERING  JEREMY W. BRINSTER (*pro hac vice*)
    HALE AND DORR LLP  Jeremy.Brinster@wilmerhale.com
3  2600 El Camino Real, Suite 400  WILMER CUTLER PICKERING
4  Palo Alto, CA 94306   HALE AND DORR LLP
   Telephone: (650) 858-6000  2100 Pennsylvania Ave, NW
5  Facsimile: (650) 858-6100  Washington, DC 20037
                              Telephone: (202) 663-6000
6                             Facsimile: (202) 663-6363
   EMILY BARNET (*pro hac vice*)
7  Emily.Barnet@wilmerhale.com
   WILMER CUTLER PICKERING
8   HALE AND DORR LLP
   7 World Trade Center
9  250 Greenwich Street
   New York, NY 10007
10 Telephone: (212) 230-8800
   Facsimile: (212) 230-8888
11

12 *Attorneys for Defendants*
   META PLATFORMS, INC. and
13 MARK ZUCKERBERG

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., | Case No. 3:22-cv-02646-LB |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| v. | |
| META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE COMPANY, DOES 1-100, individuals, | |
| Defendants. | |

**TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTE THAT as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Ari Holtzblatt and Jeremy W. Brinster is:

> WILMER CUTLER PICKERING HALE AND DORR LLP
> 2100 Pennsylvania Ave, NW
> Washington, DC 20037

The firm's telephone number and the attorneys' email addresses have not changed.

DATED:  January 23, 2023

/s/ *Ari Holtzblatt*
ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
JEREMY W. BRINSTER (*pro hac vice*)
Jeremy.Brinster@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363