AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Laura Loomer and Laura Loomer for Congress, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:22-cv-02646-LB |
| Meta Platforms, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TWITTER, INC. and JACK DORSEY.

Date: 02/06/2023

*Attorney's signature*

Yuhan Chi - - CA SBN: 324072
*Printed name and bar number*

WILLKIE FARR & GALLAGHER
One Front Street, 34th Floor
San Francisco, CA  94111

*Address*

ychi@willkie.com
*E-mail address*

(415) 858-7431
*Telephone number*

(415) 858-7599
*FAX number*