<div style="text-align: center">

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| Laura Loomer, et al.           , | Case No. ____22-cv-2646____ |
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Meta Platforms, Inc. et al.           , | |
| Defendant(s). | |

I, ____Michael Gottlieb____, an active member in good standing of the bar of ____Washington, D.C.____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Dfs Twitter, Inc. and Jack Dorsey__ in the above-entitled action. My local co-counsel in this case is __Willkie Farr & Gallagher LLP__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ____237346____.

| | |
|---|---|
| 1875 K St., NW, Washington, DC 20006 | One Front St., 34th, San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| +1 202 303 1442 | +1 415 858 7400 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mgottlieb@willkie.com | jpatchen@willkie.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ____974960____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __one__ times in the 12 months preceding this application.

<div style="writing-mode: vertical">United States District Court<br>Northern District of California</div>

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: _____

*Michael Gottlieb*

_____
06BD59933A234BB...
APPLICANT

6    ════════════════════════════════════════════════

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

11    IT IS HEREBY ORDERED THAT the application of ___Michael Gottlieb___ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

17                                                    _____

18                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California