Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Hayden M. Schottlaender, TX Bar No. 24098391
*Pro Hac Vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:   +1.214.965.7700
Facsimile:   +1.214.965.7799

Michael C. Bleicher, CA Bar No. 313892
MBleicher@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Attorneys for Defendants
Twitter, Inc. and Jack Dorsey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Laura Loomer, et al., | Case No. 3:22-cv-02646-LB |
| *Plaintiffs*, | PERKINS COIE LLP'S NOTICE OF INTENT TO WITHDRAW AS COUNSEL FOR TWITTER, INC. AND JACK DORSEY |
| v. | |
| Meta Platforms, Inc., et al., | |
| *Defendants*. | Judge:   Hon. Laurel Beeler |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to L.R. 11-5(a), counsel from Perkins Coie LLP (Julie E. Schwartz, Hayden M. Schottlaender, and Michael C. Bleicher) (collectively "Perkins Coie Counsel") seek an order of the Court permitting them to withdraw as counsel for Twitter, Inc. and Jack Dorsey (collectively "Twitter Defendants").

**INTENT TO WITHDRAW AS COUNSEL FOR TWITTER DEFENDANTS**

Pursuant to L.R. 11-5(a), Perkins Coie Counsel hereby seek an order from the Court permitting them to withdraw as counsel for Twitter Defendants.

1. On December 27, 2022, prior counsel for Twitter Defendants, with the firm Jenner & Block LLP, notified the Court of their intent to withdraw as counsel for Twitter Defendants. Doc. 88.

2. On December 30, 2022, the Court granted that withdrawal and asked that the parties confer regarding the briefing schedule with respect to the defendants' pending motions to dismiss (Docs. 79-81).

3. On January 4, 2023, the Perkins Coie Counsel entered their appearance for Twitter Defendants. Docs. 94-96.

4. On the same day, the parties submitted a stipulated order regarding the briefing schedule for the motions to dismiss. Doc. 97. The Court granted that stipulation, ordering replies in support of the motions to dismiss to be filed by February 13, 2023, and setting the hearing on those motions to dismiss for March 9, 2023. Doc. 98.

5. Since that time, Twitter Defendants have selected alternate counsel for their defense in this case to substitute in for Perkins Coie Counsel. Schwartz Decl. ¶ 3. Twitter Defendants are now represented by the law firm Willkie Farr & Gallagher, who appeared in this case on behalf of Twitter Defendants on February 6. Docs. 102-103.

6. This substitution of counsel will not necessitate any further alteration

1 of the existing briefing schedule for defendants' pending motions to dismiss.
2 Schwartz Decl. ¶ 3. And all parties have stated that they do not oppose Perkins Coie
3 Counsel's withdrawal from this case. *Id.* ¶ 4.
4
5 Dated:  February 10, 2023         **PERKINS COIE LLP**
6
7                                    By: */s/ Julie E. Schwartz*
                                       Julie E. Schwartz
8                                      CA Bar No. 260624
9                                      Hayden M. Schottlaender
                                       TX Bar No. 24098391
10
                                       Michael C. Bleicher
11                                     CA Bar No. 313892
12
                                       Attorneys for Defendants
13                                     Twitter, Inc. and Jack Dorsey
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28