Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Hayden M. Schottlaender, TX Bar No. 24098391
*Pro Hac Vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:   +1.214.965.7700
Facsimile:   +1.214.965.7799

Michael C. Bleicher, CA Bar No. 313892
MBleicher@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Attorneys for Defendants
Twitter, Inc. and Jack Dorsey

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Laura Loomer, et al., | Case No. 3:22-cv-02646-LB |
| *Plaintiffs,* | DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF PERKINS COIE LLP'S NOTICE OF INTENT TO WITHDRAW AS COUNSEL FOR TWITTER, INC. AND JACK DORSEY |
| v. | |
| Meta Platforms, Inc., et al., | |
| *Defendants.* | |
| | Judge:   Hon. Laurel Beeler |

-2-

I, Julie E. Schwartz, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would so testify.

2. I am a Partner with the firm Perkins Coie LLP ("Perkins Coie"). Perkins Coie is counsel of record for Twitter, Inc. and Jack Dorsey (collectively "Twitter Defendants") in the above-captioned matter. Specifically, Twitter Defendants are represented by me (Julie E. Schwartz), Hayden M. Schottlaender, and Michael C. Bleicher of Perkins Coie (collectively "Perkins Coie Counsel").

3. In early February 2023, I was informed by in-house counsel for Twitter, Inc. that Twitter Defendants had selected alternate counsel for their defense in this case, who would substitute in for Perkins Coie Counsel. This substitution of counsel will not require additional modifications to the current briefing schedule for Twitter Defendants' pending motion to dismiss.

4. Counsel for all other parties in this matter have stated that they do not oppose Perkins Coie Counsel's withdrawal from this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2023.

By: */s/ Julie E. Schwartz*
Julie E. Schwartz
CA Bar No. 260624