1  Julie E. Schwartz, CA Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, California 94304-1212
   Telephone: +1.650.838.4300
4  Facsimile: +1.650.838.4350

5  Hayden M. Schottlaender, TX Bar No. 24098391
   *Pro Hac Vice*
6  HSchottlaender@perkinscoie.com
   PERKINS COIE LLP
7  500 N. Akard Street, Suite 3300
   Dallas, Texas 75201
8  Telephone:   +1.214.965.7700
   Facsimile:   +1.214.965.7799
9
   Michael C. Bleicher, CA Bar No. 313892
10 MBleicher@perkinscoie.com
   PERKINS COIE LLP
11 700 Thirteenth Street, N.W., Suite 800
   Washington, D.C. 20005-3960
12 Telephone: +1.202.654.6200
   Facsimile: +1.202.654.6211
13

14 Attorneys for Defendants
   Twitter, Inc. and Jack Dorsey
15

16                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
17                       SAN FRANCISCO DIVISION

18

| 19 | Laura Loomer, et al., | Case No. 3:22-cv-02646-LB |
|---|---|---|
| 20 | *Plaintiffs*, | [PROPOSED] ORDER RELIEVING PERKINS COIE LLP AS COUNSEL FOR TWITTER, INC. AND JACK DORSEY |
| 21 | v. | |
| 22 | Meta Platforms, Inc., et al., | |
| 23 | *Defendants*. | Judge:  Hon. Laurel Beeler |

24
25
26
27
28

-2-

1  Pursuant to L.R. 11-5(a), Perkins Coie LLP (Julie E. Schwartz, Hayden M.
2  Schottlaender, and Michael C. Bleicher) (collectively "Perkins Coie Counsel") notified
3  all parties, including their clients Twitter, Inc. and Jack Dorsey (collectively
4  "Twitter Defendants"), of their intent to withdraw as counsel for Twitter Defendants
5  in the above-captioned case. Twitter Defendants have retained substitute counsel,
6  who noticed their appearances on February 6. Docs. 102-103. Each party has stated
7  that they do not oppose Perkins Coie Counsel's withdrawal. Accordingly, the Court
8  hereby ORDERS that Perkins Coie Counsel is relieved of their representation of
9  Twitter Defendants in this case.

DATED: _____  _____
HON. LAUREL BEELER
U.S. MAGISTRATE JUDGE