**JOHN PIERCE LAW, P.C.**
John M. Pierce
jpierce@johnpiercelaw.com
21550 Oxnard St., 3rd Flr., PMB 172
Woodland Hills, CA 91367
(213) 349-0054

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as ceo of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>Defendants | Case No.: 3:22-cv-02646-LB<br>Hon. Laurel Beeler<br><br><br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

## NOTICE

Please take notice that on [TBD], 2023 at [TBD], Plaintiffs hereby will move the Court for leave to file a Second Amended Complaint. Plaintiffs will immediately provide notice to the Court and Defendants once they have obtained a hearing date and time from the Clerk.

## STATEMENT OF REQUESTED RELIEF

Plaintiffs will be requesting an order pursuant to Federal Rule of Civil Procedure 15(a)(2) granting leave to file a Second Amended Complaint.

PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF THE ISSUE TO BE DECIDED

Whether Plaintiffs should be granted leave to file a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) to conform the pleadings to new evidence obtained since the filing of the First Amended Complaint.

### SUCCINCT STATEMENT OF RELEVANT FACTS

On May 2, 2022, Plaintiffs filed their Complaint. (ECF 1). On August 8, 2022, Defendants filed their Motions to Dismiss the Complaint. (ECF 57 & 59). Plaintiffs filed their First Amended Complaint as of matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) on August 29, 2022. (ECF 69).  On October 27, 2022, Defendants filed their Motions to Dismiss the First Amended Complaint. (ECF 79-81). Briefing on those motions are now complete, and hearing of oral argument is set for March 9, 2023, at 9:30 a.m. Pacific Time by video conference. (ECF 98).

Since filing their First Amended Complaint, several new factual developments have occurred publicly and thus Plaintiffs have learned of new evidence that is directly relevant to their causes of action. (*See generally* Pierce Decl. and Exhibit A). First, Elon Musk purchased Defendant Twitter, assumed the helm as CEO and admitted that he purchased "both a social media company and a crime scene." (*See id.* at ¶3 and Exhibit A). Then, Mr. Musk provided numerous independent journalists with access to the internal "Twitter files" relating to Twitter's coordination with federal government agents (primarily the Federal Bureau of Investigation) to censor political speech, including stories relating to the Hunter Biden laptop. The subsequent analysis of this information was publicly released and became known as the "Twitter Files." (*See id.* at ¶4 and

Exhibit A). In addition, Following the 2022 mid-term elections, the 118th Congress immediately commenced investigations into this conspiracy. (*See id.* at ¶5 and Exhibit A).

On February 8, 2023, the House Committee on Oversight and Accountability held a hearing entitled "Protecting Speech from Government Interference and Social Media Bias, Part 1: Twitter's Role in Suppressing the Biden Laptop Story." *Id.* There were four witnesses at the February 8th hearing: Twitter Chief Legal Officer Vijaya Gadde, former Twitter Deputy General Counsel (and former FBI General Counsel) James Baker, former Twitter Global Head of Trust & Safety Yoel Roth and whistleblower Annika Collier Navaroli, who was Twitter's most senior expert on Twitter's U.S. safety policy team. *Id.* At the hearing, it was revealed that defendant Twitter and other social media companies had worked in coordination for years with agents of the federal government and other entities on a communication platform called JIRA. *Id.* Defendants declined to provide written consent to the filing of a Second Amended Complaint. (*See id.* at ¶6).

As a result of the foregoing developments, Plaintiffs file this motion for leave to file a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2) to conform the pleadings to the evidence now available. Pursuant to Local Rule 10-1, the proposed Second Amended Complaint is attached to the Declaration of John M. Pierce as Exhibit A.

## ARGUMENT

Pursuant to Fed. R. Civ. P. 15(a)(2), a "party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." *See United Union of Roofers, Waterproofers, and Allied Trades No. 40 v. Insurance Corp. of America*, 919 F.2d 1398, 1402 (9th Cir. 1990) (holding that, "[d]enial is proper only when amendment would be clearly frivolous, unduly prejudicial, cause undue delay or a finding of bad faith is made.")

Here, several factual developments have occurred (and mesmerized the entire nation) since the filing of the First Amended Complaint that are directly relevant to Plaintiffs claims. Based on this, and because the amendment is not frivolous, not unduly prejudicial, will not cause undue delay and Plaintiffs have not engaged in any bad faith, the Court should grant leave to file the Second Amended Complaint to conform the allegations in the pleadings to the current factual landscape.

As set forth above and in detail in the proposed Second Amended Complaint, Defendant Twitter was purchased by Elon Musk on October 27, 2022. Beginning in December of 2022, Twitter's new owner and CEO, Elon Musk, selected certain journalists and authors to release internal Twitter documents, termed the "Twitter Files," in order to reform Twitter into a platform that promotes free speech. Mr. Musk explained, "This is a battle for the future of civilization. If free speech is lost even in America, tyranny is all that lies ahead." The Twitter Files contain numerous revelations directly relevant to this action. (*See id.* at ¶4 and Exhibit A). In the midst of the release of the Twitter Files, Elon Musk as CEO of Twitter made several admissions that are directly relevant to this action. (*See id.* at ¶3 and Exhibit A)

Following the 2022 mid-term elections, the 118th Congress immediately commenced investigations into this conspiracy. On February 8, 2023, the House Committee on Oversight and Accountability held a hearing entitled "Protecting Speech from Government Interference and Social Media Bias, Part 1: Twitter's Role in Suppressing the Biden Laptop Story." The hearing included multiple exchanges between Members of the Committee and former Twitter Executives directly relevant to this action. (*See id.* at ¶5 and Exhibit A)

These factual developments are directly relevant to and supportive of Plaintiffs' claims. The proposed Second Amended Complaint is clearly not frivolous, will not prejudice the

Defendants in any way, was submitted as soon as reasonably possible after Plaintiffs became aware of the developments, and Plaintiffs have not acted or engaged in any bad faith.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs' motion for leave to file a Second Amended Complaint in the form contained in Exhibit A to the Declaration of John M. Pierce should be granted.

Dated March 7, 2023.                        Respectfully submitted,

                                    */s/ John M. Pierce*
                                    John M. Pierce
                                    John Pierce Law, P.C.
                                    jpierce@johnpiercelaw.com
                                    21550 Oxnard St., 3rd Fl PMB 172
                                    Woodland Hills, CA 91367
                                    (213) 349-0054

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 7, 2023, the foregoing document was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce