**JOHN PIERCE LAW, P.C.**
John M. Pierce
jpierce@johnpiercelaw.com
21550 Oxnard St.
3rd Flr., PMB 172
Woodland Hills, CA 91367
(213) 349-0054

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as ceo of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>Defendants | Case No.: 3:22-cv-02646-LB<br>Hon. Laurel Beeler<br><br>**DECLARATION OF JOHN M. PIERCE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br>**HEARING DATE: [TBD]** |

I, John M. Pierce, affirm under penalty of perjury that:

    1.    I am an Attorney in good standing with the State Bar of California and this Court. I am the Founder and Owner of John Pierce Law P.C. ("JPL"). I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiffs' Motion for Leave to File a Second Amended Complaint.

HEARING DATE: [TBD] - 1

2. Attached hereto as Exhibit A is a true and correct copy of the proposed Second Amended Complaint in this action.

3. Based upon publicly available information, to the best of my knowledge, all of the tweet quotations attributed to Elon Musk in the proposed Second Amended Complaint are accurate recitations of his public Tweets.

4. Based upon publicly available information, to the best of my knowledge, all of the tweet quotations attributed to the "Twitter Files" in the proposed Second Amended Complaint are accurate recitations of the Twitter Files.

5. Based upon publicly available information, to the best of my knowledge, all of the quotations attributed to the questioning and testimony of the February 8, 2023 House Oversight Committee Hearing at which four former Twitter executives testified are accurate recitations of the questioning and testimony.

6. Prior to filing this Motion, I inquired with counsel for Defendants as to whether they would consent to the filing of a Second Amended Complaint based on recent factual developments. Counsel for Defendants declined.

Dated: March 7, 2023

The Villages, Florida

/s/ John M. Pierce
John M. Pierce

HEARING DATE: [TBD] - 2