1  **JOHN PIERCE LAW, P.C.**
2  John M. Pierce
   jpierce@johnpiercelaw.com
3  21550 Oxnard St.
   3rd Flr., PMB 172
4  Woodland Hills, CA 91367
5  (213) 349-0054

6                UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                   SAN FRANCISCO DIVISION

9  | | |
   |---|---|
   | LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., | Case No.: 3:22-cv-02646-LB <br> Hon. Laurel Beeler |
   |     Plaintiffs, | |
   | vs. | **[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
   | META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as ceo of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals, | **HEARING DATE: [TBD]** |
   |     Defendants | |

28 PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTHEARING DATE: [TBD] - 1

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2023, upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint and the arguments of the parties, it is hereby ORDERED that Plaintiffs' are granted leave to file the Second Amended Complaint in the form of the proposal at Exhibit A to the Declaration of John M. Pierce in support of the Motion.

_____

Hon. Laurel Beeler