| | |
|---|---|
| 1 | Julie E. Schwartz, CA Bar No. 260624 |
| 2 | JSchwartz@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 3150 Porter Drive<br>Palo Alto, California 94304-1212 |
| 4 | Telephone: +1.650.838.4300<br>Facsimile: +1.650.838.4350 |
| 5 | Hayden M. Schottlaender, TX Bar No. 24098391 |
| 6 | *Pro Hac Vice*<br>HSchottlaender@perkinscoie.com |
| 7 | PERKINS COIE LLP<br>500 N. Akard Street, Suite 3300 |
| 8 | Dallas, Texas 75201<br>Telephone:   +1.214.965.7700 |
|   | Facsimile:    +1.214.965.7799 |
| 9 | |
| 10 | Michael C. Bleicher, CA Bar No. 313892<br>MBleicher@perkinscoie.com |
| 11 | PERKINS COIE LLP<br>700 Thirteenth Street, N.W., Suite 800 |
| 12 | Washington, D.C. 20005-3960<br>Telephone: +1.202.654.6200 |
|   | Facsimile: +1.202.654.6211 |
| 13 | |
| 14 | Attorneys for Defendants<br>Twitter, Inc. and Jack Dorsey |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Laura Loomer, et al., | Case No. 3:22-cv-02646-LB |
| *Plaintiffs,* | [~~PROPOSED~~] ORDER RELIEVING PERKINS COIE LLP AS COUNSEL FOR TWITTER, INC. AND JACK DORSEY |
| v. | |
| Meta Platforms, Inc., et al., | |
| *Defendants.* | Judge:   Hon. Laurel Beeler |

-1-

3:22-CV-02646-LB
[PROPOSED] ORDER RELIEVING PERKINS COIE LLP

160628942.1

-2-

1   Pursuant to L.R. 11-5(a), Perkins Coie LLP (Julie E. Schwartz, Hayden M.
2 Schottlaender, and Michael C. Bleicher) (collectively "Perkins Coie Counsel") notified
3 all parties, including their clients Twitter, Inc. and Jack Dorsey (collectively
4 "Twitter Defendants"), of their intent to withdraw as counsel for Twitter Defendants
5 in the above-captioned case. Twitter Defendants have retained substitute counsel,
6 who noticed their appearances on February 6. Docs. 102-103. Each party has stated
7 that they do not oppose Perkins Coie Counsel's withdrawal. Accordingly, the Court
8 hereby ORDERS that Perkins Coie Counsel is relieved of their representation of
9 Twitter Defendants in this case.

11 DATED: March 8, 2023    _____
12                          HON. LAUREL BEELER
                            U.S. MAGISTRATE JUDGE