SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

EMILY BARNET (*pro hac vice*)
Emily.Barnet@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
JEREMY W. BRINSTER (*pro hac vice*)
Jeremy.Brinster@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
META PLATFORMS, INC. and
MARK ZUCKERBERG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE COMPANY, DOES 1-100, individuals, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> **DECLARATION OF ARI HOLTZBLATT IN SUPPORT OF META PLATFORMS, INC. AND MARK ZUCKERBERG'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> Hon. Laurel Beeler <br><br> Courtroom B, 15th Floor <br> Date: April 13, 2023 <br> Time: 9:30 a.m. |

I, Ari Holtzblatt, declare as follows:

1. I am an attorney at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Meta Platforms, Inc. ("Meta") and Mark Zuckerberg in the above-captioned action. I am a member in good standing of the District of Columbia bar, and I am admitted *pro hac vice* to appear before this Court. I submit this Declaration in support of Meta and Mr. Zuckerberg's Opposition to Plaintiffs Laura Loomer and Laura Loomer for Congress, Inc.'s (collectively, "Loomer") Motion for Leave to File a Second Amended Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Sonal N. Mehta, counsel for Meta, to counsel for Loomer, dated December 22, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email from John Pierce, counsel for Loomer, dated Saturday, February 11, 2023 ("Feb. 11 Email").

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email thread dated February 13, 2023 that includes succeeding replies to the Feb. 11 Email from Ms. Mehta as well as Jonathan A. Patchen (counsel for Twitter, Inc. and Jack Dorsey) and David C. Kiernan (counsel for The Procter & Gamble Company).

5. Before Loomer filed the instant motion seeking leave to file a Second Amended Complaint, I spent substantial time preparing for the then-scheduled March 9, 2023 argument on Meta and Mr. Zuckerberg's motion to dismiss. This is consistent with my usual practice in advance of dispositive hearings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of March 2023 in the District of Columbia.

By: */s/ Ari Holtzblatt*
     Ari Holtzblatt

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Declaration and accompanying exhibits. In compliance with Civil Local Rule 5-l(h), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: March 21, 2023            By:   */s/ Sonal N. Mehta*
                                             Sonal N. Mehta