SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

EMILY BARNET (*pro hac vice*)
Emily.Barnet@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
JEREMY W. BRINSTER (*pro hac vice*)
Jeremy.Brinster@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants*
META PLATFORMS, INC. and
MARK ZUCKERBERG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE COMPANY, DOES 1-100, individuals, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND GRANTING META PLATFORMS, INC. AND MARK ZUCKERBERG'S MOTION TO DISMISS WITH PREJUDICE** <br><br> Hon. Laurel Beeler <br> Courtroom B, 15th Floor |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The motion for leave to file a Second Amended Complaint of Plaintiffs Laura Loomer and |
| 3 | Laura Loomer for Congress, Inc., and the motion to dismiss of Defendants Meta Platforms, Inc. |
| 4 | and Mark Zuckerberg, came on for hearing before this Court. Counsel for all parties appeared. |
| 5 | The Court having considered the papers submitted with the motions, the arguments of counsel, |
| 6 | and all other matters presented to the Court, Plaintiffs' motion for leave to file a Second Amended |
| 7 | Complaint is hereby DENIED. Defendants' motion to dismiss is hereby GRANTED and |
| 8 | Plaintiffs' First Amended Complaint, with respect to Defendants Meta Platforms, Inc. and Mark |
| 9 | Zuckerberg, is DISMISSED in its entirety WITH PREJUDICE. |
| 11 | **IT IS SO ORDERED.** |

Date: _____          _____

The Honorable Laurel Beeler
United States Magistrate Judge