**WILLKIE FARR & GALLAGHER LLP**
JONATHAN A. PATCHEN (SBN 237346)
jpatchen@willkie.com
YUHAN ALICE CHI (SBN 239521)
ychi@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 858-7400

MICHAEL GOTTLIEB (DCBN 974960)*
mgottlieb@willkie.com
MERYL CONANT GOVERNSKI (DCBN 1023549)*
mgovernski@willkie.com
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1442

KRISTIN E. BENDER (NYBN 5513775)*
kbender@willkie.com
Citypoint, 1 Ropemaker Street
London EC2Y 9AW, United Kingdom
Telephone: +44 203 580 4833
*_Pro Hac Vice_

Attorneys for Defendants
**TWITTER, INC. and JACK DORSEY**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Laura Loomer, et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>Meta Platforms, Inc. d/b/a Meta f/k/a Facebook, Inc., Mark Zuckerberg, in his capacity as CEO of Facebook, Inc. and as an individual, Twitter, Inc. and Jack Dorsey, in his capacity as former CEO of Twitter, Inc. and as an individual, The Proctor & Gamble Company, Does 1-100, Individuals,<br><br>         Defendants. | Case No. 3:22-cv-2646-LB<br><br>**DECLARATION OF JONATHAN A. PATCHEN IN SUPPORT OF DEFENDANTS TWITTER, INC., AND JACK DORSEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND**<br><br>Date:  April 13, 2023<br>Time:  9:30am<br>Place:  Zoom<br>Complaint Filed: May 2, 2022<br>FAC Filed: August 29, 2022 |

I, Jonathan A. Patchen, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Defendants Twitter, Inc., and Jack Dorsey in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a redline comparison between the First Amended Complaint and the Proposed Second Amended Complaint, provided to all parties by Plaintiffs' counsel on March 8, 2023.

3. Attached hereto as **Exhibit B** is an email thread containing Plaintiff counsel's email, dated February 11, 2023, informing all counsel that Plaintiff "intend[ed] to move for leave to file a Second Amended Complaint."

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 21, 2023 at San Francisco, California.

_____
Jonathan A. Patchen