# **EXHIBIT B**

# Chi, Yuhan Alice

| | |
|---|---|
| **From:** | Patchen, Jonathan A. |
| **Sent:** | Monday, February 13, 2023 6:21 PM |
| **To:** | 'Kiernan, David C.'; Mehta, Sonal; John Pierce; Sanchez, Dayme; Schottlaender, Hayden (DAL); Holtzblatt, Ari; Barnet, Emily; Brinster, Jeremy W.; Stewart, Craig E. |
| **Cc:** | Governski, Meryl Conant; Gottlieb, Michael; Chi, Yuhan Alice; Roger Roots; Emily Lambert; Shahrzad Haddad |
| **Subject:** | RE: Loomer v. Meta et al.: Substitution of Counsel |

Twitter & Jack Dorsey also do not consent to an amendment.

**Jonathan A. Patchen**
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111
Direct: +1 415 858 7594 | Fax: +1 415 858 7599
jpatchen@willkie.com | vCard | www.willkie.com bio

**From:** Kiernan, David C. <dkiernan@JonesDay.com>
**Sent:** Monday, February 13, 2023 5:02 PM
**To:** Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; John Pierce <jpierce@johnpiercelaw.com>; Sanchez, Dayme <daymesanchez@jonesday.com>; Schottlaender, Hayden (DAL) <HSchottlaender@perkinscoie.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Barnet, Emily <Emily.Barnet@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Stewart, Craig E. <cestewart@JonesDay.com>
**Cc:** Patchen, Jonathan A. <JPatchen@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Chi, Yuhan Alice <YChi@willkie.com>; Roger Roots <rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>; Shahrzad Haddad <shaddad@johnpiercelaw.com>
**Subject:** RE: Loomer v. Meta et al.: Substitution of Counsel

### *** EXTERNAL EMAIL ***

On behalf of P&G, we do not consent to an amendment.
David

**From:** Mehta, Sonal <Sonal.Mehta@wilmerhale.com>
**Sent:** Monday, February 13, 2023 3:22 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>; Sanchez, Dayme <daymesanchez@jonesday.com>; Schottlaender, Hayden (DAL) <HSchottlaender@perkinscoie.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Barnet, Emily <Emily.Barnet@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Kiernan, David C. <dkiernan@JonesDay.com>; Stewart, Craig E. <cestewart@JonesDay.com>
**Cc:** jpatchen@willkie.com; mgovernski@willkie.com; mgottlieb@willkie.com; ychi@willkie.com; Roger Roots <rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>; Shahrzad Haddad <shaddad@johnpiercelaw.com>
**Subject:** RE: Loomer v. Meta et al.: Substitution of Counsel

**\*\* External mail \*\***

John, on behalf of Meta and Mr. Zuckerberg, we do not consent to another amendment.

1

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Monday, February 13, 2023 3:09 PM
**To:** Sanchez, Dayme <daymesanchez@jonesday.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Schottlaender, Hayden (DAL) <HSchottlaender@perkinscoie.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Barnet, Emily <Emily.Barnet@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Kiernan, David C. <dkiernan@JonesDay.com>; Stewart, Craig E. <cestewart@JonesDay.com>
**Cc:** jpatchen@willkie.com; mgovernski@willkie.com; mgottlieb@willkie.com; ychi@willkie.com; Roger Roots <rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>; Shahrzad Haddad <shaddad@johnpiercelaw.com>
**Subject:** Re: Loomer v. Meta et al.: Substitution of Counsel

**EXTERNAL SENDER**

I'll take that as a no. But those who represent Twitter, it would be nice if you have your paymasters unblock me. Grow up.

Get Outlook for iOS

---

**From:** John Pierce
**Sent:** Saturday, February 11, 2023 5:16:18 PM
**To:** Sanchez, Dayme <daymesanchez@jonesday.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Schottlaender, Hayden (DAL) <HSchottlaender@perkinscoie.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Barnet, Emily <Emily.Barnet@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Kiernan, David C. <dkiernan@JonesDay.com>; Stewart, Craig E. <cestewart@JonesDay.com>
**Cc:** jpatchen@willkie.com <jpatchen@willkie.com>; mgovernski@willkie.com <mgovernski@willkie.com>; mgottlieb@willkie.com <mgottlieb@willkie.com>; ychi@willkie.com <ychi@willkie.com>; Roger Roots <rroots@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>; Shahrzad Haddad <shaddad@johnpiercelaw.com>
**Subject:** RE: Loomer v. Meta et al.: Substitution of Counsel

All—

In light of all the new evidence that has come out in the last couple days with the Congressional hearing etc., we intend to move for leave to file a Second Amended Complaint.

I am writing to see if you would stipulate/consent to that motion, since I think it is likely it will be granted in light of all the new evidence.

Of course, this could obviate the need to finalize and file your replies on the MTD's and vacate the 3/9 hearing.

Regardless, we do intend to file it prior to the 3/9 hearing.

Just seeing if we can save ourselves a bit of work here and be as efficient as possible.

Please let me know,
John

**From:** Sanchez, Dayme <daymesanchez@jonesday.com>
**Sent:** Friday, February 10, 2023 12:33 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Schottlaender, Hayden

(DAL) <HSchottlaender@perkinscoie.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Barnet, Emily <Emily.Barnet@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Kiernan, David C. <dkiernan@JonesDay.com>; Stewart, Craig E. <cestewart@JonesDay.com>
**Cc:** jpatchen@willkie.com; mgovernski@willkie.com; mgottlieb@willkie.com; ychi@willkie.com
**Subject:** RE: Loomer v. Meta et al.: Substitution of Counsel

The Procter & Gamble Company does not oppose Perkins Coie's withdrawal as counsel for Defendants Twitter, Inc. and Jack Dorsey.

Regards,
Dayme

Dayme Sanchez (bio)
Associate
**JONES DAY® - One Firm Worldwide®**
1755 Embarcadero Road
Palo Alto, CA 94303
Office +1.650.687.4127

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Friday, February 10, 2023 11:04 AM
**To:** Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Schottlaender, Hayden (DAL) <HSchottlaender@perkinscoie.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Barnet, Emily <Emily.Barnet@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Kiernan, David C. <dkiernan@JonesDay.com>; Stewart, Craig E. <cestewart@JonesDay.com>; Sanchez, Dayme <daymesanchez@jonesday.com>
**Cc:** jpatchen@willkie.com; mgovernski@willkie.com; mgottlieb@willkie.com; ychi@willkie.com
**Subject:** RE: Loomer v. Meta et al.: Substitution of Counsel

**\*\* External mail \*\***

No prob thx. John

**From:** Mehta, Sonal <Sonal.Mehta@wilmerhale.com>
**Sent:** Friday, February 10, 2023 12:00 PM
**To:** Schottlaender, Hayden (DAL) <HSchottlaender@perkinscoie.com>; John Pierce <jpierce@johnpiercelaw.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Barnet, Emily <Emily.Barnet@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Kiernan, David C. <dkiernan@JonesDay.com>; cestewart@jonesday.com; Sanchez, Dayme <daymesanchez@jonesday.com>
**Cc:** jpatchen@willkie.com; mgovernski@willkie.com; mgottlieb@willkie.com; ychi@willkie.com
**Subject:** RE: Loomer v. Meta et al.: Substitution of Counsel

No objection from Meta or Mr. Zuckerberg.

**From:** Schottlaender, Hayden (DAL) <HSchottlaender@perkinscoie.com>
**Sent:** Friday, February 10, 2023 10:58 AM
**To:** John Pierce <jpierce@johnpiercelaw.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Holtzblatt, Ari <Ari.Holtzblatt@wilmerhale.com>; Barnet, Emily <Emily.Barnet@wilmerhale.com>; Brinster, Jeremy W. <Jeremy.Brinster@wilmerhale.com>; Kiernan, David C. <dkiernan@JonesDay.com>; cestewart@jonesday.com; Sanchez, Dayme <daymesanchez@jonesday.com>
**Cc:** jpatchen@willkie.com; mgovernski@willkie.com; mgottlieb@willkie.com; ychi@willkie.com
**Subject:** Loomer v. Meta et al.: Substitution of Counsel

**EXTERNAL SENDER**

Counsel:

Willkie now represents Twitter Inc. and Jack Dorsey in the *Loomer* matter. Could each party please reply to this email and confirm that they do not oppose Perkins Coie withdrawing from representing Twitter and Dorsey?

Thank you,

Hayden

**Hayden Schottlaender** | **Perkins Coie LLP**
COUNSEL
500 N. Akard Street Suite 3300
Dallas, TX 75201
D. +1.214.965.7724
F. +1.214.965.7774
E. HSchottlaender@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***