1  **WILLKIE FARR & GALLAGHER LLP**
   JONATHAN A. PATCHEN (SBN 237346)
2  jpatchen@willkie.com
   YUHAN ALICE CHI (SBN 239521)
3  ychi@willkie.com
4  One Front Street, 34th Floor
   San Francisco, California 94111
5  Telephone: (415) 858-7400

6
   MICHAEL GOTTLIEB (DCBN 974960), *pro hac vice*
7  mgottlieb@willkie.com
   MERYL CONANT GOVERNSKI (DCBN 1023549), *pro hac vice*
8  mgovernski@willkie.com
   1875 K Street, N.W.
9  Washington, D.C. 20006
   Telephone: (202) 303-1442
10

11 KRISTIN E. BENDER (NYBN 5513775), *pro hac vice*
   kbender@willkie.com
12 Citypoint, 1 Ropemaker Street
   London EC2Y 9AW, United Kingdom
13 Telephone: +44 203 580 4833

14
   Attorneys for Defendants
15 **TWITTER, INC. and JACK DORSEY**

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18                      **SAN FRANCISCO DIVISION**

19 | Laura Loomer, *et al.*, | Case No. 3:22-cv-2646-LB |
|---|---|
| Plaintiffs, | **DEFENDANT TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| Meta Platforms, Inc. d/b/a Meta f/k/a Facebook, Inc., Mark Zuckerberg, in his capacity as CEO of Facebook, Inc. and as an individual, Twitter, Inc. and Jack Dorsey, in his capacity as former CEO of Twitter, Inc. and as an individual, The Proctor & Gamble Company, Does 1-100, Individuals, | Action filed: May 2, 2022<br>FAC filed: August 29, 2022 |
| Defendants. | |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- X Corp.
- X Holdings Corp.

Dated: April 4, 2023

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: /s/ Jonathan A. Patchen
Jonathan A. Patchen
Michael Gottlieb
Meryl Conant Governski
Kristin E. Bender
Yuhan Alice Chi

*Attorneys for Defendant X Corp., successor in interest to Twitter, Inc*