1

**JOHN PIERCE LAW P.C.**

2

John M. Pierce
jpierce@johnpiercelaw.com

3

21550 Oxnard St., 3rd Flr., PMB 172
Woodland Hills, CA 91367

4

(213) 349-0054

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

6

7

| | |
|---|---|
| LAURA LOOMER, as an individual, LAURA LOOMER, in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., | Case No.: 3:22-cv-02646-LB<br>Hon. Laurel Beeler |
| Plaintiffs, | |
| vs. | **NOTICE OF SCHEDULING CONFLICTS OF COUNSEL AND REQUEST TO RESCHEDULE HEARING BY APPROXIMATELY ONE WEEK** |
| META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as ceo of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals, | |
| Defendants | |

8

9

10

11

12

13

14

15

16

17

18

19

20

        With sincere apologies for the late notice, undersigned counsel respectfully provides notice that

21

due to multiple conflicts that have arisen with respect to pending January 6th criminal cases in federal

22

court in the District of Columbia – including an exigent circumstance involving the daily high intensity

23

supervision of a criminal defendant in connection with bond revocation proceedings that arose only

24

yesterday – it is impossible for him to attend the hearing that set for tomorrow on Plaintiffs' motion to

25

amend that had been rescheduled from last week to tomorrow and I thus request a short continuance of

26

approximately one week.

27

28

NOTICE OF SCHEDULING CONFLICTS OF COUNSEL AND REQUEST TO RESCHEDULE HEARING BY
APPROXIMATELY ONE WEEK
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      In the case of *United States v. Todd*, 1:22-cr-166 (MAU), an expedited three-hour preliminary bond revocation hearing occurred yesterday afternoon. As a result of that hearing, the Court agreed to modify the conditions of release for Defendant to allow him to stay free on bond pending a substantive evidentiary bond revocation hearing scheduled for next Tuesday May 9th. The Court's decision to not detain Defendant was contingent on my agreement to (and Court order that I) actively coordinate various aspects of the Defendant's release, including daily mental health treatment along with daily visits with pre-trial services, daily status reports, and development of a proposed plan for relocation of the Defendant to a different judicial district to present to the Court at the hearing. In addition, preparation for the substantive evidentiary bond revocation hearing has already had to begin immediately in light of the investigation, potential witness examinations and preparation of additional evidence needed for the revocation hearing. It has become apparent this morning that this is requiring a full-time effort from now until the bond revocation hearing on May 9th to ensure my own and the Defendant's compliance with the Court's order, to ensure Defendant is not detained pending the upcoming hearing and to ensure adequate preparation for that hearing involving Defendant's liberty interest.

      In addition, in the case of *United States v. Baez*, 1:21-CR-507 (PLF), although I should have realized this conflict earlier, a pre-trial motions hearing is set for 10 a.m. ET tomorrow in the District of Columbia. Based on the length of other similar hearings in January 6th cases, it is entirely possible if not likely that this will conflict with the scheduled hearing time in this case.

      In addition, I just received notice today that there will be an expedited status conference occurring tomorrow afternoon in the case of *United States v. Lesperance, et al.* 1:21-cr-575 (JDB), to address scheduling issues that have recently arisen in connection with respect to that trial, which is currently set to begin on June 12th.

Finally, in the case of *United States v. Thomas*, 1:21-cr-00552 (DLF), a pre-trial hearing is set for Monday May 8th for a trial that commences May 15th. Due to my law firm partner's travel back to his home state following a 4-month January 6th trial (the "Proud Boys" trial) and the fact that his full admission to the District of Columbia has not yet been ruled upon, this is also requiring an immense amount of time and preparation for me.

As a result of all the foregoing, and following multiple other January 6th hearings earlier this week, I unfortunately have a conflict with attendance of and preparation for tomorrow's hearing and respectfully request a short continuance of approximately one week. In recognition of the multiple times the hearing has been rescheduled, I am also taking steps to ensure that an Of Counsel at my firm is prepared to handle the hearing pending potential *pro hac vice* admission to ensure no further continuance requests are necessary.

I respectfully propose next Thursday or Friday, May 11th or 12th for a rescheduled hearing to the extent one of those days works for both the Court and counsel for Defendants. That will be following the May 9th *Todd* revocation hearing but prior to the commencement of the *Thomas* trial on May 15th. Alternatively, the *Thomas* trial should be concluded prior to the last week of May. With another January 6th trial currently set to commence on June 5th in the case of *United States v. Barron*, 1:22-cr-00089-APM, (for which a continuance has been sought but not yet ruled upon), the last week of May or the first half of June would also work for me.

I greatly appreciate the Court's attention to this. My January 6th case docket has become extraordinarily busy in light of the dozens of cases that I have been retained on now that trials are scheduled for nearly every month going forward this year.

Dated: May 03, 2023                                   Respectfully submitted,


                                                      /s/ John M. Pierce
                                                      John M. Pierce
                                                      John Pierce Law P.C.
                                                      jpierce@johnpiercelaw.com
                                                      21550 Oxnard St., 3rd Fl PMB 172
                                                      Woodland Hills, CA 91367
                                                      (213) 349-0054

                                                      *Attorney for Plaintiffs*