SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5051

*Attorney for Defendants*
META PLATFORMS, INC. AND MARK
ZUCKERBERG

JONATHAN A. PATCHEN (SBN 237346)
JPatchen@willkie.com
WILLKIE FARR & GALLAGHER LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 858-7594
Facsimile: (415) 858-7594

*Attorney for Defendants*
TWITTER, INC. AND JACK DORSEY

DAVID C. KIERNAN (SBN 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939

*Attorney for Defendant*
THE PROCTER & GAMBLE COMPANY

JOHN M. PIERCE (SBN 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW, P.C.
21550 Oxnard Street, 3rd Fl., PMB# 172
Woodland Hills, CA 91367
Telephone: (213) 375-3310

*Attorney for Plaintiffs*
LAURA LOOMER AND LAURA LOOMER
FOR CONGRESS, INC.

[Additional counsel listed on signature pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals,<br><br>Defendants. | Case No. 3:22-cv-02646-LB<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR CASE MANAGEMENT STATEMENT**<br><br>Hon. Laurel Beeler |

1

**JOINT STIPULATION**

2      WHEREAS, on October 27, 2022, Defendants Meta Platforms, Inc. and Mark

3  Zuckerberg ("Meta Defendants") filed a Motion to Dismiss Plaintiffs' Amended Complaint (Dkt.

4  80);

5      WHEREAS, on October 27, 2022, Defendants Twitter, Inc. and Jack Dorsey ("Twitter

6  Defendants) filed a Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 79);

7      WHEREAS, on October 27, 2022, Defendant Proctor & Gamble Company ("P&G") filed

8  a Motion to Dismiss Plaintiffs' Amended Complaint and Joinder in Co-Defendants' Motions to

9  Dismiss (Dkt. 81);

10      WHEREAS, on December 12, 2022, Plaintiffs Laura Loomer and Laura Loomer for

11 Congress, Inc. ("Plaintiffs") filed an Omnibus Opposition to Defendants' Motions to Dismiss

12 Plaintiffs' Amended Complaint (Dkt. 87);

13      WHEREAS, on January 5, 2023, the Court so-ordered the parties' January 4 stipulation

14 extending the deadline for Defendants' Replies to February 13, 2023, moving the hearing on

15 Defendants' Motions to Dismiss to March 9, 2023, and continuing the Initial Case Management

16 Conference to April 20, 2023 (Dkt. No. 98);

17      WHEREAS, on February 13, 2023, the Meta Defendants filed a Reply in support of their

18 Motion to Dismiss (Dkt. 108);

19      WHEREAS, on February 13, 2023, the Twitter Defendants filed a Reply in support of

20 their Motion to Dismiss (Dkt. 109);

21      WHEREAS, on February 13, 2023, P&G filed a Reply in support of its Motion to

22 Dismiss and Joinder in Co-Defendants' Motions to Dismiss (Dkt. 110);

23      WHEREAS, on March 7, 2023, Plaintiffs filed a Motion for Leave to File a Second

24 Amended Complaint (Dkt. 114);

25      WHEREAS, on March 7, 2023, the Court set a hearing for April 13, 2023 on Plaintiffs'

26 Motion for Leave to File a Second Amended Complaint (Dkt. 115);

27      WHEREAS, on March 8, 2023, in response to Plaintiffs' Motion for Leave to File a

28 Second Amended Complaint, the Court continued the previously scheduled hearing on

1  Defendants' Motions to Dismiss Plaintiffs' Amended Complaint, also to April 13, 2023 (Dkt.

2  118);

3       WHEREAS, on March 21, 2023, the Meta Defendants, Twitter Defendants, and P&G

4  filed respective Oppositions to Plaintiffs' Motion for Leave to File a Second Amended

5  Complaint (Dkts. 119, 120, 121);

6       WHEREAS, on March 28, 2023, Plaintiffs filed a Reply in support of their Motion for

7  Leave to File a Second Amended Complaint (Dkt. 122);

8       WHEREAS, on April 10, 2023, the Court continued the motions hearing to April 27,

9  2023, and reset the Initial Case Management Conference from May 18, 2023 to June 1, 2023

10  (Dkt. 124);

11       WHEREAS, on April 10, 2023, the Court ordered the Case Management Statement due

12  by May 25, 2023 (Dkt. 124);

13       WHEREAS, on April 26, 2023, the Court continued the motions hearing to May 4, 2023

14  (Dkt. 127);

15       WHEREAS, on May 3, 2023, in response to Plaintiffs' notice of a scheduling conflict

16  and request to reschedule, the Court continued the motions hearing to May 11, 2023 (Dkt. 129);

17       WHEREAS, on May 11, 2023, the Court heard oral argument from the parties on the

18  Defendants' Motions to Dismiss Plaintiffs' Amended Complaint and the Plaintiffs' Motion for

19  Leave to File a Second Amended Complaint (Dkt. 130);

20       WHEREAS, on May 11, 2023, the Court's minute entry stated that matters had been

21  taken under submission and that the Court would issue an order (Dkt. 130);

22       WHEREAS, given the pending motions, the parties propose that the Initial Case

23  Management Conference be continued to July 6, 2023, or to another subsequent date that is

24  convenient for the Court;

25       WHEREAS, given the pending motions, the parties propose that the deadline for filing

26  the Case Management Statement be continued to June 29, 2023, or to another subsequent date

27  that is convenient for the Court;

28       WHEREAS, this continuance is not sought for the purpose of undue delay and no party

1  will be prejudiced by the extension of time;

2   ACCORDINGLY, pursuant to Civil Local Rule 6-1(b) of the United States District Court

3  for the Northern District of California, Plaintiffs and Defendants, as represented by their

4  undersigned counsel, hereby stipulate and agree that, subject to the Court's approval, that the

5  Initial Case Management Conference be moved to July 6, 2023, or to a subsequent date the Court

6  selects, and that the deadline for filing the Case Management Statement be continued to June 29,

7  2023, or to a subsequent date that the Court selects.

8

9  Dated:  May 24, 2023

10  WILMER CUTLER PICKERING HALE AND DORR LLP

11  By:   /s/ Sonal N. Mehta

12  SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
13  2600 El Camino Real, Suite 400
Palo Alto, CA 94306
14  Telephone: (650) 600-5051

15  ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
16  JEREMY W. BRINSTER (*pro hac vice*)
Jeremy.Brinster@wilmerhale.com
17  2100 Pennsylvania Avenue NW
Washington, DC 20037
18  Telephone: (202) 663-6000

19  EMILY BARNET (*pro hac vice*)
Emily.Barnet@wilmerhale.com
20  7 World Trade Center
250 Greenwich Street
21  New York, NY 10007
Telephone: (212) 230-8800

22

23  *Attorneys for Defendants*
META PLATFORMS, INC. AND MARK ZUCKERBERG

24

25  Dated:  May 24, 2023 WILLKIE FARR & GALLAGHER LLP

26  By:   /s/ Jonathan A. Patchen

27  JONATHAN A. PATCHEN (SBN 237346)
jpatchen@willkie.com
28  YUHAN ALICE CHI (SBN 324072)
ychi@willkie.com

1
2

One Front Street
San Francisco, CA 94111
Telephone: (415) 858-7594

3
4
5
6

MICHAEL GOTTLIEB (*pro hac vice*)
mgottlieb@willkie.com
MERYL CONANT GOVERNSKI (*pro hac vice*)
mgovernski@willkie.com
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1442

7
8
9

KRISTIN BENDER (*pro hac vice*)
kbender@willkie.com
Citypoint, 1 Ropemaker Street
London EC2Y 9AW, United Kingdom
Telephone: (203) 580-4833

10
11

*Attorneys for Defendants*
TWITTER, INC. AND JACK DORSEY

12
13

Dated:  May 24, 2023

JONES DAY

By:  */s/ David C. Kiernan*

14
15
16
17
18

DAVID C. KIERNAN (SBN 215335)
dkiernan@jonesday.com
CRAIG E. STEWART (SBN 129530)
cestewart@jonesday.com
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700

19
20
21
22

DAYME SANCHEZ (SBN 323864)
daymesanchez@jonesday.com
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    +1.650.739.3939
Facsimile:    +1.650.739.3900

23

*Attorneys for Defendant*
THE PROCTER & GAMBLE COMPANY

24

Dated:  May 24, 2023

By:  */s/ John M. Pierce*

25
26
27

JOHN M. PIERCE (SBN 250443)
jpierce@johnpiercelaw.com
21550 Oxnard Street, 3rd Fl., PMB# 172
Woodland Hills, CA 91367
Telephone: (213) 375-3310

28

*Attorney for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAURA LOOMER AND LAURA LOOMER
FOR CONGRESS, INC.

1

## ATTORNEY ATTESTATION

2      I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this

3 Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(i)(3), I

4 hereby attest that concurrence in the filing of this document and all attachments has been obtained

5 from each signatory.

6

7  Dated:  May 24, 2023                                    By:    */s/ Sonal N. Mehta*

8                                                                        Sonal N. Mehta

9

10

## CERTIFICATE OF SERVICE

11      I hereby certify that on May 24, 2023, I electronically filed the above document with the

12 Clerk of the Court using CM/ECF which will send electronic notification of such filing to all

13 registered counsel.

14

15  Dated:  May 24, 2023                                    By:    */s/ Sonal N. Mehta*

16                                                                        Sonal N. Mehta

17

18

19

20

21

22

23

24

25

26

27

28