| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) <br> Sonal.Mehta@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, CA 94306 <br> Telephone: (650) 600-5051 <br><br> *Attorney for Defendants* <br> META PLATFORMS, INC. AND MARK ZUCKERBERG <br><br> JONATHAN A. PATCHEN (SBN 237346) <br> JPatchen@willkie.com <br> WILLKIE FARR & GALLAGHER LLP <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: (415) 858-7594 <br> Facsimile: (415) 858-7594 <br><br> *Attorney for Defendants* <br> TWITTER, INC. AND JACK DORSEY | DAVID C. KIERNAN (SBN 215335) <br> dkiernan@jonesday.com <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104 <br> Telephone: +1.415.626.3939 <br><br> *Attorney for Defendant* <br> THE PROCTER & GAMBLE COMPANY <br><br> JOHN M. PIERCE (SBN 250443) <br> jpierce@johnpiercelaw.com <br> JOHN PIERCE LAW, P.C. <br> 21550 Oxnard Street, 3rd Fl., PMB# 172 <br> Woodland Hills, CA 91367 <br> Telephone: (213) 375-3310 <br><br> *Attorney for Plaintiffs* <br> LAURA LOOMER AND LAURA LOOMER FOR CONGRESS, INC. |

[Additional counsel listed on final page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress, and LAURA LOOMER FOR CONGRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual, TWITTER, INC., and JACK DORSEY, in his capacity as former CEO of Twitter, Inc. and as an individual, THE PROCTOR & GAMBLE CO., and DOES 1-100, individuals, <br><br> Defendants. | Case No. 3:22-cv-02646-LB <br><br> [~~PROPOSED~~] **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DUE DATE FOR CASE MANAGEMENT STATEMENT** <br><br> Hon. Laurel Beeler |

**[PROPOSED]** ~~[PROPOSED]~~ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The Initial Case Management Conference is moved to July ~~6~~, 13, 2023, and the deadline for filing the Case Management Statement is moved to ~~June 29, 2023~~ July 6, 2023.

Date: _____May 26, 2023_____   _____/s/ LB_____

The Honorable Laurel Beeler
United States Magistrate Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | JONATHAN A. PATCHEN (SBN 237346)<br>jpatchen@willkie.com | SONAL N. MEHTA (SBN 222086)<br>Sonal.Mehta@wilmerhale.com |
| 3 | YUHAN ALICE CHI (SBN 324072)<br>ychi@willkie.com | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 4 | WILLKIE FARR & GALLAGHER LLP<br>One Front Street | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 5 | San Francisco, CA 94111<br>Telephone: (415) 858-7594 | Telephone: (650) 600-5051 |
| 6 | MICHAEL GOTTLIEB (*pro hac vice*) | ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com |
| 7 | mgottlieb@willkie.com<br>MERYL CONANT GOVERNSKI (*pro hac* | JEREMY W. BRINSTER (*pro hac vice*)<br>Jeremy.Brinster@wilmerhale.com |
| 8 | *vice*)<br>mgovernski@willkie.com | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 9 | WILLKIE FARR & GALLAGHER LLP<br>1875 K Street, N.W. | 2100 Pennsylvania Avenue NW<br>Washington, DC 20037 |
| 10 | Washington, D.C. 20006<br>Telephone: (202) 303-1442 | Telephone: (202) 663-6000 |
| 11 | KRISTIN BENDER (*pro hac vice*) | EMILY BARNET (*pro hac vice*)<br>Emily.Barnet@wilmerhale.com |
| 12 | kbender@willkie.com<br>WILLKIE FARR & GALLAGHER LLP | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 13 | Citypoint, 1 Ropemaker Street<br>London EC2Y 9AW, United Kingdom | 7 World Trade Center<br>250 Greenwich Street |
| 14 | Telephone: (203) 580-4833 | New York, NY 10007<br>Telephone: (212) 230-8800 |
| 15 | *Attorneys for Defendants*<br>TWITTER, INC. AND JACK DORSEY | *Attorneys for Defendants*<br>META PLATFORMS, INC. AND MARK |
| 16 | DAVID C. KIERNAN (SBN 215335) | ZUCKERBERG |
| 17 | dkiernan@jonesday.com<br>CRAIG E. STEWART (SBN 129530) | |
| 18 | cestewart@jonesday.com<br>JONES DAY | JOHN M. PIERCE (SBN 250443)<br>jpierce@johnpiercelaw.com |
| 19 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 | JOHN PIERCE LAW, P.C.<br>21550 Oxnard Street, 3rd Fl., PMB# 172 |
| 20 | Telephone:    +1.415.626.3939<br>Facsimile:     +1.415.875.5700 | Woodland Hills, CA 91367<br>Telephone: (213) 375-3310 |
| 21 | DAYME SANCHEZ (SBN 323864) | *Attorney for Plaintiffs* |
| 22 | daymesanchez@jonesday.com<br>JONES DAY | LAURA LOOMER AND LAURA LOOMER<br>FOR CONGRESS, INC. |
| 23 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 | |
| 24 | Telephone:    +1.650.739.3939<br>Facsimile:     +1.650.739.3900 | |
| 25 | *Attorneys for Defendant* | |
| 26 | THE PROCTER & GAMBLE COMPANY | |
| 27 | | |
| 28 | | |