UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LAURA LOOMER, et al., | Case No. 22-cv-02646-LB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| MARK ZUCKERBERG, et al., | |
| Defendants. | |

On September 30, 2023, the court granted the defendants' motions to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 2, 2023

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 22-cv-02646-LB