| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 18 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

LAURA LOOMER, as an individual and in her capacity as a Candidate for United States Congress and LAURA LOOMER FOR CONGRESS, INC.,

    Plaintiffs - Appellants,

v.

MARK ZUCKERBERG, in his capacity as CEO of Meta Platforms, Inc. and as an individual; et al.,

    Defendants - Appellees.

No. 23-3158

D.C. No. 3:22-cv-02646-LB

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered March 27, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT